# EXHIBIT B

# Yvette Wall

**From:** wireroom@firstrepublic.com
**Sent:** Wednesday, March 23, 2022 10:20 AM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********738 on 2022-03-23 for $175,000.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: M03NA1932OHHBE0H
Fed Reference: 20220323MMQFMPRN001329

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 026009593
Bank Name: BANK OF AMERICA, N.A., NY

Originator Info:
Name: AMICUS INVESTMENT HOLDINGS LLC

Beneficiary Info:
Name: AMERICAN FINANCE LENDER LLC
Acct #: *******357

Beneficiary Bank:

Originator to Beneficiary Info: BRIDGE LOAN/38777/MIAMI UNIVERSITY PORTFOLIO/UNDERWRITING FEES

Bank to Bank Info:

Please do not reply to this email

1

# Yvette Wall

**From:** wireroom@firstrepublic.com
**Sent:** Monday, January 24, 2022 3:18 PM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********738 on 2022-01-24 for $250,000.00 . If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: M01OF17468IGO14M
Fed Reference: 20220124MMQFMPRN004085

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 021000089
Bank Name: CITIBANK, N.A.

Originator Info:
Name: AMICUS INVESTMENT HOLDINGS LLC

Beneficiary Info:
Name: FIDELITY NATIONAL TITLE INSURANCE
Acct #: *******182

Beneficiary Bank:

Originator to Beneficiary Info: 58086-NATL OHIO MIAMI EXTENSION DEPOSIT

Bank to Bank Info:

Please do not reply to this email

1

# Yvette Wall

**From:** wireroom@firstrepublic.com
**Sent:** Monday, November 15, 2021 5:09 PM
**Subject:** [Cust Out Wire Advice - eMail]

In accordance with your instructions we have DEBITED your account: ********738 on 2021-11-15 for $100,000.00.
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: L0BFH0903HNT4F90
Fed Reference: 20211115MMQFMPRN008015

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 026009593
Bank Name: BANK OF AMERICA, N.A., NY

Originator Info:
Name: AMICUS INVESTMENT HOLDINGS LLC

Beneficiary Info:
Name: AMERICAN FINANCE LENDER LLC
Acct #: *******357

Beneficiary Bank:

Originator to Beneficiary Info: BRIDGE LOAN/38777/MIAMI UNIVERSITY OHIO PORTFOLIO/UNDERWRITING FEES

Bank to Bank Info:

Please do not reply to this email

# Yvette Wall

| | |
|---|---|
| **From:** | wireroom@firstrepublic.com |
| **Sent:** | Wednesday, October 27, 2021 11:29 AM |
| **Subject:** | [Cust Out Wire Advice - eMail] |

In accordance with your instructions we have DEBITED your account: ********738 on 2021-10-27 for $250,000.00 . If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: L0ARB29072QS2I1S
Fed Reference: 20211027MMQFMPRN002577

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 021000089
Bank Name: CITIBANK, N.A.

Originator Info:
Name: AMICUS INVESTMENT HOLDINGS LLC

Beneficiary Info:
Name: FIDELITY NATIONAL TITLE INSURANCE
Acct #: *******182

Beneficiary Bank:

Originator to Beneficiary Info: MIAMI OF OHIO DEPOSIT

Bank to Bank Info:

Please do not reply to this email

# Yvette Wall

| | |
|---|---|
| **From:** | wireroom@firstrepublic.com |
| **Sent:** | Thursday, September 16, 2021 10:31 AM |
| **Subject:** | [Cust Out Wire Advice - eMail] |

In accordance with your instructions we have DEBITED your account: ********738 on 2021-09-16 for $50,000.00 .
If you have any questions please contact your banker.

Submit wire requests securely and conveniently with the mobile app. Open your app to get started.

Message ID: L09GA3025FTC0UYM
Fed Reference: 20210916MMQFMPRN001191

Sending Bank Info:
ABA: 321081669
Bank Name: First Republic Bk

Receiving Bank:
ABA: 021000089
Bank Name: CITIBANK, N.A.

Originator Info:
Name: AMICUS INVESTMENT HOLDINGS LLC

Beneficiary Info:
Name: FIDELITY NATIONAL TITLE INSURANCE
Acct #: *******182

Beneficiary Bank:

Originator to Beneficiary Info: 58086-NATL OHIO OXFORD LOI DEPOSIT

Bank to Bank Info:

Please do not reply to this email