# EXHIBIT F

Yates, Elizabeth

| | |
|---|---|
| **From:** | Coates, Dakota |
| **Sent:** | Monday, May 23, 2022 1:57 PM |
| **To:** | Coates, Dakota |
| **Subject:** | FW: [EXT] Fwd: Transition Questions |

---------- Forwarded message ---------
From: **Tom Kacachos** <tkacachos@parkplacerealestate.net>
Date: Wed, Feb 9, 2022 at 2:29 PM
Subject: Transition Questions
To: Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>, Yvette Wall <yvette@wallcpa.us>, Heather Kacachos <hkacachos@parkplacerealestate.net>

There are a lot of details and transitions to wrap up.  Is February 22 or late February a more realistic close date than Feb 15?  Let me know your thoughts.

1)  Health Care.  We currently have United Health Care.  I will probably keep the policy since heather and I are on it.  It is a great plan with grandfathered pricing.  Will you move John, Renee, Travis, and Joe to a different policy or do we want to figure out a way to keep this policy?

2)  Payroll.  Currently our payroll Company is Tower Rentals Maintenance, Inc.  I will need to figure out how we wind this down (not really your problem but may require a little time) or maybe I keep it for me and Heather.  How will employees be paid (w2 or 1099).  They will want to know.

3)  Automatic mortgage payments.  Once we have a firm date I need to stop these payments.  Sometimes the bank needs 3-4 business days.

4)  Recently paid property taxes.  We need to make sure these are reflected in the closing statement.  They should be posting this week.  I will send a summary of what was paid.

5)  Current list of employees.  W2 John, Renee (on call phone), Joe (on call), Travis.  Contractors Damian, Tommy, Kyle (on call), Jimmy (on call).  Between both of us we should be able to keep everyone employed.  We could also trade hours of our crews to simplify costs and ensure better response times.

6)  Closing statement.  There's some debt that will require payoff statements once we have a hard closing date.  Rob Bolin is sending me the title commitments now.

7)  Construction Management agreement.  Maybe we should finalize after the closing.  I'm still open to it just want to make sure I can give you the amount of work and commitment you need.
8)  Profit shares agreement.  Have we reviewed this?

9)  Just want to confirm that it is ok that we have some students at our non student buildings.  I think Rob Bolin was adding our current list of properties as exempt for the non compete.  The other item is determining the duration of the non compete.  Obviously if we ever want to do anything in the future we will work with you as a partner.

10)  I think the AMEX card is a great way to prevent confusion since we will still have accounts at Gillman and Home Depot.  We will change our account names from Park Place to something else but this will take a little time.

11)  The attorneys are still finalizing the title issues and objections.

12)  Files.  I will eventually need all files up to the close date in case of an audit.  We can keep recent files at the office since you will need them also for various reasons.

13)  How will the closing company be making the payment(s)?  To Tres Walnut or to Tom and Heather?  We still need to determine a price for each property.  You mentioned before you were ok with me doing this.

14)  211 N University is not finished.  We are currently installing mechanicals and the mason is starting soon.  How are we finalizing those costs?

15)  Offices for Tom and Jerry Baumann.  I would like to figure out something for a 5 year period.

16)  We currently provide housing for Joe Davis and John Broering in two of our non student properties.

17)  We have a warehouse/shop building that we both can continue to utilize for storage, wood working, etc.

18)  Transition Period after the closing.  What type of help (if any) would you like from me and Heather.

19)  Deed and legal description review.  Rob Bolin is sending to me now.

Let me know if I missed anything.  Thanks.


--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net



--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com