# EXHIBIT G

Yates, Elizabeth

| | |
|---|---|
| **From:** | Coates, Dakota |
| **Sent:** | Monday, May 23, 2022 2:02 PM |
| **To:** | Coates, Dakota |
| **Subject:** | FW: [EXT] Fwd: FW: Security Deposits / Prepaid Rent |

From: **Tom Kacachos** <tkacachos@parkplacerealestate.net>
Date: Tue, Jan 18, 2022 at 11:14 AM
Subject: Re: FW: Security Deposits / Prepaid Rent
To: Yvette Wall <Yvette@wallcpa.us>
Cc: Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Yes. I should have our total deposit numbers today. Thanks.

On Tue, Jan 18, 2022, 10:44 AM Yvette Wall <Yvette@wallcpa.us> wrote:

> Hi Tom – can you let me know on this, thank you!
>
>
> **From:** Yvette Wall
> **Sent:** Thursday, January 13, 2022 3:07 PM
> **To:** Tom Kacachos <tkacachos@parkplacerealestate.net>
> **Cc:** rob@amicus-properties.com; 'austin@amicus-properties.com' <austin@amicus-properties.com>; 'William Landis' <will@amicus-properties.com>
> **Subject:** Security Deposits / Prepaid Rent
>
>
> Hi Tom-
>
>
> As we approach closing we will need to vet out the security deposit figures that I pulled from the leases for current academic year, and I will have my office duplicate this worksheet for 2022-2023 and I believe you had mentioned a few were leased 2023-2024 (maybe not).Ashley will fill in the blanks for the future leases followed by you blessing it with anything we missed.
>
>
> We can also add a column to this sheet for the pre-paid rent per person as that will be a closing factor as well.
>
>
> I would like to focus on the security deposits first then we will shift to pre-paid as we close in.

1

Thanks Tom,

Yvette

Wall & Associates, CPA

190 Sperry Road

Bethany, CT 06524

203-271-3484 (p)

203-819-7601 (f)

Yvette@wallcpa.us

**CONFIDENTIALITY NOTICE**: This email has been sent by Wall & Associates and is intended solely for the person(s) or organization(s) named above (or their authorized representatives). It may contain information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender immediately and destroy all copies of this transmission. The use, copying, distribution or disclosure of the e-mail or any of its contents or attachments by anyone other than the intended recipient is unauthorized and may be unlawful.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and may not be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

***** PLEASE NOTE *****  This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above.  If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents.  Thank you.*****

--

Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com