# EXHIBIT H

Yates, Elizabeth

| | |
|---|---|
| **From:** | Coates, Dakota |
| **Sent:** | Monday, May 23, 2022 2:04 PM |
| **To:** | Coates, Dakota |
| **Subject:** | FW: [EXT] Fwd: Rent & Deposit Credit |
| **Attachments:** | Rent & Deposit Credits.pdf |

From: **Tom Kacachos** <tkacachos@parkplacerealestate.net>
Date: Wed, Feb 16, 2022 at 7:38 PM
Subject: Rent & Deposit Credit
To: Yvette Wall <yvette@wallcpa.us>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>

Here is the rent & deposit credit draft for your review.  We still need to determine the sales price per property.  I do think (early morning) Tuesday March 1st is a more realistic closing date especially since we are out until the 21st and then we have our friend's wedding on the 22nd.  Thanks.

--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net


--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com