# EXHIBIT J



1:33 

 21

**Heather Miami Of Ohio**

I understand

Send us a closing statement based on March 8th. That would help get things moving.

> Thank you. As soon as Tom sends the prorations based March 8, we can that right over

He's working on it

> Ok thank you. We really appreciate it

Also on the side agreements we need to come to a meeting of the minds on the non-compete. Obviously we would not be selling the best properties and then try to create our own business. However we don't want to get into a situation over a technicality and get sued for something dumb like a student living in the nonstudent. It just doesn't make sense to have this long period non-compete. If we wanted to compete we wouldn't sell. anybody can sue over anything and we don't want put our self in that type of situation.

iMessage

Case: 1:22-cv-00355-JPH Doc #: 1-10 Filed: 05/31/22 Page: 4 of 7 PAGEID #: 160

**Heather Miami Of Ohio**

Also on the side agreements we need to come to a meeting of the minds on the non-compete. Obviously we would not be selling the best properties and then try to create our own business. However we don't want to get into a situation over a technicality and get sued for something dumb like a student living in the nonstudent. It just doesn't make sense to have this long period non-compete. If we wanted to compete we wouldn't sell. anybody can sue over anything and we don't want put our self in that type of situation.

> I agree

> Please draft any language you think is appropriate

That's what our hangup is about that

> We are not trying to do any "I got you'd"

I know but in our experience you just never know what can happen if things aren't explicitly in writing

I think if you just tell Tom it's one year he will get over that. that seems to be

**Heather Miami Of Ohio**

> I agree

> Please draft any language you think is appropriate

That's what our hangup is about that

> We are not trying to do any "I got you'd"

I know but in our experience you just never know what can happen if things aren't explicitly in writing

I think if you just tell Tom it's one year he will get over that. that seems to be a real sticking point with him.

By the way I am talking and texting since I'm still at the vet so my sentences may not seem very clear

> I understand you. Trust me we don't want to sue so if you insert language that makes you feel comfortable

> I think from lending perspective it's tough to move to 1 year. But we can add sentences saying whatever you want about having students live in your current properties etc

> Not an issue

**Heather Miami Of Ohio**

**Heather:** If you just tell Tom you'll change it to one year I think that's a huge hurdle you'll cross

**Heather:** 18 months?

**Heather:** I personally do not care I'm just letting you know what sticking points have occurred

**Me:** We can amend the language so you are comfortable, but it's not OK to reduce the non compete at this stage

**Heather:** Ugh

**Heather:** What is it currently set at?

**Heather:** I don't even know

**Me:** We've told Tom repeatedly to just share what he is comfortable with, and we would push it through. Also, provide a full car out of certain buildings

**Me:** Carve out

**Heather:** He just emailed you guys

**Me:** We're just trying to get on the phone so we can talk things out.

