# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AMICUS MIAMI OF OHIO, LLC<br>78 Grand Street, Unit 4<br>New York, NY 10013,<br><br>      Plaintiff,<br><br>v.<br><br>HEATHER HOELZER KACACHOS<br>116 E. High Street<br>Oxford, OH 45056,<br><br>      and<br><br>THOMAS KACACHOS<br>116 E. High Street<br>Oxford, OH 45056<br><br>      Defendants. | Case No. |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

As a limited liability company, Amicus Miami of Ohio, LLC is not required to file a corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. In the interest of disclosure, Amicus Miami of Ohio, LLC states that its parent company is Amicus II Investment Holdings, LLC and discloses that no publicly held corporation owns 10% or more of its stock or that of its owner or parent.

                                                        Respectfully submitted,

                                                        */s/ Aneca E. Lasley*
                                                        Aneca E. Lasley (0072366)
                                                        ICE MILLER LLP
                                                        250 West Street, Suite 700
                                                        Columbus, Ohio 43215-7509
                                                        (614) 462-1085
                                                        Aneca.Lasley@icemiller.com