# EXHIBIT I

Yates, Elizabeth

| | |
|---|---|
| **From:** | Coates, Dakota |
| **Sent:** | Monday, May 23, 2022 2:14 PM |
| **To:** | Coates, Dakota |
| **Subject:** | FW: [EXT] Fwd: Park Place Portfolio - Closing call |

From: **Schwartz, Adam** <Adam.Schwartz@fnf.com>
Date: Mon, Feb 14, 2022 at 3:55 PM
Subject: RE: Park Place Portfolio - Closing call
To: Rob Bolin <rob@bolintroy.com>, Peter Gelzinis <pgelzinis@pierceatwood.com>
Cc: Knoph, Andrew <Andrew.Knoph@fnf.com>, Flohn, Jennifer <Jennifer.flohn@fnf.com>, Kelly Fries <kelly@bolintroy.com>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>, Donald Lussier <dlussier@pierceatwood.com>, Giselle Ciano <gciano@pierceatwood.com>

This message was sent securely using Zix®

Either time works for me.

Adam Schwartz

Fidelity National Title Insurance Company

485 Lexington Avenue, 18th Floor

New York, New York 10017

(212) 471-3833

**From:** Rob Bolin <rob@bolintroy.com>
**Sent:** Monday, February 14, 2022 3:48 PM
**To:** Peter Gelzinis <pgelzinis@pierceatwood.com>
**Cc:** Knoph, Andrew <Andrew.Knoph@fnf.com>; Schwartz, Adam <Adam.Schwartz@fnf.com>; Flohn, Jennifer <Jennifer.flohn@fnf.com>; Kelly Fries <kelly@bolintroy.com>; Rob Abelson <rob@amicus-properties.com>; Austin Brooks <austin@amicus-properties.com>; Donald Lussier <dlussier@pierceatwood.com>; Giselle Ciano <gciano@pierceatwood.com>
**Subject:** Re: Park Place Portfolio - Closing call

1

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

Peter,

I'm available Thursday afternoon 1-2 pm and 3-6 pm.

**L. Robert Bolin,** Attorney at Law
OSBA Certified Specialist in Estate Planning, Trust and Probate Law

Bolin & Troy, LLC
29 N. Beech Street
Oxford, Ohio 45056
T: (513)523-6369  F: (513)523-1064
www.bolintroy.com

On Mon, Feb 14, 2022 at 3:23 PM Peter Gelzinis <pgelzinis@pierceatwood.com> wrote:

> Rob and Fidelity Title Team,
>
> Could we schedule a call for Thursday afternoon to discuss preparing for closing and related logistics for Buyer and Sellers? Please let me know some times that work for Seller's counsel and Title Company.
>
> Thanks,
>
> Peter
>
> **Peter Gelzinis**
> PIERCE ATWOOD LLP
> 100 Summer Street
> 22nd Floor
> Boston, MA 02110
> **PH** 617.488.8148
> **FAX** 617.824.2020
>
> pgelzinis@PierceAtwood.com
>
> This e-mail was sent from Pierce Atwood. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it please delete it and notify us as soon as possible.

CONFIDENTIALITY NOTICE:  This e-mail message is intended only for the person or entity to which it is addressed and is confidential.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail or phone and then destroy all copies of the original message.

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.


------------------------------------------------------------------------
This message was secured by Zix&#174;.

--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com