AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| Amicus Miami of Ohio, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-CV-02320 |
| Heather Hoelzer Kacachos, et al | ) |
| *Defendant* | ) Judge Michael H. Watson |
| | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heather Hoelzer Kacachos and Thomas Kacachos, Defendants.

Date: 06/03/2022

*/s/ Edward Pete Akin*
*Attorney's signature*

Edward Pete Akin, #0074357
*Printed name and bar number*

Aronoff, Rosen & Hunt LPA
425 Walnut Street, Suite 2200
Cincinnati, OH 45202

*Address*

epakin@arh-law.com
*E-mail address*

(513) 241-0400
*Telephone number*

(513) 241-2877
*FAX number*