UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

AMICUS MIAMI OF OHIO, LLC
78 Grand Street, Unit 4
New York, NY 10013,

       Plaintiff,

v.

HEATHER HOELZER KACACHOS
3401 Lanes Mill Road
Oxford, OH 45056,

       And

THOMAS KACACHOS
3401 Lanes Mill Road
Oxford, OH 45056

       Defendants.

Case No. 2:22-cv-02320-MHW-KAJ
Judge Michael H. Watson

## NOTICE OF LIS PENDENS

To all persons having interest of claims regarding real property being more particularly described on Exhibit A, attached hereto.

You are hereby notified that on May 31, 2022, a Complaint for Specific Performance, Permanent Injunction, and Damages was filed in the United States District Court Southern District of Ohio Western Division and directly affects the ownership and title of the above-described real property. This pending litigation, Case Number 2:22-cv-02320-MHW-KAJ, is captioned as Amicus Miami of Ohio, LLC, Plaintiff, versus Heather Hoelzer Kacachos, and Thomas Kacachos, Defendants. This litigation is pending in the United States District Court for the Southern District of Ohio before Judge Watson.

This filing will be available for viewing in its entirety in the Butler County Recorder's Office located at 130 High Street, Hamilton, Ohio 45011. All persons interested in or having a claim regarding the above referenced real property are charged with Notice of pending litigation.

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court for the Southern District of Ohio.

**RICHARD W. NAGEL,**
**CLERK OF COURT**


By: _____
    Deputy Clerk

## **EXHIBIT A**
## **LEGAL DESCRIPTIONS**

Parcel 1: 2153610298

Situate in the City of Oxford, County of Butler, and State of Ohio, and being a part of the lot or tract of land known and designated on the recorded plat of said City as Inlot number Four (4), and being more particularly bounded and described as follows: Beginning at a point in the north line of said lot a distance of one hundred three and two-tenths (103.2) feet from the northwest corner thereof; thence continuing east along the north line of said lot a distance of sixty-one and eight-tenths (61.8) feet to a point which is the northeast corner of said lot; thence south along the east line of said lot a distance of sixty-six (66) feet to a point, which is the southeast corner of said lot, thence west along the South line of said lot a distance of sixty-one and eight-tenths (61.8) feet to a point directly south of the place of beginning; thence north parallel to the East line of said lot distance of sixty-six (66) feet to said point of beginning.

Together with a 16½ foot portion of Walnut Street and a 16½ foot portion of Campus Avenue adjoining said property vacated by the Village of Oxford, Ohio by Ordinance dated May 11, 1853.

PPN:  H4000-003-000-219


Parcel 2: 2153610299

Situated in the City of Oxford, County of Butler and State of Ohio:

A part of Inlot numbered One Hundred and Thirty-three (133), as shown on the plat of the City of Oxford, Butler County, Ohio, more particularly described as follows: Commencing at a point in the North line of said Inlot located 110 feet west of the Northeast corner of said lot; thence South parallel with the East line of said lot to the South line of said lot; thence West on the South line of said lot a distance of 55 feet, more or less, to the West line of said lot; thence North with the West line of said Lot to the Northwest corner of said lot and thence East along the North line of said lot the place of beginning. The same being subject to an annual ground rent of $1.85 payable to the Treasurer of Miami University on the 22nd day of May each year.

Together with 16 1/2 feet of Collins and Polar Streets to the North and West vacated by the City of Oxford.

PPN:  H4000-003-000-198

Parcel 3: 2153610300

Situated in the City of Oxford, County of Butler and State of Ohio, and being the south 48 feet taken evenly off each of Inlot numbered Four Hundred Ninety-eight (498).

PPN:  H4100-006-000-158


Parcel 4: 2153610301

Situate in the City of Oxford, County of Butler and State of Ohio, and being Inlot Numbered Five Hundred and One (501) as the same is designated on the revised list of lots of said City.

PPN:  H4100-006-000-165


Parcel 5: 2153610302

Situate in the City of Oxford, County of Butler and State of Ohio, and being the East Fifty-five (55) feet of Inlot 32 as the same is designated on the recorded plat of said City.

Also, the adjacent portion of Collins Street vacated by Ordinance 103 dated May 11, 1853.

PPN:  H4100-003-000-195

Parcel 6: 2153610303

FEE PARCEL:

Situate in the City of Oxford, County of Butler, and State of Ohio, and being parts of Inlots Numbered Four Hundred Ninety-eight (498) and Four Hundred Ninety-nine (499) as the same are known on the Revised List of Lots in said City, bounded and described as follows:

Beginning in the east line of said Inlot Numbered Four Hundred Ninety-eight (498) at a point 48 feet North from the southeast corner of said inlot; thence West on a line parallel with the south lines of said Inlots to a point in the west line of said Inlot Numbered Four Hundred Ninety-nine (499); thence North with the west line of said Inlot 499, a distance of 48 feet to a point in said west line; thence East on a line parallel with the south lines of said Inlots to the east line of said Inlot Numbered 498; thence South on said East line, a distance of 48 feet to the place of beginning.

SAVE AND EXCEPT that portion of the above described property described as follows:

Being a portion of Lot 3957 as the same is known and designated on the revised list of lots for the City of Oxford, Butler County, Ohio and as recorded in OR Book 9303, Page 125, of the Butler County Records.

PPN: H4100-006-000-157

EASEMENT PARCELS:

EASEMENT PARCEL 1:

The Encroachment Easement, filed for record April 8, 2019, in OR Book 9273, Page 1507, of the Butler County Records.

EASEMENT PARCEL 2:

The Easement contained in that certain Utility Easement, filed for record December 9, 2019, in OR Book 9376, Page 1360, of the Butler County Records.

Parcel 7: 2153610304

Situate in the City of Oxford, in the County of Butler and State of Ohio and being the Inlot or tract of land known and designated on the plat of the City of Oxford, Butler County, as Inlot Numbered Eighty-two (82).

PPN: H4100-007-000-021


Parcel 8: 2153610305

Situated in the City of Oxford, County of Butler, and State of Ohio, and being all of the lot or tract of land known and designated on the plat of said City by Inlot Number Three Hundred Seventy-six (376) except the west fifty-eight (58) feet taken off of the west end of said Inlot Number Three Hundred Seventy-six (376).

