UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

AMICUS MIAMI OF OHIO, LLC
78 Grand Street, Unit 4
New York, NY 10013,

    Plaintiff,

v.

HEATHER HOELZER KACACHOS
3401 Lanes Mill Road
Oxford, OH 45056,

    And

THOMAS KACACHOS
3401 Lanes Mill Road
Oxford, OH 45056

Case No. 2:22-cv-02320-MHW-KAJ
Judge Michael H. Watson

## TENDER OF PROOF OF SERVICE

    Plaintiff, Amicus Miami of Ohio, LLC, by counsel, tenders herewith its proof of service on Defendant Thomas Kacachos (attached as <u>Exhibit 1</u>), which has been served by process server with a copy of the Summons, Verified Complaint, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order, and Plaintiff's Rule 7.1 Corporate Disclosure Statement on June 3, 2022.

    Respectfully submitted,

    <u>/s/ Aneca E. Lasley</u>
    Aneca E. Lasley (0072366)
    ICE MILLER LLP
    250 West Street, Suite 700
    Columbus, Ohio 43215-7509
    (614) 462-1085
    Aneca.Lasley@icemiller.com

4895-4811-4212. 1

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Aneca E. Lasley*
Aneca E. Lasley (0072366)

4895-4811-4212. 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Thomas Kacachos</u> was received by me on *(date)* <u>Thursday June 02, 2022.</u>

[X] I personally served the summons on the individual at *(place)* <u>3401 Lanes Mill Rd, Oxford, OH 45056</u> on *(date)* <u>Fri, Jun 03 2022</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 6/4/2022

*Server's signature*

Kayla Whoberry

*Printed name and title*

119 E. Court Street, CINCINNATI, OH 45202

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 2, 2022, 5:29 pm EDT at 3401 Lanes Mill Rd, Oxford, OH 45056
Dogs were outside when I arrived. I honked the horn a few times and waited 5-10 minutes - someone took the dogs inside. I then went up to the door and rang the doorbell and knocked a few times once dogs were inside - no one came to the door. I waited about five more minutes and someone drove up. They would not take the documents from me and stated she cannot take the documents and the person inside has Covid.

2) Successful Attempt: Jun 3, 2022, 9:03 am EDT at 3401 Lanes Mill Rd, Oxford, OH 45056 received by Thomas Kacachos. Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'7"; Hair: Brown; Other: Delivered to person outside their residence near their garage;

**EXHIBIT 1**