# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Amicus Miami of Ohio, LLC,

      Plaintiff,                    Case No. 2:22-cv-2320

v.                                 Judge Michael H. Watson

Heather Hoelzer Kacachos, *et al.*,    Magistrate Judge Jolson

      Defendants.

## ORDER

The Court Ordered Plaintiff to file a notice documenting the citizenship of Amicus II Investment Holdings LLC's members and any sub-members so that the Court can evaluate its jurisdiction. ECF No. 12. Plaintiff moves for leave to file said notice under seal. ECF No. 14. As the moving party, Plaintiff must overcome the "'strong presumption in favor of openness' as to court records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016) (quoting *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179 (6th Cir. 1983)).

Plaintiff argues that "the members of Amicus II Investment Holdings LLC are confidential." *Id.* at 1. But Plaintiff availed itself of the diversity jurisdiction of this Court, and Plaintiff must establish that such jurisdiction is proper. While the Court does not need the individual home addresses of each member, Plaintiff can surely provide a list of the members and their states of residence to establish

that none of the members reside in Ohio. Such information does not have the same privacy concern and need not be filed under seal. Plaintiff's public notice shall be filed within **TWENTY-FOUR HOURS** of the issuance of this Order.

Further, Defendants filed a compelling motion to change venue. ECF No. 13. In that motion, they point out that the Complaint is labeled for filing in the *Western* Division but was actually filed in the *Eastern* Division. Plaintiff is **ORDERED** to explain, within **TWENTY-FOUR HOURS** of the filing of this Order, why its Complaint is labelled for the Western Division but was filed within the Eastern Division. Any opposition to Defendant's motion to transfer shall also be included in that explanation. Defendant will then have **TWO DAYS** to file a reply to its motion to transfer.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**