## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| AMICUS MIAMI OF OHIO, LLC | |
| Plaintiff, | |
| v. | Case No. 2:22-cv-2320 |
| HEATHER HOELZER KACACHOS and | Judge Michael H. Watson |
| THOMAS KACACHOS | Magistrate Judge Jolson |
| Defendants. | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER AND THE COURT'S ORDER FOR EXPLANATION

Plaintiff Amicus Miami of Ohio, LLC ("Plaintiff"), by and through counsel, respectfully submits this response to the Motion to Transfer filed by the Defendants Heather Hoelzer Kacachos and Thomas Kacachos ("Defendants") and explanation to the Court in response to this Court's Order dated June 14, 2022 requesting an explanation for the labeling of Plaintiff's Complaint for the "Western Division" and to address any opposition to the Motion to Transfer filed by the Defendants Heather Hoelzer Kacachos and Thomas Kacachos ("Defendants").

Plaintiff intended to file its Complaint in the United States District Court in the Western Division of the Southern District of Ohio and captioned its filings accordingly.  However, as the result of an administrative error, the Complaint was instead electronically filed into the Eastern Division.  As soon as Plaintiff's Counsel became aware of this error, within less than twenty-four hours of the filing, Plaintiff's Counsel contacted the Clerk of the Court's Office, advised them of the error, and inquired about the necessary steps to address the issue.  The Clerk's Office advised that the case would be automatically transferred if the initial filing venue was deemed improper.

Plaintiff's Counsel was informed that it need not take any further actions at that time.  Plaintiff's Counsel also advised the Court's staff of this error and the advice received from the Clerk's Office.

Plaintiff does not oppose Defendants' motion to transfer.  Plaintiff consents to the transfer of this case to the Western Division in Cincinnati.

Respectfully submitted,

*/s/ Aneca E. Lasley*
Aneca E. Lasley (0072366)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-1085
Aneca.Lasley@icemiller.com

*Counsel for Plaintiff, Amicus Miami of Ohio, LLC*

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically and served through the Court's ECF System upon all counsel of record on this 15th day of June, 2022.

Respectfully submitted,

*/s/ Aneca E. Lasley*
Aneca E. Lasley (0072366)