UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Amicus Miami of Ohio, LLC,

    Plaintiff,

v.

Heather Hoelzer Kacachos, *et al.*,

    Defendants.

Case No. 2:22-cv-2320

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Court **VACATES** as improvidently granted the oral TRO previously entered and **TRANSFERS** this case to the Western Division at Cincinnati in accordance with Local Rule 82.1 and the parties' agreement.  *See* ECF Nos. 13, 17.

IT IS SO ORDERED.

                /s/ Michael H. Watson
                MICHAEL H. WATSON, JUDGE
                UNITED STATES DISTRICT COURT