# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **AMICUS MIAMI OF OHIO, LLC** | : | Case No. 1:22-cv-00355 |
| Plaintiff | | Judge McFarland |
| | : | Magistrate Litkovitz |
| vs. | | |
| **HEATHER HOELZER KACACHOS, *ET AL.*** | : | NOTICE OF STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |
| Defendants | | |
| | : | |

Plaintiff Amicus Miami of Ohio, LLC, and Defendants Thomas and Heather Kacachos have agreed to an extension of time for Defendants to answer or otherwise plead. The parties have stipulated to an additional 15 days for Defendants to serve their answer or other responsive pleading.

Respectfully submitted,

*/s/ Aneca E. Lasley (per authority)*
Aneca E. Lasley  0072366
Ice Miller
Suite 700
250 West Street
Columbus, OH 43215
(614) 462-1085
aneca.lasley@icemiller.com,
*Trial Attorney for Plaintiff*

*/s/ Edward P. Akin*
Edward P. Akin  0074357
Aronoff, Rosen & Hunt
2200 U.S. Bank Tower
425 Walnut Street
Cincinnati, OH 45202
(513) 241-0400
epakin@arh-law.com
*Trial Attorney for Defendants*

### CERTIFICATE OF SERVICE

I certify this document was filed electronically and served through the Court's ECF System on Aneca E. Lasley, aneca.lasley@icemiller.com, on June 21, 2022.

*/s/ Edward P. Akin*
Edward P. Akin