# EXHIBIT C

Mon, Dec 20, 4:01 PM

**Tom Kacachos**

How are we doing with scheduling everything over break? What about appraisers?

Guys going through the houses are coming tomorrow.

Matthew Keith was here this morning. We went through environmental on all apartments and uptown.

That's great to hear. I'll touch base with the lender and see if I can get an update on the appraisal. They tend to do most of the work upfront, and then a confirmatory walkthrough at the end.

The fee agreement should be coming over tomorrow.

How about a quick internal update call between us on Wednesday?

**Tom Kacachos**

Sure. Thanks.

Just a really great time to do walkthrough in units with everyone gone.

> Just a really great time to do walkthrough in units with everyone gone.

**Sat, Jan 15, 2:44 PM**

**Tom Kacachos**

> Hi guys. I will be reviewing everything this weekend and working on the deposit transfer number for Yvette. Last year we didn't really start leasing until the week of February 1st (about 15 houses) and then the full leasing began around February 8th. January is probably too early for Sam.

> Also do you want heather to continue to work on the website? Are you ok with jerry and I occupying our offices through the end of 2023?

**Austin Brooks**

> We would really like her to help

> And yes that is ok for you guys to use the office through 2023

> Completely agree with Austin-- would love for to keep helping on the website. And no issue with your office . For Jerry, would he be paying a fair rent after say 6months

a fair rent after say 6months

Or end of 2022.

**Tom Kacachos**

I will have to pay for Jerry so how much would you think?

Got it, well let's just talk about what works when we connect this week

Sun, Jan 16, 11:49 AM

**Tom Kacachos**

Your construction summary looks pretty close.

Sun, Jan 16, 3:34 PM

Great, thanks. Just need to fill in the blanks on the remaining 3 properties. We can discuss tomorrow

Wed, Jan 19, 5:55 PM

**Tom Kacachos**

Rob did you resend the construction summary priority.

Yup, just resent

**Tom Kacachos**

I will also work on a price per property sales amount for the

**Tom Kacachos**

I will also work on a price per property sales amount for the portfolio that adds up to 75.

City of oxford has 35 million in cash. Butler county doing well.

Tue, Jan 25, 5:58 PM

**Tom Kacachos**

I don't think legally you would lose your 15 permits at 120 s main if there were a catastrophic event. Heather mentioned this was a concern.

Really not worried from our end

Just need to explain to the bank is all

Call you tomorrow

What's important is that it's Legal

**Tom Kacachos**

Right it's a legal approved non conforming property and use. In the United states property use and rights cannot be taken away.

Mon, Jan 31, 4:08 PM

Hi Tom-- sorry to bother you. Do you

4:50

67      **AB** / **T**     

2 People

Mon, Jan 31, 4:08 PM

> Hi Tom-- sorry to bother you. Do you have a few minutes to touch base this afternoon or tomorrow morning ? Thanks

**Tom Kacachos**

> Can we text?

> Of course

> I just shared an email-- we are trying to get a sense of which units were / are still being renovated this year

**Tom Kacachos**

> All of the new England square units on the list are updated. There is no 321 e.

> 215 5e 6e. 218 1b are updated.

Mon, Jan 31, 5:57 PM

> Thank you Tom

> Hope you guys are holding up alright. Again we're here if we can be helpful to you and Heather

**Tom Kacachos**

> Thanks

Text Message

4:50

67 • 2 People

**Tom Kacachos**

Thanks

*Wed, Feb 2, 8:02 AM*

**Tom Kacachos**

I would say it's a good time to send sam.

**Austin Brooks**

Liked "I would say it's a good time to send sam."

We will arrange asap

*Wed, Feb 2, 3:54 PM*

Hi Tom-- Do you have a few minutes to touch base regarding my email on the construction restrictions on a couple of the property titles. Thanks

**Tom Kacachos**

Those documents are obsolete. For example we rebuilt 115 bishop into a new 2 family and essentially the old rental agreements become obsolete because both parties are agreeing to the new plans.

417 e withrow is zoned 3 family so you can submit new plans

Text Message

the new plans.

417 e withrow is zoned 3 family so you can submit new plans conforming to the zoning code to build a new house. You won't be restricted by what it use to be.

For example 313 n university had an old rental agreement with 5 permits. Now it's a brand new 2 family with 8 permits

Now if a neighborhood is zoned single family then you would be restricted not to exceed 4 tenants.

Got it! Thank you for clarifying

Just want to make sure we're covered as we are committing to the lender that we are going to require to renovation capital

Tom Kacachos

The city doesn't have much faith in the old rental permits and they are typically happy when property owners rebuild to new codes and the old agreements by default become invalidated.

4:50

67

AB
T

2 People

**Tom Kacachos**

The city doesn't have much faith in the old rental permits and they are typically happy when property owners rebuild to new codes and the old agreements by default become invalidated.

