# EXHIBIT E

Yates, Elizabeth

| | |
|---|---|
| **From:** | Coates, Dakota |
| **Sent:** | Monday, May 23, 2022 1:51 PM |
| **To:** | Coates, Dakota |
| **Subject:** | FW: [EXT] Fwd: Closing / transfer of accounts, etc |

From: **Tom Kacachos** <tkacachos@parkplacerealestate.net>
Date: Thu, Feb 3, 2022 at 4:11 PM
Subject: Re: Closing / transfer of accounts, etc
To: Yvette Wall <Yvette@wallcpa.us>
Cc: Austin Brooks <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>

Hi Yvette,

John Broering and Renee Moore will need amex cards.  Do you want the maintenance staff Joe Davis and travis Moore to have cards?  Are you going to keep any major accounts like home depot or will you be 100% amex?  Thanks.

On Tue, Feb 1, 2022, 9:13 AM Yvette Wall <Yvette@wallcpa.us> wrote:

> Hi Tom-
>
> Hope things are going well, as the closing approaches, I would like yours & Heather's input on how you would me to handle the transfer of accounts such as utilities, announcement to tenants, office files, etc. I am planning on being on the ground for essentially a full week the week of closing, but would like your guidance as to what is going to be the most comfortable approach for everyone.
>
> We use AMEX as a means of capturing expenses – we will need some lead time to have the cards ordered, if you can suggest which employees should have the cards that will be most helpful.
>
> If a zoom with all of us works best to go over these items, let me know.
>
> Wall & Associates, CPA
>
> 190 Sperry Road
>
> Bethany, CT 06524
>
> 203-393-1330 (p) NEW

203-819-7601 (f)

Yvette@wallcpa.us

**CONFIDENTIALITY NOTICE**: This email has been sent by Wall & Associates and is intended solely for the person(s) or organization(s) named above (or their authorized representatives). It may contain information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender immediately and destroy all copies of this transmission. The use, copying, distribution or disclosure of the e-mail or any of its contents or attachments by anyone other than the intended recipient is unauthorized and may be unlawful.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and may not be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com