# PIERCE ATWOOD LLP

**Peter P. Gelzinis**

100 Summer Street
22nd Floor
Boston, MA 02110

617.488.8148 voice
617.824.2020 fax
pgelzinis@pierceatwood.com
www.pierceatwood.com

*Admitted in:* MA

February 9, 2022

### *VIA ELECTRONIC MAIL*

Heather Hoelzer Kacachos & Thomas Kacachos
3401 Lanes Mill Road
Oxford, OH 45056
Email: tkacachos@parkplacerealestate.net; tkacachos@gmail.com

Bolin & Troy, LLC
29 N. Beech Street
Oxford, Ohio 45056
Attn: L. Robert Bolin, Esq.
Email: rob@bolintroy.com

*Re:* **Sale of the Park Place Portfolio, Oxford, Ohio**

Ladies and Gentlemen:

Reference is made to that certain Limited Liability Company Membership Interests Purchase and Sale Agreement dated October 25, 2021, as amended by that certain First Amendment to Limited Liability Company Membership Interests Purchase and Sale Agreement dated January 24, 2022 (collectively, the "**Agreement**"), by and between Heather Hoelzer Kacachos and Thomas Kacachos (the "**Seller**"), and Amicus Miami of Ohio LLC, a Delaware limited liability company (the "**Buyer**"). Capitalized terms used, but not defined herein, shall have the meanings ascribed thereto in the Agreement.

On behalf of Buyer, this letter serves as Buyer's notice pursuant to Section 6.1(c) of the Agreement that Buyer elects to proceed to Closing subject to satisfactory resolution of the items described in Seller's title and survey response letter dated February 4, 2022 and Buyer's Financing Extension set forth in Section 5.4 of the Agreement. All other rights of Buyer under the Agreement are reserved.

Please do not hesitate to contact me if you have any questions.


EXHIBIT 9

14619095.1

Park Place Portfolio
February 9, 2022
Page 2

Regards,

Peter P. Gelzinis

cc (by email only):

    Mr. Rob Abelson
    Mr. Austin Brooks
    Andrew Knoph, Esq.
    Adam Schwartz, Esq.
    Donald Lussier, Esq.