

Heather Kacachos <hkacachos@parkplacerealestate.net>

## Amicus Compensation & Consulting Fees
1 message

**Rob Abelson** <rob@amicus-properties.com>  Fri, Sep 10, 2021 at 12:06 PM
To: Heather Kacachos <hkacachos@parkplacerealestate.net>, Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Austin Brooks <austin@amicus-properties.com>

Hi Heather / Tom,

Thanks for the call earlier today. Following up, we wanted to share some indication of the value to you guys for working with us as an advisor / consulting basis. If we are successful growing the business further (which we sincerely hope we do), this can be very lucrative to you both. As discussed, it won't require much of our time.. really just your introductions/relationships.

We put together these high-level numbers. It is our strong expectation and hope that we can do much better than what we've shared in growing this portfolio to 1,000 -2,000 bedrooms.

We have also included an indication of Equity Grants for consulting / advisory roles. This provides equity in the entire company (i.e. shares when we convert to a REIT).

Looking forward to hearing from you.

Best,
Rob & Austin

--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com

📎 **Heather & Tom Consulting Arrangement_9.10.2021.xlsx**
54K


EXHIBIT 1

### Amicus Properties - Consulting Arrangement Cashflows

| Off-Market Deal Commissions | Bed Additions | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
|  |  | 100 | 100 | 100 | 100 | 100 |
| % Sourced by Heather / Tom | 75.0% | 75 | 75 | 75 | 75 | 75 |
| Average Price Per bed |  | $85,000 | $85,000 | $85,000 | $85,000 | $85,000 |
| Gross Real Estate Purchase |  | $6,375,000 | $6,375,000 | $6,375,000 | $6,375,000 | $6,375,000 |
| Commission 2.0% | 2.0% | $127,500 | $127,500 | $127,500 | $127,500 | $127,500 |

| Renovations | Bed Additions | | | | | |
|---|---|---|---|---|---|---|
|  |  | 75 | 75 | 75 | 75 | 75 |
| Renovation spend per bed | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| Renovation Spend per Year |  | $3,750,000 | $3,750,000 | $3,750,000 | $3,750,000 | $3,750,000 |
| Tom 15% Cash Contractor Fee | 15.0% | $562,500 | $562,500 | $562,500 | $562,500 | $562,500 |

| Annual Cashflow | | $690,000 | $690,000 | $690,000 | $690,000 | $690,000 |
|---|---|---|---|---|---|---|
| Cumulative Cashflow | | $690,000 | $1,380,000 | $2,070,000 | $2,760,000 | $3,450,000 |

### Amicus Properties - Equity

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Profit Interest Unit Grant | 50,000 | 55,000 | 60,000 | 70,000 | 80,000 |
| Hypothetical Valuation ($/share) | $2.00 | $4.00 | $6.00 | $10.00 | $15.00 |
| Equity Value in Parent Company | $100,000 | $220,000 | $360,000 | $700,000 | $1,200,000 |
| **Total Package Value** | | | | | **$4,650,000** |



Heather Kacachos <hkacachos@parkplacerealestate.net>

## Amicus Profit Unit Grant
1 message

**Austin Brooks** <austin@amicus-properties.com>  Sun, Sep 12, 2021 at 4:57 PM
To: Heather Kacachos <hkacachos@parkplacerealestate.net>, Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Rob Abelson <rob@amicus-properties.com>

> Hi Heather and Tom,
>
> We are happy to explain the profit unit grant agreement. As management, we have an options package that is granted to us by our investors as a compensation package. This is the same structure as a company that pays its CEO/upper level management with stock grants. Rob and I have allocated a certain amount of our shares to employees/stakeholders/advisers. The allocation we would be giving you guys would come directly out of this pool. This is the same pool that rob and I as well as everyone with equity in the company gets compensated from.
>
> The shares are currently valued at $1.00 which is par with what the company funding. (Each person who bought shares in the company bought them at a $1.00 valuation).  Overtime as the company grows these shares have a vesting period where they become common equity. Rob and I are heavily incentivized to grow the company because that is how the shares vest and we have the exact same units you would have. You would also be receiving the same formal grant agreement we have.
>
> Our thesis is that the shares in the company will become significantly more valuable over time as we are able to recycle the cash flow the business generates into new deals/markets.  We also believe with scale, we will be able to justify a much higher valuation or lower cap rate either as a public company or a partner of a large private equity firm.
>
> The advantage to these shares is passive participation in the Amicus enterprise right along side of us.  We are also happy to discuss the mechanics further over the phone is you guys have further questions.
>
> Best,
> Austin
>
Sent from my iPhone



Heather Kacachos <hkacachos@parkplacerealestate.net>

## LOI Update & Timeline - Amicus
9 messages

---

**Rob Abelson** <rob@amicus-properties.com>                                                   Tue, Sep 14, 2021 at 8:52 AM
To: Heather Kacachos <hkacachos@parkplacerealestate.net>, Tom Kacachos❤ <tkacachos@parkplacerealestate.net>
Cc: Austin Brooks <austin@amicus-properties.com>

Hi Heather / Tom--

It was nice speaking with you yesterday! As discussed, please see attached for the revised LOI, including the additional deal points that were highlighted. We've also included a high-level outline of the transaction timeline for your reference. We are happy to discuss anything in more detail. We look forward to hearing from you.

Best,
Rob & Austin

## Timeline:

### September 2021:

- Sign LOI

### October 2021:
Engage Counsel: Finalize Purchase and Sale Contract & Addendum Agreements

- Sign Purchase Contract: Week of 10/4

### October /November 2021:
Buyer / Lender begin 3rd party reports. These include: Zoning, Environmental, Appraisal and Property Condition Reports.

*Seller simply need to provide access to properties. Appraiser will ask for 12-month historical financials.*

### November 2021:
Buyer to perform Revenue Testing: verify income from historical year. This will be performed by our internal accountant. She would need access to deposit records for the last 2 semesters.

### December 2021:
Buyer secures Title Commitment from Fidelity National Title Company & confirms insurance requirements

### January 2022:
Complete transaction close


--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com

📎 **Amicus Park Places L.O.I 9_14_21.pdf**
151K

---

**Heather Kacachos** <hkacachos@parkplacerealestate.net>                                        Tue, Sep 14, 2021 at 10:59 AM
To: Rob Abelson <rob@amicus-properties.com>