# EXHIBIT B

**Coates, Dakota**

| | |
|---|---|
| **Subject:** | FW: [EXT] FW: Construction Management Agreement |

**From:** Tom Kacachos <tkacachos@parkplacerealestate.net>
**Sent:** Wednesday, March 2, 2022 10:54 AM
**To:** Austin Brooks <austin@amicus-properties.com>; Rob Abelson <rob@amicus-properties.com>; Heather Kacachos <hkacachos@parkplacerealestate.net>; Yvette Wall <Yvette@wallcpa.us>
**Subject:** Construction Management Agreement

Can we focus on this later to save time?  My issue is with Section 8 and payment based upon COA.  Payments should be based upon a percentage of completion schedule.


--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net