# EXHIBIT C

**Coates, Dakota**

---

**Subject:** FW: [EXT] FW: Transition Questions

**From:** Yvette Wall
**Sent:** Wednesday, February 9, 2022 3:20 PM
**To:** 'Tom Kacachos' <tkacachos@parkplacerealestate.net>; Rob Abelson <rob@amicus-properties.com>; Austin Brooks <austin@amicus-properties.com>; Heather Kacachos <hkacachos@parkplacerealestate.net>
**Subject:** RE: Transition Questions

Hi Tom – Yvette here, my answers are in below

**From:** Tom Kacachos <tkacachos@parkplacerealestate.net>
**Sent:** Wednesday, February 9, 2022 2:29 PM
**To:** Rob Abelson <rob@amicus-properties.com>; Austin Brooks <austin@amicus-properties.com>; Yvette Wall <Yvette@wallcpa.us>; Heather Kacachos <hkacachos@parkplacerealestate.net>
**Subject:** Transition Questions

There are a lot of details and transitions to wrap up.  Is February 22 or late February a more realistic close date than Feb 15?  Let me know your thoughts.

1) Health Care.  We currently have United Health Care.  I will probably keep the policy since heather and I are on it.  It is a great plan with grandfathered pricing.  Will you move John, Renee, Travis, and Joe to a different policy or do we want to figure out a way to keep this policy?*[Yvette Wall]* We would like to keep the same benefits for the employees as they currently have, if you can share your agent on the health plan we can open a new plan under our company, I had assumed it would transfer, being your keeping it for you and Heather we will open ours. We will pay you for the pro-rated February costs that are ours, and begin March 1st on our plan.

2) Payroll.  Currently our payroll Company is Tower Rentals Maintenance, Inc.  I will need to figure out how we wind this down (not really your problem but may require a little time) or maybe I keep it for me and Heather.  How will employees be paid (w2 or 1099).  They will want to know.*[Yvette Wall]*  W-2 if they are currently employees, 1099's for outside contractors. We will run payroll through our system

3) Automatic mortgage payments.  Once we have a firm date I need to stop these payments.  Sometimes the bank needs 3-4 business days.*[Yvette Wall]* Nothing for Amicus on this one

4) Recently paid property taxes.  We need to make sure these are reflected in the closing statement.  They should be posting this week.  I will send a summary of what was paid.*[Yvette Wall]* These will be pro-rated by day, your calculations should go to your attorney and they will present to Fidelity the title company for insertion into the closing statement so you receive proper credits for the pre-payments.

5) Current list of employees.  W2 John, Renee (on call phone), Joe (on call), Travis.  Contractors Damian, Tommy, Kyle (on call), Jimmy (on call).  Between both of us we should be able to keep everyone employed.  We could also trade hours of our crews to simplify costs and ensure better response times.*[Yvette Wall]* Sounds very workable

6) Closing statement.  There's some debt that will require payoff statements once we have a hard closing date.  Rob Bolin is sending me the title commitments now.*[Yvette Wall]* This is your lawyer with submission to Fidelity as closing agent for payoffs

7) Construction Management agreement. Maybe we should finalize after the closing. I'm still open to it just want to make sure I can give you the amount of work and commitment you need. *[Yvette Wall]* Rob & Austin on your plate

8) Profit shares agreement. Have we reviewed this?*[Yvette Wall]* Rob & Austin on your plate

9) Just want to confirm that it is ok that we have some students at our non student buildings. I think Rob Bolin was adding our current list of properties as exempt for the non compete. The other item is determining the duration of the non compete. Obviously if we ever want to do anything in the future we will work with you as a partner.*[Yvette Wall]* Rob & Austin

10) I think the AMEX card is a great way to prevent confusion since we will still have accounts at Gillman and Home Depot. We will change our account names from Park Place to something else but this will take a little time.*[Yvette Wall]* AMEX has been ordered and will be ready this week. We will open accounts at Gillman & Home Depot with the AMEX on file as payment source, we can open the accounts as Amicus Ohio (to avoid Park Place confusion for future charges)

11) The attorneys are still finalizing the title issues and objections.*[Yvette Wall]* Rob & Austin

12) Files. I will eventually need all files up to the close date in case of an audit. We can keep recent files at the office since you will need them also for various reasons.*[Yvette Wall]* Sounds good, no issues

13) How will the closing company be making the payment(s)? To Tres Walnut or to Tom and Heather? We still need to determine a price for each property. You mentioned before you were ok with me doing this.*[Yvette Wall]* Rob & Austin

14) 211 N University is not finished. We are currently installing mechanicals and the mason is starting soon. How are we finalizing those costs? *[Yvette Wall]* Rob & Austin

15) Offices for Tom and Jerry Baumann. I would like to figure out something for a 5 year period. *[Yvette Wall]* Rob & Austin

16) We currently provide housing for Joe Davis and John Broering in two of our non student properties.*[Yvette Wall]* Rob & Austin

17) We have a warehouse/shop building that we both can continue to utilize for storage, wood working, etc.*[Yvette Wall]* Rob & Austin

18) Transition Period after the closing. What type of help (if any) would you like from me and Heather.*[Yvette Wall]* Full time. Just kidding.

19) Deed and legal description review. Rob Bolin is sending to me now.*[Yvette Wall]* OK

[Yvette Wall] – Need to establish the tenants pre-paid balances – by tenant
[Yvette Wall] – Need to establish the tenants open receivables if we are collecting and balances owed to you
[Yvette Wall] – Renee and I will work on change of utilities, etc. once closing takes place
[Yvette Wall] – Renee and Ashley are working on security deposits tie outs, we will need to be updated on all new leases that have been signed with deposits, etc. since the last document you had sent with SD information
[Yvette Wall] – Tom – do you need me to come out next week to assist in the spreadsheets for pre-payments, etc. or shall I postpone to the week of closing, just need to change my plans if you do not need me

Let me know if I missed anything.  Thanks.


--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net