# EXHIBIT G

**Coates, Dakota**

**Subject:** FW: [EXT] Re: Rush Service Request

**From:** Jeff Cremeans (Encore) <jeffencore@sbcglobal.net>
**Sent:** Thursday, June 2, 2022 5:56 PM
**To:** Angeloni, Jayme <Jayme.Angeloni@icemiller.com>; Coates, Dakota <Dakota.Coates@icemiller.com>
**Cc:** DeGroote, Jessa <Jessa.DeGroote@icemiller.com>
**Subject:** Re: [EXT] Re: Rush Service Request

**EXTERNAL EMAIL WARNING!** Use caution with links or attachments. DO NOT provide your credentials!

Additional message from my server:

*I called Thomas on his cellphone 513-839-0344 to let him know that it's okay that he doesn't open the door, that we can leave it at the door so long as we see his face and he acknowledges service.*

*I then called Heather on her cellphone 513-839-0352 and repeated the same.*

*No answer to both phones. I assume they are evading service under the guise of Covid now. I stuck around for 40 minutes so I guess we will again tomorrow.*

Jeffrey A. Cremeans
***ENCORE PROCESS SERVICE***
2862 Johnstown Rd. Ste.200
Columbus, Ohio 43219
(614) 414-0730 OFFICE
(614) 414-0732 FAX
(614) 374-2673 CELL

On Thursday, June 2, 2022, 05:52:18 PM EDT, Jeff Cremeans (Encore) <jeffencore@sbcglobal.net> wrote:

Server just attempted this.  Please see message below from my server.  Will keep at it.

Dogs were outside when I arrived. I honked the horn a few times and waited a few minutes - someone took the dogs inside. I then went up to the door and rang the doorbell and knocked a few times once dogs were inside and no one came to the door. I waited about five more minutes and someone drove up. Female would not take the documents from me because she does not live there and stated the person inside has Covid.

1

Jeffrey A. Cremeans
***ENCORE PROCESS SERVICE***
2862 Johnstown Rd. Ste.200
Columbus, Ohio 43219
(614) 414-0730 OFFICE
(614) 414-0732 FAX
(614) 374-2673 CELL

2