# EXHIBIT 1

**Coates, Dakota**

| | |
|---|---|
| **Subject:** | FW: Amicus Miami of Ohio, LLC v. Heather & Thomas Kacachos - 2:22-cv-02320-MHW-KAJ |

**From:** Cranford, Kara <Kara.Cranford@icemiller.com>
**Sent:** Wednesday, June 1, 2022 9:08 AM
**To:** Lasley, Aneca <Aneca.Lasley@icemiller.com>
**Cc:** DeGroote, Jessa <Jessa.DeGroote@icemiller.com>; Coates, Dakota <Dakota.Coates@icemiller.com>
**Subject:** RE: Amicus Miami of Ohio, LLC v. Heather & Thomas Kacachos - 2:22-cv-02320-MHW-KAJ

The judge will automatically transfer if it is deemed it should be in Cincinnati. We do not have to do anything on our end. It will also keep the same case number.

Thanks!

**From:** Lasley, Aneca <Aneca.Lasley@icemiller.com>
**Sent:** Tuesday, May 31, 2022 9:54 PM
**To:** Cranford, Kara <Kara.Cranford@icemiller.com>
**Cc:** DeGroote, Jessa <Jessa.DeGroote@icemiller.com>; Coates, Dakota <Dakota.Coates@icemiller.com>
**Subject:** Fwd: Amicus Miami of Ohio, LLC v. Heather & Thomas Kacachos - 2:22-cv-02320-MHW-KAJ

I think we may have filed in the wrong division. It should have been SD OH Western Division. Can you look into this tomorrow morning and correct?

Best,
Aneca