# EXHIBIT 2

# Coates, Dakota

| | |
|---|---|
| **From:** | Lasley, Aneca |
| **Sent:** | Thursday, June 2, 2022 8:42 AM |
| **To:** | erin_hassett@ohsd.uscourts.gov |
| **Subject:** | Fwd: Amicus Miami of Ohio, LLC v. Heather & Thomas Kacachos - 2:22-cv-02320-MHW-KAJ |
| **Attachments:** | 22.5.31 Doc #1 Complaint, Exhibits, & Coversheet (4895-2641-4627.v2)-c.pdf; 22.5.31 Doc #1-13 Summons - Heather Kacachos (4882-0363-6003.v1)-c.pdf; 22.05.31 Doc#3 Plaintiff's Rule 7.1 Corporate Disclosure Statement (4895-4279-8627.v1)-c.pdf; 22.5.31 Doc #1-14 Summons - Thomas Kacachos (4866-1045-5843.v1)-c.pdf; 22.5.31 Doc #2 Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (4874-7657-9363.v1)-c.pdf |

Erin, below is the message (along with the email addresses) I sent to Defendants and their real estate counsel yesterday. I have not received a response back.

Best,
Aneca

**From:** Lasley, Aneca
**Sent:** Wednesday, June 1, 2022 4:14:19 PM
**To:** tkacachos@parkplacerealestate.net <tkacachos@parkplacerealestate.net>; tkacachos@gmail.com <tkacachos@gmail.com>
**Cc:** jgrove1251@gmail.com <jgrove1251@gmail.com>
**Subject:** Amicus Miami of Ohio, LLC v. Heather & Thomas Kacachos - 2:22-cv-02320-MHW-KAJ

Mr. and Mrs. Kacachos,

I have been retained to represent Amicus Miami of Ohio, LLC with regard to the Limited Liability Company Membership Interests Purchase and Sale Agreement. Attached please find the Complaint, Summons, Corporate Disclosure Statement and Motion for TRO/PI we filed with the Court yesterday. I anticipate that we will be hearing from the Court regarding scheduling a hearing on this matter. Please note that I am emailing both the Defendants and their real estate counsel. I do not know whether Mr. Grove will be representing the Defendants in the litigation, but if there is other counsel you want looped in, please advise.

Best,
Aneca



**Aneca Lasley**
Partner
Aneca.Lasley@icemiller.com
**p** 614-462-1085 **f** 614-232-6899
**c** 614-570-0136

...........................................................................................................

Ice Miller LLP

1

250 West Street
Suite 700
Columbus, OH 43215

To learn more about the firm and its services, visit us at
**icemiller.com**