# EXHIBIT 3

**Coates, Dakota**

**Subject:** FW: [EXT] Amicus Miami of Ohio, LLC v. Heather Hoelzer Kacachos and Thomas Kacachos, Case No. 2:22-cv-02320

**From:** Edward Akin <EPAkin@arh-law.com>
**Sent:** Wednesday, June 15, 2022 2:56 PM
**To:** Lasley, Aneca <Aneca.Lasley@icemiller.com>
**Subject:** RE: [EXT] Amicus Miami of Ohio, LLC v. Heather Hoelzer Kacachos and Thomas Kacachos, Case No. 2:22-cv-02320

**EXTERNAL EMAIL WARNING!** Use caution with links or attachments. DO NOT provide your credentials!

Thanks for clarifying.  I am available tomorrow,  after around 11 AM.

Best regards,



Pete Akin
2200 US Bank Tower
425 Walnut Street
Cincinnati, Ohio 45202
www.arh-law.com
epakin@arh-law.com
(513) 241-0400 office
(513) 564-2500 direct dial
(513) 241-2877 facsimile



NOTICE REGARDING TAX ADVICE
To the extent this communication and/or attachments contain any Federal tax advice, such advice is not intended or written to be used, and cannot be used, by the recipient to avoid penalties that may be imposed by the Internal Revenue Service. This disclosure is intended to satisfy U.S. Treasury Department Regulations. If you have any questions concerning this notice, please contact the sender.

CONFIDENTIALITY NOTICE
This transmittal may be confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review,

dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (call collect, if necessary, at 513-241-0400) and delete this message and all of its attachments.

**From:** Aneca.Lasley@icemiller.com <Aneca.Lasley@icemiller.com>
**Sent:** Wednesday, June 15, 2022 2:50 PM
**To:** Edward Akin <EPAkin@arh-law.com>
**Subject:** RE: [EXT] Amicus Miami of Ohio, LLC v. Heather Hoelzer Kacachos and Thomas Kacachos, Case No. 2:22-cv-02320

Pete,

Are you available for a call tomorrow?  As you likely have seen from our filing, we are in agreement that this case should have been assigned to a judge in Cincinnati.  We, in fact, raised this with court from the outset.  Regardless, I believe we will get reassigned yet today or tomorrow.

Best,
Aneca



**Aneca Lasley**
Partner
Aneca.Lasley@icemiller.com
**p** 614-462-1085 **f** 614-232-6899
**c** 614-570-0136

Ice Miller LLP
250 West Street
Suite 700
Columbus, OH 43215

To learn more about the firm and its services, visit us at
**icemiller.com**

**From:** Edward Akin <EPAkin@arh-law.com>
**Sent:** Friday, June 10, 2022 3:41 PM
**To:** Lasley, Aneca <Aneca.Lasley@icemiller.com>
**Subject:** [EXT] Amicus Miami of Ohio, LLC v. Heather Hoelzer Kacachos and Thomas Kacachos, Case No. 2:22-cv-02320

**EXTERNAL EMAIL WARNING!** Use caution with links or attachments. DO NOT provide your credentials!

Hello,

2

I have entered an appearance in this case for Heather and Tom Kacachos, and will be preparing an Answer.

I have been served through the ECF system with various pleadings and filings relating to injunctive relief.

Under S.D. Local Rule 65.1, the Court would hold an informal conference, set up the movant's counsel, after consulting with the adverse party, before deciding what additional proceedings to conduct.

Please provide a range of dates when you could confer. I am unavailable July 15.

It probably makes more sense for us to file our Answer and any counterclaim first, and our resp9onsive pleading is due on June 21.

After June 21, I know I am out on June 28-29th, but generally fairly available on other days.

Best regards,



Pete Akin
2200 US Bank Tower
425 Walnut Street
Cincinnati, Ohio 45202
www.arh-law.com
epakin@arh-law.com
(513) 241-0400 office
(513) 564-2500 direct dial
(513) 241-2877 facsimile



NOTICE REGARDING TAX ADVICE
To the extent this communication and/or attachments contain any Federal tax advice, such advice is not intended or written to be used, and cannot be used, by the recipient to avoid penalties that may be imposed by the Internal Revenue Service. This disclosure is intended to satisfy U.S. Treasury Department Regulations. If you have any questions concerning this notice, please contact the sender.

CONFIDENTIALITY NOTICE
This transmittal may be confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (call collect, if necessary, at 513-241-0400) and delete this message and all of its attachments.