# EXHIBIT E

# Coates, Dakota

**Subject:** [EXT] FW: Sales price allocations

**From:** Yvette Wall
**Sent:** Friday, March 18, 2022 3:22 PM
**To:** 'Tom Kacachos' <tkacachos@parkplacerealestate.net>; Rob Bolin <rob@bolintroy.com>; Jack Grove <jgrove1251@gmail.com>; Heather Kacachos <hkacachos@parkplacerealestate.net>; Rob Abelson <rob@amicus-properties.com>; Austin Brooks <austin@amicus-properties.com>
**Subject:** RE: Sales price allocations

Hi Tom –

We have reviewed the allocations are fine with the summary, can you formalize the document and include the delta of the sales price vs. asset total and label that line item as goodwill with the figure so the totals equal.

All the best,

Yvette


Wall & Associates, CPA
190 Sperry Road
Bethany, CT 06524

203-393-1330 (p) **NEW**
203-819-7601 (f)
Yvette@wallcpa.us

**CONFIDENTIALITY NOTICE**: This email has been sent by Wall & Associates and is intended solely for the person(s) or organization(s) named above (or their authorized representatives). It may contain information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender immediately and destroy all copies of this transmission. The use, copying, distribution or disclosure of the e-mail or any of its contents or attachments by anyone other than the intended recipient is unauthorized and may be unlawful.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and may not be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Tom Kacachos <tkacachos@parkplacerealestate.net>
**Sent:** Friday, March 18, 2022 1:47 PM
**To:** Rob Bolin <rob@bolintroy.com>; Jack Grove <jgrove1251@gmail.com>; Heather Kacachos <hkacachos@parkplacerealestate.net>; Yvette Wall <Yvette@wallcpa.us>; Rob Abelson <rob@amicus-properties.com>; Austin Brooks <austin@amicus-properties.com>
**Subject:** Sales price allocations

Please review.  Thanks.


--

1

Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net