# EXHIBIT F



**City of**
**Oxford OHIO**
HOME OF MIAMI UNIVERSITY

**COMMUNITY DEVELOPMENT DEPARTMENT**
**PERMITTING VIOLATIONS**

February 25, 2022

CALISTA ENTERPRISES LLC
116 E. HIGH ST
OXFORD, OHIO 45056

**RE: 7 E. WALNUT ST.  PARCEL# H4100003000102**

Calista Enterprises LLC:

On January 12, 2022 an interior rental inspection was conducted at the above mentioned property. Unpermitted alterations were made to this unit that require your attention. You are in violation of the following:

In accordance with the agreement dated 1-23-2002, the property was represented as a Two-Family residence with an occupancy of no more than 4 persons in each unit. The agreement proceeded to reclassify the use as a non-conforming Lodging House residence with a maximum occupancy of 8 persons.

**ORD. 1307.02: PERMIT:** No person, firm or corporation shall move, relocate, remove, demolish, or commence the demolition of any building, or part of a building without a valid and effective demolition permit.

**CORRECTION:** A permit is required for the following:
- 1st floor: Moved kitchen from south wall to center of unit
- 1st floor: Added bedroom at south wall replacing space held by kitchen
- 2nd floor: The initial removal of the kitchen

**Note:** Per City Ordinance 503.02, this violation is a Class D civil offense that carries an initial fine of $500 for noncompliance.

**PMC 404.4.2 ACCESS FROM BEDROOMS.** Bedrooms shall not constitute the only means of access to other bedrooms or habitable spaces and shall not serve as the only means of egress from other habitable spaces.

**CORRECTION:** The south room on the 2nd floor is not permitted as a bedroom. Discontinue use as a bedroom.

**PMC 310.5 REVOCATION OF RENTAL PERMITS.** Whenever, upon inspection or any premises requiring a Residential Rental Permit, the code official finds that conditions or practices exist which are in violation of any provisions of the Oxford's PMC, the code official shall give notice in accordance with PMC Section 107 to the owner, or owner's agent, of the property, At the end of the time period specified in the notice, the code official shall reinspect the premises and if the code official finds that such conditions or practices have not been corrected and if no appeal has been filed in accordance with Section 111 of the PMC, the code official shall give notice in writing to the owner or owner's agent that the permit has been revoked. Upon receipt of such notice, the owner or the owner's agent shall immediately take any and all action necessary to cease operation of such rental unit or rental units and shall thereafter not permit any tenant to live, sleep, or reside in the property until another Residential Rental Permit is obtained.

**PMC 111.1 APPLICATION FOR APPEAL.** . Any person directly affected by a decision of the code official or a notice or order issued under this code shall have the right to appeal to the board of appeals, provided that a written application for appeal is filed within 20 days after the day the decision, notice or order was served. An application for appeal shall be based on a claim that the true intent of this code or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or the requirements of this code are adequately satisfied by other means.

Per the agreement made January 23, 2002, owners shall permit Oxford's Housing Inspector, during regular business hours and with reasonable notice to the Owners, to inspect the Property. If a citation is issued for any Housing regulations, Owners shall correct such violations within thirty (30) days after date of Owners' receipt of such citation.

An inspection will be conducted to check for compliance on March 28, 2022

Thank you in advance for your cooperation.

Sincerely,

Laura M. Borso
Code Enforcement Officer
lborso@cityofoxford.org
Office: 513-524-5218
Cell: 513-283-7880

O.R. **7007** PAGE **995**

200300012468
Filed for Record in
BUTLER COUNTY, OHIO
DANNY N CRANK
02-04-2003 03:16:05 PM.
AGREEMENT     22.00
OR Book 7007 Page  995 -  998

**AGREEMENT**

This Agreement made and concluded this *23rd* day of ___January___, 20 *02*, by and between the City of Oxford, Ohio, hereinafter referred to as "OXFORD", and Ned C. Hoelzer, Trustee of the Ned C. Hoelzer, CPA, Inc. Profit Sharing Trust, hereinafter referred to as "OWNER".

