IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **AMICUS MIAMI OF OHIO, LLC** | : | **Case No. 1:22-cv-00355** |
| **Plaintiff** | | **Judge McFarland** |
| | : | **Magistrate Litkovitz** |
| vs. | | |
| **HEATHER HOELZER KACACHOS, *ET AL.*** | : | **Agreed Order for Preliminary Injunction** |
| **Defendants** | | |
| | : | |

Now come the parties, by and through counsel, and hereby agree to a Preliminary Injunction, to abide the resolution of this case. The parties agree as follows:

1. The Temporary Restraining Order issued by the Court (Doc #35) shall abide the conclusion of this case. Specifically, as to the portfolio of real properties at issue herein, Defendants Heather and Thomas Kacachos agree that they shall not market for sale, sell or otherwise transfer the properties to a third party.

2. The parties further agree that nothing in this Agreed Order shall be deemed admissible at trial or in dispositive motion proceedings, or any further proceedings by this Court under Fed. R. Civ. P. 65 or any other evidentiary rule or body of law.

3. This Agreed Order is intended to preserve the status quo with respect to the properties pending disposition of this case.

SO ORDERED.

10/19/22                                                         *Matthew W. McFarland*
Date                                                                    Judge