**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**(Cincinnati)**

| | |
|---|---|
| AMICUS MIAMI OF OHIO, LLC | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-355 |
| HEATHER HOELZER KACACHOS | Judge Matthew W. McFarland |
| And | Magistrate Judge Karen L. Litkovitz |
| THOMAS KACACHOS | |
| Defendants. | |

## ORDER

This matter is before the Court upon the parties' Joint Motion for Leave to File Memorandum in Support in Excess of Page Limitations ("Motion").

For good cause shown, the parties' Motion is **GRANTED**.  The parties' Memorandum in Support of or in Opposition to any motion shall not exceed thirty (30) pages and must comply with this Court's Local Rules and Standing Order Regarding Procedures in Civil Cases.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE/**
**MAGISTRATE JUDGE**