Also the 16 1/2 foot strip of land adjacent to said premises on the north side thereof, formerly a part of Withrow Street, and the 16 1/2 foot strip of land adjacent to said premises on the east side thereof formerly a part of Elm Street, vacated by ordinance of the Village of Oxford, May 11, 1853.

PPN: H4000-008-000-076

Parcel 9: 2153610306

FEE PARCEL:

Situate in the City of Oxford, County of Butler, and State of Ohio, and being parts of Inlots Numbered Four Hundred Ninety-eight (498) and Four Hundred Ninety-nine (499) as the same are known on the Revised List of Lots in said City, bounded and described as follows:

Beginning in the northeast corner of said Inlot Numbered Four Hundred Ninety-eight (498); thence South with the east line thereof 36 1/2 feet to the northeast corner of the part of said inlot heretofore conveyed by the Connersville Lumber Company to E.C. and D.J. Ross; thence West on a line parallel with the north lines of said Inlots 110 feet to the west line of said Inlot Numbered Four Hundred Ninety-nine (499); thence North with the west line of said inlot 36 1/2 feet to the north line thereof; thence East with the north lines of said Inlots 110 feet to the place of beginning.

Also the 16.5 foot portion off the south side of Withrow Street vacated by the City of Oxford.

SAVE AND EXCEPT that portion of the above described property described as follows:
Being a portion of Lot 3957 as the same is known and designated on the revised list of lots for the City of Oxford, Butler County, Ohio and as recorded in OR Book 9303, Page 125, of the Butler County Records.

PPN:  H4100-006-000-156

EASEMENT PARCEL 1:

Easement contained in that certain Encroachment Easement, filed for record April 8, 2019, in OR Book 9273, Page 1510, of the Butler County Records.

EASEMENT PARCEL 2:

Easements contained in that certain Utility Easement, filed for record December 9, 2019, in OR Book 9376, Page 1360, of the Butler County Records.

Parcel 10: 2153610307

Situate in the City of Oxford, County of Butler, and State of Ohio, and being the East halves taken evenly off of the original Inlots #115 and #116 as the same are known and designated on the original recorded plat in the City of Oxford, Butler county, Ohio, along with the 16 1/2 foot wide strip of land adjacent to said part of Inlot #116, formerly a part of Church Street, vacated by the Village of Oxford by Ordinance dated May 11, 1853.

PPN: H4100-008-000-185 & 183 cons.

Parcel 11: 2153610308

Situated in the City of Oxford, Butler County Ohio, Being part of Lot #128 of said City of Oxford, being the lands of Hoelzer/Hoelzer Rentals, Inc., as recorded in <u>Official Record 7188, Page 786</u> of the Butler County Recorder's Office and being more particularly described as follows:

Beginning at a found Magnail at the Northeast corner of said Lot #128, being on the Westerly right of way of a 16.50 foot Alley and being on the Westerly right of way of a 16.50 foot Alley and being the True Point of Beginning;

Thence, leaving the Northeast corner of said Lot 128 and with the Westerly right of way of said 16.50 foot Alley, South 02 degrees 14 minutes 18 seconds West, 82.58 feet to a found Magnail on the Northerly right of way of West Collins Street;

Thence, leaving the Westerly right of way of said 16.50 foot Alley and with the Northerly right of way of West Collins Street, North 87 degrees 18 minutes 45 seconds West, 58.00 feet to a found 5/8-inch iron pin (capped "David Douglas Smith") and being on the Southeast corner of the lands of College Street Properties, Inc., as recorded in <u>Official Record 8672, Page 293</u> of the Butler County Recorder's Office;

Thence, leaving the Northerly right of way of West Collins Street and with the Easterly line of said ands of College Street Properties, Inc., North 02 degrees 14 minutes 17 seconds East, 82.66 feet to a set 5/8-inch iron pin (capped "David Douglas Smith") on the Northerly line of said Lot #128;

Thence, leaving the Easterly line of said lands of College Street Properties, Inc., and with the Northerly line of said Lot #128, South 87 degrees 19 minutes 51 seconds East, 58.00 feet to the True Point of Beginning containing 0.110 acres or 4795 sq. feet, more or less and being subject to all legal highways, easements, restrictions and agreements of record.

<u>PPN:  H4000-004-000-117</u>


Parcel 12: 2153610309

PARCEL 1:

A part of the Inlot or tract of land known and designated on the plat of the City of Oxford in the County of Butler and State of Ohio, by Inlot No. 12, bounded and described as follows: Beginning at the northwest corner of said Inlot No. 12; thence South with the West line thereof to the southwest corner of said Inlot No. 12; thence East on the South line thereof 50 feet; thence North on a line parallel with the West line of said Inlot No. 12 to the North line thereof; thence West on

said North line 50 feet to the place of beginning. Together with 16 ½ feet of Church St to the North thereof vacated by the City of Oxford.

PPN:  H4100-007-000-170

PARCEL 2:

Being the West 50 feet to the North 3 feet of Inlot No. 11 as the same is known and designated on the recorded plat of the City of Oxford, Butler County, Ohio.

This property includes a 16 ½ foot strip on the South side of Church Street, vacated by the Village of Oxford by Ordinance 103, May 11, 1853.

PPN:  H4100-007-000-169

Parcel 13: 2153610311

FEE PARCEL:

Situated in the City of Oxford, Butler County Ohio, Being part of Lot #127 of said City of Oxford, being the lands of Hoelzer/Hoelzer Rentals, Inc., as recorded in Official Record 7188, Page 786 of the Butler County Recorder's Office and being more particularly described as follows:

Beginning at a found Magnail at the Northeast corner of said Lot #127, being on the Southerly right of way of a 16.50 foot Alley and being on the Westerly right of way of a 16.50 foot Alley and being the True Point of Beginning;

Thence, leaving the Southerly right of way of said 16.50 foot Alley and with the Westerly right of way of said 16.50 foot Alley, South 02 degrees 14 minutes 18 seconds West, 66.18 feet to a found Magnail on the Southerly line of said Lot #127;