But the rental agreements are good when we have 8 10 or 12 permits for an old house on a small lot.

Yup, that part makes sense! Appreciate it

A quick update. Just waiting on a final survey and working through loan docs. Everything is moving ahead smoothly. Dan came through on the insurance which is great.

We spoke to Sam-- he's going to try to make arrangements to be up Sunday evening or Monday

**Tom Kacachos**

Okay. Great.

Thu, Feb 3, 4:13 PM

**Austin Brooks**

Hey Tom - do you have a few minutes to touch base?

Text Message

**Thu, Feb 3, 4:13 PM**

**Austin Brooks**

> Hey Tom - do you have a few minutes to touch base?

> We were going to send out guy in Sunday

> And just wanted to game plan a little bit

**Sun, Feb 20, 3:50 PM**

> Hey Tom-- we hear your points. One idea we were just throwing out, to guarantee the delta is a minimum earned of $300k to you and heather on the contraction /acquisition agreements (the also helps solidify our working together long term)

> Construction*

**Tom Kacachos**

> Also remember we have pre leased about 7 million dollars for you, collected nearly all of this years rent, and collected about 1.1 million in deposits. We have not slowed down or reduced staff or cut back in any way.

> Heather has been texting, calling

> or reduced staff or cut back in any way.

> Heather has been texting, calling, emailing parents and future tenants 24 7 non stop including while in Naples. What are you guys thinking for her? And the website?

> What would you guess the npv of the pu to be?

> Let's plan to discuss tomorrow / Tuesday. We absolutely want to have heather doing the website and we could find a fee for that..
> We estimate the PUs are currently worth between $2.00-$2.50

**Wed, Feb 23, 9:54 AM**

> Hi Tom-- hope you guys had a good wedding yesterday. Please let us know when you're available to connect today

**Wed, Feb 23, 11:51 AM**

**Tom Kacachos**

> It was great thanks. Why don't you email your ideas. I want to finalize my review of the ancillary documents contracts today.

4:50

67

**AB / T**
2 People

**Wed, Feb 23, 11:51 AM**

Tom Kacachos

> It was great thanks. Why don't you email your ideas. I want to finalize my review of the ancillary documents contracts today.

**Thu, Feb 24, 11:28 AM**

Austin Brooks

> Hey Tom- are you free to touch base today?

Tom Kacachos

> 4 pm work?

Austin Brooks

> Could you do 5pm by any chance? Thanks

Tom Kacachos

> Yes

**Sun, Feb 27, 11:32 AM**

> Hi Tom-- Hope you guys are having a nice weekend. Please let this know what works for you to connect today

**Sun, Feb 27, 2:36 PM**

Tom Kacachos

> Hi. Yes has been busy. What about you. I won't be able to look at

Text Message

4:51

67 — AB / T — 2 People

**Sun, Feb 27, 2:36 PM**

Tom Kacachos

> Hi. Yes has been busy. What about you. I won't be able to look at everything until tonight. I will text you tomorrow. Thanks

**Mon, Feb 28, 10:38 AM**

Austin Brooks

> Hey Tom

> Are you free to touch base? Thank you

**Mon, Feb 28, 12:47 PM**

Austin Brooks

> We're coming down to the wire with the banks and trying to get things moving

Tom Kacachos

> I'm waiting to hear back from rob bolin on some of the wording in the ancillary documents.

Austin Brooks

> Ok sounds good

> Please keep us posted

**Mon, Feb 28, 5:52 PM**

Tom Kacachos

Mon, Feb 28, 5:52 PM

**Tom Kacachos**

> Rob bolin and I are talking tomorrow morning regarding the ancillary documents, lien waivers, 300k construction idea, etc. Meeting today had to be canceled our roof is leaking and had to meet with roofing company at their convenience. I will be in touch after bolin and I talk. Thanks.

**Austin Brooks**

> Ok thank you. Sorry to hear about your roof

> We are just under the gun right now. But we'll touch base tmrw. Have a nice night

**Tom Kacachos**

> Okay. Thanks.

Tue, Mar 1, 10:22 AM

**Tom Kacachos**

> 430 work for a call?

> Sure, that works

Tue, Mar 1, 4:40 PM



**2 People**

**T:** 430 work for a call?

**Me:** Sure, that works

*Tue, Mar 1, 4:40 PM*

**Tom Kacachos**

**T:** You ready?

**Me:** Tom, can you please share the updated prorated schedules ASAP. We're going to our board tonight

**Me:** We're targeting the 3rd and need to get this through the board and lender. Please have Rob share ancillary's as soon as he can

*Thu, Mar 17, 3:09 PM*

**Austin Brooks**

**AB:** Hey Tom - you mentioned on the phone you were ok with signing an extension. Has something changed? Please let us know. We are really just trying to manage things from our end as we have investors and have spent a lot of money so far / have also drawn capital to close this deal. A response would be greatly appreciated. Thanks