For and in consideration of the mutual promises and covenants contained herein, the parties agree as follows:

1.  Owner represents that he owns the property located at 7 East Walnut, Oxford, Ohio, 45056, hereinafter referred to as "PROPERTY" (and more particularly described in Exhibit "A" attached hereto).

2.  The Property is zoned C-3.

3.  The Owner represents that the use of the Property as of the date of this Agreement is a Two-Family residence with an occupancy of no more than 4 persons in each unit persons.

4.  Owner agrees to reclassification of the Property as a non-conforming Lodging House residence with a maximum occupancy of 8 persons. This Agreement is alienable as such by Owner and its successors in interest. It is further understood and agreed that in the event of catastrophic loss or destruction, said Property may be rebuilt in accordance with §1133.05 of the Oxford Zoning Code.

5.  The Owner and City agree to this classification to resolve a disputed claim. Both parties further acknowledge that this Agreement shall not be used against the other in this legal proceeding as neither party admits any of the allegations raised, but specifically denies the same, Oxford agrees to dismiss Owner from the suit.

6.  Owner shall permit Oxford's Housing Inspector, during regular business hours and with reasonable notice to the Owner, to inspect the Property. If a citation is issued for violation of any Housing Regulations, Owner shall correct such violations within thirty (30) days after date of Owner's receipt of such citation.

7.  Owner agrees to comply with all local, state and federal regulations concerning the use of the Property.

8.  Owner hereby releases Oxford from any action or cause of action related to the use of the Property or related to the enforcement of any codes regulating the Property, and from any derivative claims arising from any cause of action (including those for attorneys' fees or costs). Owner further agrees to hold Oxford harmless from any damage resulting from such use and hereby waive any right to appeal to the Board of Zoning Appeals, Common Pleas Court and Federal Court with respect to the zoning classification and maximum occupancy agreed upon by the terms of this Agreement.

**TRANSFER NOT NECESSARY.**
KAY ROGERS
BY MB 2/04/03 DEPT.
AUDITOR, BUTLER

O.R. 7007 PAGE 996

9.      This Agreement shall not be changed, modified or amended except in writing upon agreement of the parties.

10.     The Owner shall notify any immediate successor entitled to the Property of the terms and conditions of this Agreement and, notify the occupants of the Property of the maximum number of persons that are permitted to reside in the Property. This Agreement is to be filed with the Butler County Recorder.

11.     This Agreement shall be binding on the heirs, executors, administrators, successors, and assigns of the parties and shall continue in full force and effect as long as the Property is used and occupied as contemplated herein.

*Prior Deed Reference:* Vol. 6111, Page 262 *of the Deed Records of Butler County, Ohio.*

        IN WITNESS WHEREOF, the parties hereto have set their hands on the date and year first written above.

WITNESSES:                                  CITY OF OXFORD, OHIO

*[signature]*                               *[signature]*
*[signature]*                               By:     Jane Howington, Acting City Manager

                                            NED C. HOELZER, TRUSTEE OF THE NED C.
                                            HOELZER, CPA, INC. PROFIT SHARING TRUST,
                                            OWNER

*[signature]*                               *[signature]* Trustee
*[signature]*                               By:     Ned C. Hoelzer, Trustee

STATE OF OHIO                  :
                                    SS:
COUNTY OF BUTLER               :

        Before me, a Notary Public, this 23rd day of January          , 200 2, personally appeared Jane Howington, Acting City Manager of the City of Oxford, Ohio, and acknowledged the signing thereof to be her voluntary act and deed on behalf of the City of Oxford in her official capacity.