Thence, leaving the Westerly right of way of said 16.50 foot Alley and with the Southerly line of said Lot #127, North 87 degrees 19 minutes 51 seconds West, 58.00 feet to a set 5/8-inch iron pin (capped "David Douglas Smith") and being on the Easterly line of the lands of College Street Properties, Inc., as recorded in Official Record 8672, Page 293 of the Butler County Recorder's Office;

Thence, leaving the Southerly line of said Lot #127 and with the Easterly line of said lands of College Street Properties, Inc., North 02 degrees 14 minutes 17 seconds East, 66.16 feet to a set 5/8-inch iron pin (capped "David Douglas Smith") on the Southerly right of way if said 16.50 foot Alley and on the Northeast corner of the lands of Mile Square Preservation LLC as recorded in Official Record 8474, Page 1900 of the Butler County Recorder's Office;

Thence, leaving the Northeast corner of said lands of Mile Square Preservation, LLC and with the Southerly right of way of a said 16.50 foot Alley, South 87 degrees 20 minutes 57 seconds East, 58.00 feet to the True Point of Beginning containing 0.088 acres or 3838 sq. ft., more or less and being subject to all legal highways, easements, restrictions and agreements of record.

PPN:  H4000-004-000-120

EASEMENT PARCEL:

Easement contained in that certain Utility Easement to Tres Walnut LLC, an Ohio limited liability company, filed for record March 14, 2017, in OR Book 9010, Page 521, of the Butler County Records.

Parcel 14: 2153610312

Situated in the City of Oxford, County of Butler and State of Ohio:

Part of Inlot or Tract of land known and designated on the plat of the City of Oxford, County of Butler, State of Ohio, as Inlot Numbered 65, also part of Inlot Numbered 66 as shown and designated on the plat of the City of Oxford, County of Butler, State of Ohio, and described as follows:

Beginning at the original southeast corner of said Inlot No. 66, thence North on the original east line of said Inlot (a distance of) 20 feet; thence West parallel with the north and south line of said Inlot to a point 109 feet due West of the original east line of said Inlot; thence South parallel with the west line of said Inlot No. 66 and No. 65 a distance of 86 feet to a point in the original south line of Inlot No. 65 which point is exactly 109 feet due West from the original southeast corner of Inlot No. 65; thence 109 feet due East on said original south line of Inlot No. 65 to the original southeast corner of said Inlot No. 65; thence North on the original east line of said Inlot No. 65 a distance of 66 feet to the original northeast corner thereof, which point is the place of beginning and also the original southeast corner of Inlot No. 66.

Also the 16 1/2 foot wide strips of land adjacent thereto on the east and south sides thereof, formerly parts of Main Street and Collins Street, vacated by Ordinance of the Village of Oxford, May 11, 1863.

PPN:  H4100-003-000-065 & 066 combined

Parcel 15: 2153610313

Situate in the County of Butler, in the State of Ohio and in the City of Oxford:

Being Inlot 165, save and except 95 feet off the west end of Inlot 165.  The premises hereby conveyed consisting of the East 70 feet of said Inlot 165 taken evenly off the east end thereof in the City of Oxford, Butler County, Ohio.

Being subject to the payment of an annual ground rent, payable to the Treasurer of Miami University.

PPN:  H4000-004-000-096


Parcel 16: 2153610314

Situate in the City of Oxford, County of Butler and State of Ohio, and being a part of Inlot number Twelve (12) as said Inlot in known and designated on the recorded plat of said City, bounded and described as follows:

BEGINNING at a point in the North line of said Inlot which point is fifty (50) feet east of the Northwest corner thereof; thence East along said North line fifty (50) feet; thence South on a line parallel with the west line of said Inlot sixty-six (66) feet to the South line thereof; thence West along said South line of said Inlot fifty (50) feet; thence North on a line parallel with the West line of said Inlot sixty-six (66) feet to the North line thereof and the place of beginning.

Together with 16 ½ feet of Church St. to the North thereof vacated by the City of Oxford.

PPN:  H4100-007-000-171

Parcel 17: 2153610315

Situated in the County of Butler, in the State of Ohio and in the City of Oxford, and being known and described on the recorded Plat thereof as the East 82½ feet taken evenly off the East ends of Inlots numbered 13 and 14; save and except 50 feet sold off the North side of the East 82½ feet taken off the east end of said Inlot 14. Said 50 feet fronting on Campus Avenue, and extending West 82½ feet on the south side of an alley and being the north line of said Inlot 14.

Also the 16½ foot wide tract of land adjacent thereto on the east side thereof formerly a part of Campus Avenue and the 16½ foot wide tract of land adjacent thereto on the south side thereof formerly a part of Church Street vacated by the Village of Oxford, May 11, 1853.

PPN:  H4100-007-000-173 and H4100-007-000-176

Parcel 18: 2153610316

Situate in the City of Oxford, County of Butler, and State of Ohio, and being parts of Inlots Numbered One Hundred Twenty-five (125) and One Hundred Twenty-six (126) as the same are known and designated upon the Recorded Plat of said City and described as follows: Beginning in the North line of said Inlot Number 125 at a point 110 feet West of the northeast corner of said Inlot; thence South on said line parallel with the East lines of said Inlots numbered 125 and 126 a distance of 132 feet to the South line of said Inlot Numbered 126; thence West with the said South line of the southwest corner of said Inlot Numbered 126; thence North with the West lines of said Inlots Numbered 126 and 125 to the northwest corner of said Inlot Numbered 125; thence East to the place of beginning. Subject to building and zoning restrictions and easements of record.

PPN:  H4100-004-000-122 & 127 combined

Parcel 19: 2153610317

Situate in the City of Oxford, County of Butler, State of Ohio, and being the east part of Inlot Number Twelve (12) as the same is known and designated upon the recorded plat of said City bounded and described as follows: Beginning at a point in the north line of said Lot located one hundred (100) feet East from the northwest corner thereof; thence East with the said north line sixty-five (65) feet to the northeast corner thereof; thence South with the east line of said lot sixty-six (66) feet to the southeast corner thereof; thence West with the south line of said Lot sixty-five (65) feet to a point one hundred (100) feet East from the southwest corner thereof; thence North sixty-six (66) feet to the place of beginning.

Also the 16.5 foot portions of North Campus Avenue and East Church Street adjacent thereto on the east and north sides of said part of Inlot #12 vacated by the Village of Oxford, Ohio by Ordinance dated May 11, 1853.