                            *[signature]*                  DONNA J. HECK
                            Notary Public                  Notary Public, State of Ohio
                                                           My Commission Expires Oct. 31, 2002

O.R. 7007 PAGE 997

STATE OF OHIO     :
                         SS:
COUNTY OF BUTLER     :

Before me, a Notary Public, this *9* day of *January*, 20*02* personally appeared Ned C. Hoelzer, Trustee of the Ned C. Hoelzer, CPA, Inc. Profit Sharing Trust, and acknowledged the signing thereof to be his voluntary act and deed and in his official capacity for the Trust.

<u>Lynn Wood</u>
Notary Public

This instrument prepared by:

Stephen M. McHugh - #0018788
ALTICK & CORWIN CO., L.P.A.
One Dayton Centre, Suite 1700
One South Main Street
Dayton, Ohio 45402-2016
(937) 223-1201
Law Director for City of Oxford, Ohio



LYNN WOOD
Notary Public, State of Ohio
My Commission Expires July 11, 200_

O.R. 7007 PAGE 998

EXHIBIT "A"

Situate in the City of Oxford, County of Butler and State of Ohio and being known and designated on the recorded plat thereof as parts of Inlots Sixty-one (61) and Sixty-two (62), and being the East 33.5 feet taken evenly off the east end of the West 103.5 feet of said Inlots Sixty-one (61) and Sixty-two (62) respectively, in said City.



**City of**

# Oxford OHIO
HOME OF MIAMI UNIVERSITY

### COMMUNITY DEVELOPMENT DEPARTMENT
### PERMITTING AND ZONING VIOLATIONS

February 25, 2022

TRES WALNUT PROPERTIES LLC
116 E. HIGH ST
OXFORD, OHIO 45056

### RE: 112 TALLAWANDA RD.  PARCEL# H4100006000158

Tres Walnut Properties, Llc:

On January 12, 2022 an interior rental inspection was conducted at the above mentioned property. Unpermitted alterations were made to this unit that require your attention.  You are in violation of the following:

In accordance with the agreement dated 5-9-2001, the maximum occupancy for this unit is 8 with no sleeping in the basement and attic.

Permitted removal of the basement bedrooms are required. This area is **not** to be used for sleeping purposes.

**PMC 310.5 REVOCATION OF RENTAL PERMITS.** Whenever, upon inspection or any premises requiring a Residential Rental Permit, the code official finds that conditions or practices exist which are in violation of any provisions of the Oxford's PMC, the code official shall give notice in accordance with PMC Section 107 to the owner, or owner's agent, of the property, At the end of the time period specified in the notice, the code official shall reinspect the premises and if the code official finds that such conditions or practices have not been corrected and if no appeal has been filed in accordance with Section 111 of the PMC, the code official shall give notice in writing to the owner or owner's agent that the permit has been revoked. Upon receipt of such notice, the owner or the owner's agent shall immediately take any and all action necessary to cease operation of such rental unit or rental units and shall thereafter not permit any tenant to live, sleep, or reside in the property until another Residential Rental Permit is obtained.

**PMC 111.1 APPLICATION FOR APPEAL.** Any person directly affected by a decision of the code official or a notice or order issued under this code shall have the right to appeal to the board of appeals, provided that a written application for appeal is filed within 20 days after the day the decision, notice or order was served. An application for appeal shall be based on a claim that the true intent of this code or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or the requirements of this code are adequately satisfied by other means.

**Note:** Per City Ordinance 503.02, engaging in unpermitted work and unpermitted demolition are Class D civil offences that carry an initial fine of $500 for noncompliance.

Per the agreement dated May 9th, 2001, owners shall permit Oxford's Housing Inspector, during regular business hours and with reasonable notice to the Owners, to inspect the Property. If a citation is issued for any Housing regulations, Owners shall correct such violations within thirty (30) days after date of Owners' receipt of such citation.

An inspection will be conducted to check for compliance on March 28, 2022.


Thank you in advance for your cooperation.