PPN:  H4100-007-000-172

Parcel 20: 2153610318

PARCEL 1:

Situate in Butler County, Ohio, and being part of Inlot Numbered Two Hundred Twenty-five (225), as the same is known and designated on the recorded plat of the City of Oxford, Butler County, Ohio, bounded and described as follows:

Beginning in the Northeast corner of said Inlot; thence West with the North line thereof, a distance of 50 feet; thence South on a line parallel with the East line thereof, a distance of 66 feet to the

South line thereof; thence East with said South line a distance of 50 feet to the Southeast corner of said Inlot; thence with the East line thereof to the place of beginning.

Together with 16 1/2 feet of Vine Street vacated by the City of Oxford, Ohio.

PPN:  H4100-007-000-085

PARCEL 2:

The lot or tract of land known and designated on the plat of the Village (now City) of Oxford, Butler County, Ohio, by the Inlot Numbered 225, fronting West on Main Street and North on Vine Street, and being 115 feet West to East and 4 poles from North to South, together with 16 1/2 feet of Main Street and Vine Street vacated by the City of Oxford, Ohio.

PPN:  H4100-007-000-086


Parcel 21: 2153610320

Being a part of the Inlots or tracts known and designated on the plat of the City of Oxford, in the County of Butler, and State of Ohio, Numbered Two Hundred Seventy-Seven (277) and Two Hundred Seventy-Eight (278); beginning at the northwest corner of said Inlot No. 277; thence South along the west line of said Inlot No. 277, seventy-five (75) feet; thence East parallel with the north line of said Inlots Nos. 277 and 278 to an alley; thence North along the East line of said Inlot No. 278 to the Northeast corner of said Inlot No. 278; thence West along the North lines of said Inlots Nos. 277 and 278 to the Northwest corner of said Inlot No. 277, and being the place of beginning.

Together with 16 1/2 feet on the south side of Church Street and 16 1/2 feet on the east side of Campus Avenue, vacated by the City of Oxford.

PPN:  H4100-002-000-004 & H4100-002-000-005


Parcel 22: 2153610322

A part of Inlot No. 168 as the same is known and designated on the Recorded Plat of Lots in the Village (now City) of Oxford, Butler County, Ohio, bounded and described as follows:

Beginning in the original north line of said Inlot, 44 feet East of the original northwest corner thereof; thence running East on the original north line of said Inlot 44 feet; thence south parallel with the east line of said Inlot to the south line thereof; thence west on the south line of said Inlot,

44 feet; and thence North parallel with the west line of said Inlot to the original north line thereof and the place of beginning.

Also the 16 1/2 foot strip of land adjacent to said premises on the north side thereof, formerly a part of Walnut Street, vacated by ordinance of the Village of Oxford, May 11, 1853.

PPN:  H4000-004-000-092

Parcel 23: 2153610323

Being a part of Inlot number One Hundred And Sixty-Five (165) and situate in the City of Oxford, Butler County, Ohio and known and designated on the original plat of said City as Inlot number One Hundred and Sixty-five (165) said part of Inlot being bounded and described as follows:

Beginning at point which is Seventy (70) feet West From the Southeast comer of said Lot Number One Hundred and Sixty-five (165) on the South line thereof; thence running West from said point a distance of Fifty-five (55) feet on said South line parallel with Collins Street to a point which is the Southwest comer of the premises herein conveyed; thence running North parallel with the West line of said Lot Number One Hundred and Sixty-five (165) a distance of Sixty-six (66) feet to a point on the North line thereof, which point is the Northwest comer of the premises herein conveyed; thence running East along the North line of said Lot Number One Hundred Sixty-five (165) a distance of Fifty-five (55) feet to a point; which point is the Northeast corner of the premises herein conveyed; thence running South parallel with the East line of said Lot Number One Hundred and Sixty-five (165) a distance of Sixty-six (66) feet to the point of beginning, which is the Southeast corner of the premises herein conveyed.

Also the strip of land 16 ½  feet wide abutting the aforedescribed property on the South side, formerly a part of Collins Street and vacated by ordinance of the City of Oxford May 11, 1953.

PPN:  H4100-004-000-097

Parcel 24: 2153610324

Parts of Lots Numbered 325 and 324, in the City of Oxford, Butler County, Ohio, more particularly described as follows:

Situate in the City of Oxford, County of Butler, and State of Ohio, being part of Inlots 325 and 324, as known and designated on the Revised List of Lots in said City, more particularly described as follows:

Beginning at a point in the West line of Inlot 325 situate 66 feet North of the Southwest corner thereof; thence North on said West line a distance of 41 ½ feet to a point in said line; thence East parallel with the North line of said Inlot 325 and 324 a distance of 80 feet to a corner in Inlot 324;

thence due North on a line parallel with the West line of Inlot 324 a distance of 41 feet to a point in the North line of said Inlot 324; thence East along said North line 14.76 feet to a point; thence South on a line parallel with the East and West lines of said Inlot 324 a distance of 82 ½ feet to a point; thence due West to the place of beginning a distance of 94.76 feet.

PPN: H4100-006-000-079 and H4100-006-000-082

Parcel 25: 2153610325

Situate in Butler County, Ohio and being Inlots Numbers Two Hundred Thirty-one and Thirty-two (231 and 232) as the same are known and designated in the Village (now City) of Oxford, Butler County, Ohio, together with 16 ½ feet of Vine Street and Poplar Street vacated by the City of Oxford, Ohio.

PPN: H4100-007-000-123; H4100-007-000-124; H4100-007-000-125; H4100-007-000-126

Parcel 26: 2153610326

Entire Lot numbered Three Hundred Forty-nine (349) as the same is known and designated on the list of lots in the City of Oxford, Butler County, Ohio.

Also the 16.5 foot portions of North University Avenue adjacent thereto on the east sides of said part of Outlot Number 349, vacated by the Village of Oxford, Ohio, by Ordinance No. 103 filed for record in Deed Volume 888, Page 261, of the Butler County Records.

PPN: H4100-006-000-047

Parcel 27: 2153610330

Entire Inlot # 159 as the same is known and designated on the recorded plat of the City of Oxford, Butler County, Ohio.