Sincerely,


Laura M. Borso
Code Enforcement Officer
lborso@cityofoxford.org
Office: 513-524-5218
Cell: 513-283-7880

O.R. 6609 PAGE 318

200100034247
Filed for Record in
BUTLER COUNTY, OHIO
DANNY N CRANK
05-22-2001 01:59:07 PM.
AGREEMENT            22.00
OR Book 6609 Page  318 -  321

## AGREEMENT

This Agreement made and concluded this 9th day of May _____, 20 01 , by and between the City of Oxford, Ohio, hereinafter referred to as "OXFORD", and Ned C. Hoelzer, Vickie A. Hoelzer, hereinafter referred to as "OWNERS".

For and in consideration of the mutual promises and covenants contained herein, the parties agree as follows:

1.      Owners represent that they own the property located at 112 Tallawanda, Oxford, Ohio, 45056, hereinafter referred to as "PROPERTY" (and more particularly described in Exhibit "A" attached hereto).

2.      The Property is zoned R-5.

3.      The Owners represent that the use of the Property as of the date of this Agreement is a Rooming House residence with an occupancy of no more than 8 persons.

4.      Owners agree to reclassification of the Property as a grandfathered Lodging House residence with a maximum occupancy of 8 persons with no sleeping in the basement and attic. This Agreement is alienable as such by Owners and their successors in interest. It is further understood and agreed that in the event of catastrophic loss or destruction, said Property may be rebuilt in accordance with §1133.05 of the Oxford Zoning Code.

5.      The Owners and City agree to this classification to resolve a disputed claim. Both parties further acknowledge that this Agreement shall not be used against the other in this legal proceeding as neither party admits any of the allegations raised, but specifically denies the same, Oxford agrees to dismiss Owners from the suit.

6.      Owners shall permit Oxford's Housing Inspector, during regular business hours and with reasonable notice to the Owners, to inspect the Property. If a citation is issued for violation of any Housing Regulations, Owners shall correct such violations within thirty (30) days after date of Owners' receipt of such citation.

7.      Owners agree to comply with all local, state and federal regulations concerning the use of the Property.

8.      Owners hereby release Oxford from any action or cause of action related to the use of the Property or related to the enforcement of any codes regulating the Property, and from any derivative claims arising from any cause of action (including those for attorneys' fees or costs). Owners further agree to hold Oxford harmless from any damage resulting from such use and hereby waive any right to appeal to the Board of Zoning Appeals, Common Pleas Court and Federal Court with respect to the zoning classification and maximum occupancy agreed upon by the terms of this Agreement.

TRANSFER NOT NECESSARY
KAY ROGERS
BY MAN 05/22/01  DEPT.
AUDITOR, BUTLER CO., OHIO

O.R. 6609 PAGE 319

9.  This Agreement shall not be changed, modified or amended except in writing upon agreement of the parties.

10. The Owners shall notify any immediate successor entitled to the Property of the terms and conditions of this Agreement and, notify the occupants of the Property of the maximum number of persons that are permitted to reside in the Property. This Agreement is to be filed with the Butler County Recorder.

11. This Agreement shall be binding on the heirs, executors, administrators, successors, and assigns of the parties and shall continue in full force and effect as long as the Property is used and occupied as contemplated herein.

*Prior Deed Reference:* Vol. 6500, Page 1642 *of the Deed Records of Butler County, Ohio.*

IN WITNESS WHEREOF, the parties hereto have set their hands on the date and year first written above.

WITNESSES:

CITY OF OXFORD, OHIO

By: Jane Howington, City Manager

NED C. HOELZER, VICKIE A. HOELZER, OWNERS

By: Ned C. Hoelzer, Owner

By: Vickie A. Hoelzer, Owner

O.R. 6609 PAGE 320

STATE OF OHIO      :
                      SS:
COUNTY OF BUTLER      :

    Before me, a Notary Public, this 4th day of April , 20 01 , personally appeared Jane Howington, City Manager of the City of Oxford, Ohio, and acknowledged the signing thereof to be her voluntary act and deed on behalf of the City of Oxford in her official capacity.