Also the 16 ½ foot wide tract of land adjoining said property on the East side thereof, formerly a part of West Street, now known as College Avenue, and vacated by the Village of Oxford May 11, 1853.

PPN: H4100-004-000-111

Parcel 28: 2153610331

Situate in the City of Oxford, County of Butler, State of Ohio:

The East one-half of Inlot numbered Four Hundred Eighty (480) as the same is known and designated on the recorded plat of the City of Oxford, Butler County, Ohio.

Together with that portion of the street vacated by the City of Oxford adjacent thereto and recorded in Deed Book 888, Page 261.

PPN:  H4100-008-000-096

Parcel 29: 2153610332

Situate in the City of Oxford, County of Butler and State of Ohio and being part of Outlot number Three Hundred Three (303) in said City, bounded as follows: Beginning at the northeast corner of said Outlot number Three Hundred Three (303); thence West with the North line thereof to the northwest corner of said Outlot; thence South with the West line of said Outlot a distance of sixty and one-half (60 ½ ) feet; thence East on a line parallel with the North line of said Outlot to the East line thereof: thence North with said East line a distance of sixty and one-half (60 ½ ) feet to the place of beginning.

Also the 16.5 foot portions of East Vine Street and North University Avenue adjacent thereto on the North and West sides of said part of Outlot number 303, vacated by the Village of Oxford, Ohio by Ordinance dated May 11, 1953 and recorded in Butler County, Ohio Deed Records, Volume 888, Page 261.

PPN:  H4100-006-000-096


Parcel 30: 2153610333

West 70 feet of Inlot 61 as the same is known and designated on the recorded plat of the City of Oxford, Butler County, Ohio, subject to conditions and restrictions of record.

Also conveying the 16 1/2 foot portion of the street vacated by Ordinance from the City of Oxford, dated May 11, 1853, recorded in Butler County Deed Records, Volume 888, Page 261, being the West portion of South Main Street and South portion of Walnut Street.

PPN:  H4100-003-000-103

Parcel 31: 2153610334

Situate in the City of Oxford, County of Butler, and State of Ohio:

The East 116 2/3 feet of Lot Number 310 as the same is known and designated in the City of Oxford, Butler County, Ohio.

PPN:  H4000-103-000-007

Parcel 32: 2153610335

Situate in the City of Oxford, Butler County, Ohio, and being a part of Outlot #244 of said city bounded and described as follows:

Beginning at a point in the East line of said Outlot located 60.4 feet South of the northeast corner; thence from said point of beginning South along the Outlot line 68.0 feet; thence West parallel to the center line of Vine Street and 144.5 feet North of it 190.42 feet to a point in the East right-of-way line of Poplar Street and 33 feet from the center line; thence North along said line 69.10 feet; thence East parallel to the North line of said Outlot 190.42 feet to the point of beginning. The above described part of said Outlot is subject to an easement six feet wide taken evenly off the East side and being used as a part of an existing alley.

PPN:  H4100-007-000-213

Parcel 33: 2153610337

Situate in the Village (now City) of Oxford, County of Butler and State of Ohio, and bounded and described as follows:

Being a part of Outlot Number Five (5), as the same is numbered and designated on the Plat of said Village of Oxford, Butler County, Ohio, commencing at a point on the West line of said Outlot Number Five (5), distant Two Hundred and Twenty-three (223) feet and Six and one-half (6 1/2) inches North from the Southwest corner of said Outlot number Five (5); thence East at right angles and parallel with the North line of a part of said Outlot Number Five (5) sold and conveyed by Charles H. Shera, Executor of George C. Munns, deceased, to P.W. Baer, a distance of One Hundred and Forty-Two (142) feet and Six (6) inches to a point; thence North on a line parallel with the West line of said Outlot number Five (5) a distance of Sixty-six (66) feet and Nine and one-half (9)1/2 inches to a point; thence West at right angles and parallel with the North line of said part of said lot so sold to said P.W. Baer, a distance of One Hundred and Forty-Two (142) feet and Six (6) inches to a point on the West line of said Outlot Number Five (5) a distance of One Hundred and Thirty-two (132) feet South from the Northwest corner of said Out Lot number Five (5); and thence South along the West line of said Outlot Number Five (5) a distance of Sixty-Six (66) feet and Nine and One-half (9 1/2) inches to the Place of Beginning.

PPN:  H4100-103-000-070

Parcel 34: 2153610338

Situate in the City of Oxford, County of Butler and State of Ohio:

Being Entire Inlot 3958 in the City of Oxford, Butler County, Ohio and as shown on the Plat of Lot Consolidation recorded in OR Book 9305, Page 1323, of the Butler County, Ohio Records.

PPN:  H4000-000-006-193

Parcel 35: 2153610339

Being a part of Outlot No. Five (5), as the same is numbered and designated on the Plat of the City of Oxford, in Butler County, Ohio and described as follows:

Commencing at a point on the West line of said Outlot No. 5 distance 156 feet and 9 inches North from the Southwest corner of said Outlot, which point is the Northwest corner of a part of said Outlot sold and conveyed by Charles H. Shera, Executor of the Last Will and Testament of George C. Munns, deceased, to P.W. Baer, Thence East along the North line of said premises so sold to the said P. W. Baer the distance of 142 feet and 6 inches to a point; thence North on a line parallel with the West line of said Outlot No. 5 a distance of 66 feet and 9 ½ inches to a point; thence west on a line parallel with the North line of said premises so sold by Charles H. Shera, Executor of the Last Will and Testament of George C. Munns, deceased, to P. W. Baer a distance of 142 feet and 6 inches to the West line of said Outlot No. 5; and thence South on the West line of said Outlot No. 5 a distance of 66 feet and 9 ½ inches to the place of beginning.

PPN: H4000-103-000-068

Parcel 36: 2153610340

Being Inlot numbered Three Hundred Forty-two (342) as the same is known and designated on the Revised List of Lots in the City of Oxford, County of Butler, and State of Ohio.

Also the sixteen and one-half (16 ½ ) foot portion of North University Avenue, adjacent on the East side of Inlot 342 vacated by the Village of Oxford, Ohio by Ordinance dated May 11, 1853, and recorded in Butler County, Ohio Deed Records, Volume 888, Page 261.

Being subject to all easements and restrictions of record.