                      *Lora L. Isenhart*
                      Notary Public

                                  LORA L. ISENHART
                                  Notary Public, State of Ohio
                                  My Commission Expires Aug. 26, 2001

STATE OF OHIO      :
                      SS:
COUNTY OF BUTLER      :

    Before me, a Notary Public, this 9 day of May , 20 01 , personally appeared Ned C. Hoelzer and Vickie A. Hoelzer, and acknowledged the signing thereof to be their voluntary act and deed.

                      *Lynn Wood (Lynn Larkin)*
                      Notary Public

                                LYNN LARKIN, Notary Public
                                  State Of Ohio
                                My Commission Expires July 10, 2001

This instrument prepared by:

Stephen M. McHugh - #0018788
ALTICK & CORWIN CO., L.P.A.
One Dayton Centre, Suite 1700
One South Main Street
Dayton, Ohio 45402-2016
(937) 223-1201
Law Director for City of Oxford, Ohio

O.R. 6609 PAGE 321

### EXHIBIT "A"

PARCEL V: Situate in the Village (now City) of Oxford, County of Butler and State of Ohio, and being the south 48 feet taken evenly off each of inlots numbered Four Hundred Ninety-eight (498) and Four Hundred and Ninety-nine (499) therein.



**COMMUNITY DEVELOPMENT DEPARTMENT**
**PERMITTING AND ZONING VIOLATIONS**

February 25, 2022

HOELZER/HOELZER RENTALS, INC
116 E. HIGH ST
OXFORD, OHIO 45056

Hoelzer/Hoelzer Rentals, Inc.:

**RE: 114 E. COLLINS ST.   PARCEL# H4100003000195**

On January 12, 2022 an interior rental inspection was conducted at the above mentioned property. Unpermitted alterations were made to this unit that require your attention. You are in violation of the following:

In accordance with the agreement dated 3-9-2001, the **maximum occupancy** for this unit is **10.** Approval is required for the new floor plan as there have been unpermitted alterations. Based on the square footage requirements of the Oxford Property maintenance Code, the unapproved floor plan currently submitted would allow for 11 persons which is not approved per said agreement.

**ORD. 1307.02:   PERMIT** No person, firm or corporation shall move, relocate, remove, demolish, or commence the demolition of any building, or part of a building without a valid and effective demolition permit.

**CORRECTION:** A permit is required for the 1st floor kitchen alterations

**Note:** Per City Ordinance 503.02, this violation is a Class D civil offense that carries an initial fine of $500 for noncompliance.

Per PMC 310.2.1, approval is required for the submittal of the new floor plan showing a bedroom in the attic.

**PMC 310.5 REVOCATION OF RENTAL PERMITS.** Whenever, upon inspection or any premises requiring a Residential Rental Permit, the code official finds that conditions or practices exist which are in violation of any provisions of the Oxford's PMC, the code official shall give notice in accordance with PMC Section 107 to the owner, or owner's agent, of the property, At the end of the time period specified in the notice, the code official shall reinspect the premises and if the code official finds that such conditions or practices have not been corrected and if no appeal has been filed in accordance with Section 111 of the PMC, the code official shall give notice in writing to the owner or owner's agent that the permit has been revoked. Upon receipt of such notice, the owner or the owner's agent shall immediately take any and all action necessary to cease operation of such rental unit or rental units and shall thereafter not permit any tenant to live, sleep, or reside in the property until another Residential Rental Permit is obtained.

**PMC 111.1 APPLICATION FOR APPEAL.** Any person directly affected by a decision of the code official or a notice or order issued under this code shall have the right to appeal to the board of appeals, provided that a written application for appeal is filed within 20 days after the day the decision, notice or order was served. An application for appeal shall be based on a claim that the true intent of this code or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or the requirements of this code are adequately satisfied by other means.