PPN:  H4100-006-000-031

Parcel 37: 2153610341

Situate in the Village, now City of Oxford, in the County of Butler and State of Ohio being forty-eight (48) feet off the South side of tract of land situate in the City of Oxford, County of Butler, State of Ohio, and known and designate on the recorded plat of said City as Outlot number Two Hundred Forty-Seven (247), the same being subject to an annual ground rent of $1.00 payable to the Treasurer of Miami University on the 6th day of September annually.

Also the 16-1/2 foot portion of North Main Street adjacent thereto on the West side of said part of Outlot #247 vacated by the Village of Oxford, Ohio by Ordinance dated May 11, 1853 and recorded in Butler County, Ohio Deed Records, Volume 888, Page 261.

PPN:  H4000-007-000-077

Parcel 38: 2153610342

Situate in the City of Oxford, County of Butler and State of Ohio and being part of Outlot number Three Hundred Three (303) in said City, bounded as follows:

Beginning at the northeast corner of said Outlot number Three Hundred Three (303); thence West with the North line thereof to the northwest corner of said Outlot; thence South with the West line of said Outlot a distance of sixty and one-half (60 ½ ) feet; thence East on a line parallel with the North line of said Outlot to the east line thereof; thence North with said East line a distance of sixty and one-half (60 ½ ) feet to the place of beginning.

Also the 16.5 foot portions of East Vine Street and North University Avenue adjacent thereto on the North and West sides of said part of Outlot number 303, vacated by the Village of Oxford, Ohio by Ordinance dated May 11, 1953 and recorded in Butler County, Ohio Deed Records, Volume 888, Page 261.

PPN:  H4100-006-000-096

Parcel 39: 2153610343

Situate in the City of Oxford, County of Butler and State of Ohio and being part of Outlot Number Three Hundred Three (303) in said City, bounded as follows:

Beginning at the northeast corner of said Outlot Number Three Hundred Three (303); thence West with the north line thereof to the northwest corner of said Outlot; thence South with the west line of said Outlot a distance of sixty and one-half (60 1/2) feet; thence East on a line parallel with the north line of said Outlot to the east line thereof; thence North with said east line a distance of sixty and one-half (60 1/2) feet to the place of beginning.

Also the 16.5 foot portions of East Vine Street and North University Avenue adjacent thereto on the north and west sides of said part of Outlot Number 303, vacated by the Village of Oxford, Ohio by Ordinance dated May 11, 1953 and recorded in Butler County, Ohio Deed Records, <u>Volume 888, Page 261</u>.

PPN:  <u>H4100-006-000-096</u>

Parcel 40: 2153610344

FEE PARCEL:

Situate in the Village, now City, of Oxford, County of Butler and State of Ohio, and being part of Outlot Number 5 as the same is known and designated on the recorded plat of said City, bounded and described as follows: Beginning at a point in the South line of said Outlot located 142 feet and 6 inches East from the Southwest corner of said Outlot; thence North parallel with the West line of said Outlot 145 feet 3 inches to a point; thence East at right angles 74 feet to a point; thence South parallel with the aforesaid West line 145 feet 3 inches to the South line of said Outlot; thence West with said South line 74 feet to the place of beginning.

EASEMENT PARCEL:

Also the right, title and interest of the Grantor in and to a driveway 12 feet wide located on the South line of said Outlot and extending from the Southwest corner of the tract herein conveyed Westwardly to Main Street, and as established in  Deed Book 210, Page 82, and further subject to a right-of-way in favor of the owner of the adjacent part of said Outlot on the East of the above tract.

PPN:  <u>H4100-103-000-066</u>

Parcel 41: 2153610345

Situate in the Village, now City, of Oxford, County of Butler and State of Ohio, and being part of Outlot Number 5 as the same is known and designated on the recorded plat of said City, bounded and described as follows:

Beginning at a point on the South line of said Outlot located 142 feet and 6 inches East from the Southwest corner of said Outlot; thence North parallel with the west line of said Outlot 145 feet 3 inches to a point; thence East at right angles 74 feet to a point; thence South parallel with the aforesaid West line 145 feet 3 inches to the South line of said Outlot; thence West with the said South line 74 feet to the place of beginning.

Also the right, title and interest of the Grantor in and to a driveway 12 feet wide located on the South line of said Outlot and extending from the Southwest corner of the tract herein conveyed westwardly to Main Street, and further subject to a right of way in favor of the owner of the adjacent part of said Outlot on the East of the above tract.

PPN:  H4100-103-000-066


Parcel 42: 2153610346

FEE PARCEL:

Situated in the City of Oxford, being part of Lot 502 of said City of Oxford, being part of the Lands of Ned C. Hoelzer as recorded in Volume 7704, Page 480 of the Butler County, Ohio Official Records and being more particularly described as follows:

Beginning at the southeast corner of said Inlot 502, said point being a 5/8" rebar set; thence with the south line of said Inlot 502 North 88 deg. 02' 00" West for 42.50 feet to a 5/8" rebar set; thence through said Inlot 502 North 2 deg. 30' 02" East for 83.18 feet to a point, said point being on the south right of way of Withrow Street; thence with south right of way of Withrow Street South 88 deg. 12' 43" East for 42.50 feet to a 5/8" rebar set; thence with the east line of said Inlot 502 extended South 2 deg. 30' 02" West for 83.31 feet to the point of beginning, containing 0.08 acres of land, more or less and being subject to all legal highways, easements, agreements and restrictions of record.

PPN:  H4100-006-000-163

EASEMENT PARCEL:

Easements contained in that certain Declaration of Easement, filed for record July 14, 2008, in OR Book 8032, Page 1661, of the Butler County Records.

Parcel 43: 2153610347

Situate in the City of Oxford, County of Butler and State of Ohio, and being Inlot Numbered Five Hundred (500) as the same is designated on the revised list of lots of said City. Also the 16.5 foot portion off the South side of Withrow Street vacated by the City of Oxford.

PPN:  H4100-006-000-162

Parcel 44: 2153610348

Situate in the City of Oxford, County of Butler and State of Ohio:

Entire Lot 3957 as the same is known and designated on the revised list of lots for the City of Oxford, Butler County, Ohio and as recorded in <u>OR Book 9303, Page 125</u>, of the Butler County Records.