<u>Per the agreement made May 9th, 2001, owners shall permit Oxford's Housing Inspector, during regular business hours and with reasonable notice to the Owners, to inspect the Property. If a citation is issued for any Housing regulations, Owners shall correct such violations within thirty (30) days after date of Owners' receipt of such citation.</u>

An inspection will be conducted to check for compliance on March 28, 2022.

Thank you in advance for your cooperation.

Sincerely,

Laura M. Borso
Code Enforcement Officer
lborso@cityofoxford.org
Office: 513-524-5218
Cell: 513-283-7880

O.R. **6609** PAGE **406**

200100034269
Filed for Record in
BUTLER COUNTY, OHIO
DANNY N CRANK
05-22-2001 01:59:07 PM.
AGREEMENT    22.00
OR Book 6609 Page  406 - 409

**AGREEMENT**

This Agreement made and concluded this *9th* day of *March* , 20*01*, by and between the City of Oxford, Ohio, hereinafter referred to as "OXFORD", and Ned C. Hoelzer and Vickie A. Hoelzer, hereinafter referred to as "OWNERS".

For and in consideration of the mutual promises and covenants contained herein, the parties agree as follows:

1.  Owners represent that they own the property located at 114 East Collins, Oxford, Ohio, 45056, hereinafter referred to as "PROPERTY" (and more particularly described in Exhibit "A" attached hereto).

2.  The Property is zoned R-5.

3.  The Owners represent that the use of the Property as of the date of this Agreement is a Lodging House residence with an occupancy of no more than 10 persons.

4.  Owners agree to reclassification of the Property as a non-conforming Lodging House residence with a maximum occupancy of 10 persons. This Agreement is alienable as such by Owners and their successors in interest. It is further understood and agreed that in the event of catastrophic loss or destruction, said Property may be rebuilt in accordance with §1133.05 of the Oxford Zoning Code.

5.  The Owners and City agree to this classification to resolve a disputed claim. Both parties further acknowledge that this Agreement shall not be used against the other in this legal proceeding as neither party admits any of the allegations raised, but specifically denies the same, Oxford agrees to dismiss Owners from the suit.

6.  Owners shall permit Oxford's Housing Inspector, during regular business hours and with reasonable notice to the Owners, to inspect the Property. If a citation is issued for violation of any Housing Regulations, Owners shall correct such violations within thirty (30) days after date of Owners' receipt of such citation.

7.  Owners agree to comply with all local, state and federal regulations concerning the use of the Property.

8.  Owners hereby release Oxford from any action or cause of action related to the use of the Property or related to the enforcement of any codes regulating the Property, and from any derivative claims arising from any cause of action (including those for attorneys' fees or costs). Owners further agree to hold Oxford harmless from any damage resulting from such use and hereby waive any right to appeal to the Board of Zoning Appeals, Common Pleas Court and Federal Court with respect to the zoning classification and maximum occupancy agreed upon by the terms of this Agreement.

**TRANSFER NOT NECESSARY**
**KAY ROGERS**
**BY** *TMGW 05/22/01* **DEPT.**
**AUDITOR, BUTLER CO., OHIO**

O.R. **6609** PAGE **407**

9. This Agreement shall not be changed, modified or amended except in writing upon agreement of the parties.

10. The Owners shall notify any immediate successor entitled to the Property of the terms and conditions of this Agreement and, notify the occupants of the Property of the maximum number of persons that are permitted to reside in the Property. This Agreement is to be filed with the Butler County Recorder.

11. This Agreement shall be binding on the heirs, executors, administrators, successors, and assigns of the parties and shall continue in full force and effect as long as the Property is used and occupied as contemplated herein.

*Prior Deed Reference:* Vol. 1680, Page 183 *of the Deed Records of Butler County, Ohio.*

   IN WITNESS WHEREOF, the parties hereto have set their hands on the date and year first written above.