<u>PPN:  H4100-006-000-192</u>


Parcel 45: 2153610349

Situate in the City of Oxford, Butler County, Ohio, and being known and designated on the recorded plat thereof as parts of Inlots Sixty-one (61) and Sixty-two (62) and being the east 33.5 feet taken evenly off the east end of the west 103.5 feet of said Inlots 61 and 62 respectively in said City.

<u>PPN:  H4100-003-000-102 & 105</u>


Parcel 46: 2153610350

Situate in the City of Oxford, County of Butler and State of Ohio:

The West one hundred (100) feet taken evenly off the west side of Lot Seven Hundred Eighty-one (781) as the same is known and designated on the list of lots in the City of Oxford, Butler County, Ohio.

<u>PPN:  H4100-113-000-030</u>


Parcel 47: 2153610352

Situate in the City of Oxford, County of Butler and State of Ohio:

Entire Lot 3765 as the same is known and designated on the revised list of lots for the City of Oxford, Butler County, Ohio and as recorded in <u>OR Book 8134, Page 843</u>, of the Butler County Records.

<u>PPN:  H4100-007-000-233</u>

Parcel 48: 2153610354

Entire Lot number Three Thousand Seven Hundred Seventy-three (3773) as the same is known and designated on the recorded plat of the City of Oxford, Butler County, Ohio. Subject to easements, conditions and restrictions of record.

Said real estate formerly described as follows: Situated in the City of Oxford, Butler County, Ohio, and being the East 35 feet of the East half of Inlots No. 23 and 24 as the same are designated on the recorded plat of said City, and described as follows:

Beginning at a point on the South line of Inlot 24, 47 4 feet from the southwest corner of the East half of Inlot 24; thence North at right angles to the North lien of Inlot 23; thence East 35 feet, more or less, to the East line of Lot 23; thence South parallel with the West line to the southeast corner of Inlot 24; thence West at right angles 35 feet, more or less, to the point of beginning.

Subject to the rights of parties in possession under unrecorded leases and all other conditions, easements and restrictions of record.

PPN:  H4100-003-000-261

Parcel 49: 2153610355

Situate in the City of Oxford, County of Butler and State of Ohio and being sixty (60) feet taken evenly off the East end of Inlot numbered eighty-five (85) as the same is known and designated on the recorded plat of said City.

PPN:  H4100-007-000-027

Parcel 50: 2153610356

Situated in the Village (now City) of Oxford, in the County of Butler and the State of Ohio, and being a part of Inlot Numbered Ninety-two (92) as the same is designated on the revised list of Lots in said City, bounded and described as follows: Beginning at a point in the South line of said Inlot located 60 feet West from the southeast corner thereof; thence North at right angles to the North line of said Inlot to a point 60 feet West from the northeast corner of said Inlot; thence with the North line West 50 feet; thence South on a line parallel with the East line of said Inlot to the South line of said Inlot; thence East with the said South line 50 feet to the place of beginning.

Also, the 16 ½ feet portion of Walnut Street adjacent to part of Inlot Ninety-two (92) vacated by the City of Oxford, Ohio, by ordinance dated May 11, 1853 and recorded in Butler County, Ohio Deed Records Volume 888, Page 261.

PPN:  H4100-003-000-036

Parcel 51: 2153610358

Situate in the City of Oxford, in the County of Butler and State of Ohio and being parts of Inlots numbered Eighty-seven (87) and Eighty-eight (88) in said City, bounded and described as follows: Beginning at the South line of said Inlot numbered Eight-eight (88) at the Southwest corner of the bank building formerly owned by Fry and Munns, which point is 28 feet West from the Southeast corner of said Inlot; thence on said South line West 26 feet; thence due North to a corner in said Inlot numbered Eight-seven distance (87) a Distance of 79 feet more or less to the Southwest corner of a 9 foot strip in said Inlot 87 formerly owned by Joshua Davis, Jr.; thence continuing North 9 feet with the West line of said strip to the Northwest corner thereof; thence East parallel with the North line of said Inlot 87 a distance of 54 feet to the East line of said lnlot; thence South with said East line 9 feet to a point located 13 feet North of the Southeast corner of sold Inlot 87; thence West parallel with said North line of said Inlot a distance of 28 feet; thence due South 79 feet more or less to the point of beginning, together with all the rights, easements and appurtenances thereto belonging, also subject to all legal highways, easements, restrictions and conditions of record, including visible easements and party walls; also subject to all applicable zoning and building laws and regulations, and the state of facts an accurate survey and personal inspection of the premises would show.

With the same reservations, exceptions, privileges and obligation contained in a Deed to Bessie E. Harman from the Trustees of Oxford Lodge No. 187, Knight of Pythias of Oxford, Ohio, dated the 30th day of March, 1925, and recorded in Volume 260, Page 325 of the Deed Records of Butler County, Ohio.

PPN:  H4100-003-000-018 and H4100-003-000-008

Parcel 52: 2153610359

Entire Lot Numbered 3997 as shown on the list of lots in the City of Oxford, Butler County, Ohio.

PPN:  H4100-003-000-278

Parcel 53: 2153610361

The Inlot or tract of land known and designated on the plat of the Village (now city) of Oxford, in the County of Butler and State of Ohio as Inlot number 226 and fronting West on Main Street, together with 16 ½ feet of Main Street vacated by the City of Oxford, Ohio.

PPN: H4100-007-000-087

Parcel 54: 2153610362

Situate in Butler County, Ohio and being Inlots Numbers Two Hundred Thirty-one and Thirty-two (231 and 232) as the same are known and designated in the Village (now City) of Oxford, Butler County, Ohio, together with 16 ½ feet of Vine Street and Poplar Street vacated by the City of Oxford, Ohio.

PPN: H4100-007-000-123; H4100-007-000-124; H4100-007-000-125; H4100-007-000-126

Parcel 55: 2153610363

Situated in the City of Oxford, Butler County, Ohio, and being a subdivision of parts of Out Lot 5 and part of Out Lot 6, and being known and described as follows:

Being Lot 1342 of Miami Meadows Subdivision as recorded in Plat Book 21, Page 59 (Plat Envelope 474-A), of the Butler County Record of Plats and as recorded and accepted by Miami University, on May 29, 1961 and on February 27, 1964.