WITNESSES:                                    CITY OF OXFORD, OHIO

*Krista Powell*

*Kimberly E. Newton*                   By: *Jane Howington*
                                                        Jane Howington, Acting City Manager

                                                  NED C. HOELZER AND VICKIE A. HOELZER,
                                                  OWNERS

*Kelly McClure*                          By: _____
                                                        Ned C. Hoelzer, Owner
*Tina Sa*

*Kelly McClure*                          By: _____
                                                        Vickie A. Hoelzer, Owner
*Traci Salyer*

STATE OF OHIO                                        :
                                                                   SS:
COUNTY OF BUTLER                                  :

   Before me, a Notary Public, this 26 day of June , 2000 , personally appeared Jane Howington, Acting City Manager of the City of Oxford, Ohio, and acknowledged the signing thereof to be her voluntary act and deed on behalf of the City of Oxford in her official capacity.

                                    *Lora L. Isenhart*
                                    Notary Public
                                                  LORA L. ISENHART
                                                  Notary Public, State of Ohio
                                                  My Commission Expires Aug. 26, 2001

O.R. 6609 PAGE 408

STATE OF OHIO                          :
                                       SS:
COUNTY OF BUTLER                       :

Before me, a Notary Public, this _9_ day of _March_ , 20_01_, personally appeared Ned C. Hoelzer and Vickie A. Hoelzer, and acknowledged the signing thereof to be their voluntary act and deed

_Lyss Wood (Lyss Larkin)_
Notary Public

This instrument prepared by:

Stephen M. McHugh - #0018788
ALTICK & CORWIN CO., L.P.A.
One Dayton Centre, Suite 1700
One South Main Street
Dayton, Ohio 45402-2016
(937) 223-1201
Law Director for City of Oxford, Ohio

O.R. 6609 PAGE 409

EXHIBIT "A"

A perpetual leasehold estate in the following described property; Situate in the City of Oxford, County of Butler and State of Ohio, being the East Fifty-five (55) feet of Inlot Thirty-Two (32) as the same is designated on the recorded plat of said City; and the same being subject to the payment of an annual Miami University ground rent.

Subject to all legal highways, easements, conditions and restrictions of record.

Save and except real estate taxes and assessments due and payable in June, 1990 and thereafter which taxes and assessments the Grantees herein assume and agree to pay.



**City of**
# Oxford OHIO
HOME OF MIAMI UNIVERSITY

### COMMUNITY DEVELOPMENT DEPARTMENT
### PERMITTING AND ZONING VIOLATIONS

February 25, 2022


TRES WALNUT LLC
3401 LANES MILL RD
OXFORD, OHIO 45056


**RE: 120 S. MAIN ST. PARCEL# H410003000065**

Tres Walnut Llc:

On January 12, 2022 an interior rental inspection was conducted at the above mentioned property. Unpermitted alterations were made to this unit that require your attention. You are in violation of the following:

**ORD. 1307.02: PERMIT** No person, firm or corporation shall move, relocate, remove, demolish, or commence the demolition of any building, or part of a building without a valid and effective demolition permit.

**CORRECTION:** A permit is required for the following:
- 1st floor: Kitchen removal
- 1st floor: Removal of door at the south center bedroom
- 2nd floor: removal of closet at south center bedroom

**Note:** Per City Ordinance 503.02, this violation is a Class D civil offense that carries an initial fine of $500 for noncompliance.

**OHIO BUILDING CODE CH. 105.1:** A permit is required for the 2nd floor installation of the furnace and is to be installed by a licensed contractor.

Approval is required for the new floor plan per PMC 310.2.1, as the attic is not permitted as a bedroom at this time.

**Note:** Per City Ordinance 1301.99, whoever violates any provision of this chapter or failure to comply is guilty of a misdemeanor of the first degree and shall be fined not more than $1000 or imprisoned not more than 6 months or both.