Together with and subject to all easements, restrictions and conditions of record. Subject to all legal highways.

PPN: H4100-103-000-085

Parcel 56: 2153610364

Situated in the City of Oxford, Butler County, Ohio, and being a subdivision of parts of Out Lot 5 and part of Out Lot 6, and being known and described as follows:

All of Lot 1341 of Miami Meadows Subdivision as recorded in Plat Book 21, Page 59 of the Butler County Record of Plats and as recorded and accepted by Miami University, on May 29, 1961 and on February 27, 1964.

Together with and subject to all easements, restrictions and conditions of record. Subject to all legal highways.

PPN: H4100-103-000-084

Parcel 57: 2153610365

FEE PARCEL:

Situated in the City of Oxford, Butler County, Ohio, and being a subdivision of parts of Out Lot 5 and part of Out Lot 6, and being known and described as follows:

All of Lot 1336 of Miami Meadows Subdivision as recorded in Plat Book 21, Page 59 of the Butler County Record of Plats and as recorded and accepted by Miami University, on May 29, 1961 and on February 27, 1964.

Together with and subject to all easements, restrictions and conditions of record. Subject to all legal highways.

PPN: H4100-103-000-079

EASEMENT PARCEL:

Easement for vehicular and pedestrian ingress and egress as set forth in deed filed for record June 5, 1974, in Deed Book 1109, Page 70, of the Butler County Records.

Parcel 58: 2153610366

Situated in the City of Oxford, Butler County, Ohio, and being a subdivision of parts of Out Lot 5 and part of Out Lot 6, and being known and described as follows:

All of Lot 1340 of Miami Meadows Subdivision as recorded in Plat Book 21, Page 59 of the Butler County Record of Plats and as recorded and accepted by Miami University, on May 29, 1961 and on February 27, 1964.

Together with and subject to all easements, restrictions and conditions of record. Subject to all legal highways.

PPN: H4100-103-000-083

Parcel 59: 2153610367

Situated in the City of Oxford, Butler County, Ohio, and being a subdivision of parts of Out Lot 5 and part of Out Lot 6, and being known and described as follows:

All of Lot 1337 of Miami Meadows Subdivision as recorded in Plat Book 21, Page 59 of the Butler County Record of Plats and as recorded and accepted by Miami University, on May 29, 1961 and on February 27, 1964.

Together with and subject to all easements, restrictions and conditions of record. Subject to all legal highways.

PPN: H4100-103-000-080

Parcel 60: 2153610368

Situated in the City of Oxford, Butler County, Ohio, and being a subdivision of parts of Out Lot 5 and part of Out Lot 6, and being known and described as follows:

All of Lot 1339 of Miami Meadows Subdivision as recorded in Plat Book 21, Page 59 of the Butler County Record of Plats and as recorded and accepted by Miami University, on May 29, 1961 and on February 27, 1964.

Together with and subject to all easements, restrictions and conditions of record. Subject to all legal highways.

PPN: H4100-103-000-082

Parcel 61: 2153610369

Situated in the City of Oxford, Butler County, Ohio, and being a subdivision of parts of Out Lot 5 and part of Out Lot 6, and being known and described as follows:

All of Lot 1338 of Miami Meadows Subdivision as recorded in Plat Book 21, Page 59 of the Butler County Record of Plats and as recorded and accepted by Miami University, on May 29, 1961 and on February 27, 1964.

Together with and subject to all easements, restrictions and conditions of record. Subject to all legal highways.

PPN: H4100-103-000-081

Parcel 62: 2153610370

Being part of Outlots #46 and #59 in the City of Oxford, Butler County, Ohio, and more particularly described as follows: Beginning at the intersection of the West line of Campus Avenue and the South line of Plum Street in said City; thence South with the West line of Campus Avenue to the northeast corner of Lot #657 in said City; thence West along the North line of Lot #657 and the North line of Lots #659, #660, #661 and #662, (a distance of ) 280 feet more or less to a point which is the southwest corner of a tract of land hereinbefore conveyed to Marguerite G. Meyers and Fred G. Meyers by deed recorded in Butler County Deed Record 580, Page 261; thence North with the East line of said Meyer's tract to the South line of Plum Street; thence East with the South line of Plum Street to the place of beginning.

PPN: H4100-106-000-119 and H4100-106-000-124

Parcel 63: 2153610489

**Parcel 1:**

Entire Lot Numbered 3997 as shown on the list of lots in the City of Oxford, Butler County, Ohio.

PPN: H4100-003-000-278

**Parcel 2:**

Situated in the City of Oxford, County of Butler and State of Ohio, and being the South 26 feet of the North 44 feet of the West 22 1/4 feet of the East 101 1/2 feet of Inlot number eighty-seven (87) as the same is known and designated on the recorded plat of the City of Oxford and being subject to an annual ground rent due and payable to Miami University each year.

Together with an easement for an encroachment by the present building on the above described premises on the property immediately adjacent to the East, said easement being 0.60 feet in width adjacent to the East bounding the above described property. Should the present building on the above described tract be removed then the easement shall be extinguished.

Being the same premises conveyed to Dollar Investment Associates by deed bearing date of February 27, 1995 and recorded on March 24, 1995 in Volume 5317, Page 306 of the Butler County, Ohio Official Records.

PPN: H4100-003-000-005

**Parcel 3:**

 Situated in the City of Oxford, County of Butler, and State of Ohio, and being part of Inlot Number 87 bounded and described as follows:

Beginning at a point in the East line of said Inlot located eighteen (18) feet South of the Northeast corner thereof, thence West on a line parallel with the North and South lines of said inlot a distance of seventy-nine (79) feet to a point; thence South a distance of twenty-six (26) feet to the Northwest corner of the E.B. Ferguson property; thence East parallel to the North and South lines of said inlot a distance of seventy-nine (79) feet to a point in the East line of said inlot; and thence North twenty-six (26) feet to the place of beginning.

PPN: H4100-003-000-006

Parcel 64: 2153610319

Situate in the City of Oxford, County of Butler and State of Ohio:

Entire Lot 2819 as the same is known and designated on the revised list of lots for the City of Oxford, Butler County, Ohio.

PPN:  H4100-008-000-248