**PMC 310.5 REVOCATION OF RENTAL PERMITS.** Whenever, upon inspection or any premises requiring a Residential Rental Permit, the code official finds that conditions or practices exist which are in violation of any provisions of the Oxford's PMC, the code official shall give notice in accordance with PMC Section 107 to the owner, or owner's agent, of the property, At the end of the time period specified in the notice, the code official shall reinspect the premises and if the code official finds that such conditions or practices have not been corrected and if no appeal has been filed in accordance with Section 111 of the PMC, the code official shall give notice in writing to the owner or owner's agent that the permit has been revoked. Upon receipt of such notice, the owner or the owner's agent shall immediately take any and all action necessary to cease operation of such rental unit or rental units and shall thereafter not permit any tenant to live, sleep, or reside in the property until another Residential Rental Permit is obtained.

**PMC 111.1 APPLICATION FOR APPEAL.** Any person directly affected by a decision of the code official or a notice or order issued under this code shall have the right to appeal to the board of appeals, provided that a written application for appeal is filed within 20 days after the day the decision, notice or order was served. An application for appeal shall be based on a claim that the true intent of this code or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or the requirements of this code are adequately satisfied by other means.

An inspection will be conducted to check for compliance on March 28, 2022.

Thank you in advance for your cooperation.

Sincerely,

Laura M. Borso
Code Enforcement Officer
lborso@cityofoxford.org
Office: 513-524-5218
Cell: 513-283-7880



**COMMUNITY DEVELOPMENT DEPARTMENT**
**PERMITTING AND ZONING VIOLATIONS**

February 25, 2022

TRES WALNUT LLC
3401 LANES MILL RD
OXFORD, OHIO 45056

**RE: 313 S. MAIN ST.  PARCEL# H4100103000068**

Tres Walnut Llc:

On January 12, 2022 an interior rental inspection was conducted at the above mentioned property. Unpermitted alterations were made to this unit that require your attention.  You are in violation of the following:

**ORD. 1307.02: PERMIT** No person, firm or corporation shall move, relocate, remove, demolish, or commence the demolition of any building, or part of a building without a valid and effective demolition permit.

**CORRECTION:**  Per OBC 105.1, a permit for the wall removal at the southwest bedroom is required.

Once a permit is approved and issued, an approved new floor plan, per PMC 310.2.0, will reduce the maximum unrelated adults in this unit from 4 to 3 persons.

**Note:** Per City Ordinance 503.02, this violation is a Class D civil offense that carries an initial fine of $500 for noncompliance.

**PMC 310.5 REVOCATION OF RENTAL PERMITS.**  Whenever, upon inspection or any premises requiring a Residential Rental Permit, the code official finds that conditions or practices exist which are in violation of any provisions of the Oxford's PMC, the code official shall give notice in accordance with PMC Section 107 to the owner, or owner's agent, of the property, At the end of the

time period specified in the notice, the code official shall reinspect the premises and if the code official finds that such conditions or practices have not been corrected and if no appeal has been filed in accordance with Section 111 of the PMC, the code official shall give notice in writing to the owner or owner's agent that the permit has been revoked. Upon receipt of such notice, the owner or the owner's agent shall immediately take any and all action necessary to cease operation of such rental unit or rental units and shall thereafter not permit any tenant to live, sleep, or reside in the property until another Residential Rental Permit is obtained.

**PMC 111.1 APPLICATION FOR APPEAL.** Any person directly affected by a decision of the code official or a notice or order issued under this code shall have the right to appeal to the board of appeals, provided that a written application for appeal is filed within 20 days after the day the decision, notice or order was served. An application for appeal shall be based on a claim that the true intent of this code or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or the requirements of this code are adequately satisfied by other means.

An inspection will be conducted to check for compliance on March 28, 2022.

Thank you in advance for your cooperation.

Sincerely,

Laura M. Borso
Code Enforcement Officer
lborso@cityofoxford.org
Office: 513-524-5218
Cell: 513-283-7880