

Tom Kacachos <tkacachos@parkplacerealestate.net>

## Ancillary Docs - Non Competition Agreement

5 messages

---

**Rob Abelson** <rob@amicus-properties.com>      Tue, Dec 7, 2021 at 1:32 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Heather Kacachos <hkacachos@parkplacerealestate.net>
Cc: Rob Bolin <rob@bolintroy.com>, Austin Brooks <austin@amicus-properties.com>, Will Landis <will@amicus-properties.com>, Donald Lussier <dlussier@pierceatwood.com>, Peter Gelzinis <pgelzinis@pierceatwood.com>

Hi Tom and Heather--

Following up, please see attached for the non-competition agreement. We will be sharing further ancillary docs later today and this week.

Thanks,
Rob

--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com

📎 **DRAFT Amicus - Non-Competition Agreement (Park Place)[14231192v1] (2).docx**
355K

---

**Rob Bolin** <rob@bolintroy.com>      Wed, Dec 8, 2021 at 8:07 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Heather Kacachos <HKacachos@parkplacerealestate.net>

Tom & Heather,

Please let me know if you would like me to review this, or if you want to discuss.

Thanks,
Rob

**L. Robert Bolin,** Attorney at Law
OSBA Certified Specialist in Estate Planning, Trust and Probate Law

Bolin & Troy, LLC
29 N. Beech Street
Oxford, Ohio 45056
T: (513)523-6369 F: (513)523-1064
www.bolintroy.com

[Quoted text hidden]
CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and is confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or phone and then destroy all copies of the original message.

---

**Rob Abelson** <rob@amicus-properties.com>      Thu, Dec 9, 2021 at 7:09 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Heather Kacachos <hkacachos@parkplacerealestate.net>
Cc: Rob Bolin <rob@bolintroy.com>, Austin Brooks <austin@amicus-properties.com>, Will Landis <will@amicus-properties.com>, Donald Lussier <dlussier@pierceatwood.com>, Peter Gelzinis <pgelzinis@pierceatwood.com>

Hi Tom--

Following up on my last email, please see attached for a draft of the construction management agreement.

Happy to address any questions / concerns at your convenience.

Best,
Rob

On Tue, Dec 7, 2021 at 4:32 PM Rob Abelson <rob@amicus-properties.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

📎 **Construction Management Agreement (Park Place Portfolio)[14237505v1] (2).DOCX**
44K



EXHIBIT 1

**Rob Abelson** <rob@amicus-properties.com>     Thu, Dec 23, 2021 at 7:30 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Heather Kacachos <hkacachos@parkplacerealestate.net>
Cc: Rob Bolin <rob@bolintroy.com>, Austin Brooks <austin@amicus-properties.com>, Will Landis <will@amicus-properties.com>, Donald Lussier <dlussier@pierceatwood.com>, Peter Gelzinis <pgelzinis@pierceatwood.com>

Hi Tom--

Following up with an additional ancillary agreement, please see attached for a draft of the acquisition fee agreement.

Happy to discuss.

Best,
Rob

[Quoted text hidden]

📎 **Acquisition Fee Agreement (Park Place Portfolio) DRAFT 12.23.21[14330316v1].DOCX**
29K

---

**Tom Kacachos** <tkacachos@parkplacerealestate.net>     Wed, Apr 20, 2022 at 6:29 AM
To: Jack Grove <jgrove1251@gmail.com>

[Quoted text hidden]

📎 **Acquisition Fee Agreement (Park Place Portfolio) DRAFT 12.23.21[14330316v1].DOCX**
29K



Heather Kacachos <hkacachos@parkplacerealestate.net>

## Re: Non-Competition Agreement
2 messages

**Rob Bolin** <rob@bolintroy.com>  Sat, Feb 12, 2022 at 10:47 AM
To: Peter Gelzinis <pgelzinis@pierceatwood.com>
Cc: Tom Kacachos <tkacachos@parkplacerealestate.net>, Heather Kacachos <HKacachos@parkplacerealestate.net>

Peter,

I want to follow up on my email regarding the proposed revision to the non-compete agreement, and my clients' request to shorten the length of the agreement. If you could let me know if this is acceptable it would be appreciated.

Also, I don't think we've seen a draft of the Profit Interest Agreement, unless I missed it. If you could forward a draft when available that would be great.

Thanks,
Rob

**L. Robert Bolin,** Attorney at Law
OSBA Certified Specialist in Estate Planning, Trust and Probate Law

Bolin & Troy, LLC
29 N. Beech Street
Oxford, Ohio 45056
T: (513)523-6369  F: (513)523-1064
www.bolintroy.com


On Thu, Jan 13, 2022 at 3:15 PM Rob Bolin <rob@bolintroy.com> wrote:
> Peter,
>
> Please see attached for my proposed change to the Non-Competition Agreement. I've added Schedule B for the list of properties being retained that are not to be considered Student Housing Property. This is the same list included in Schedule P of the PSA. Let me know if this is acceptable.
>
> Also, the seller has asked if there is any flexibility on the term of the agreement. Would your client consider a 2-year term?
>
> Thank you, and I will forward drafts of the proposed deeds within the next couple of weeks.
>
> Rob
>
> **L. Robert Bolin,** Attorney at Law
> OSBA Certified Specialist in Estate Planning, Trust and Probate Law
>
> Bolin & Troy, LLC
> 29 N. Beech Street
> Oxford, Ohio 45056
> T: (513)523-6369  F: (513)523-1064
> www.bolintroy.com
>
> CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and is confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or phone and then destroy all copies of the original message.

**Heather Kacachos** <hkacachos@parkplacerealestate.net>  Wed, Apr 20, 2022 at 10:04 AM
To: Jack Grove <jgrove1251@gmail.com>, Tom Kacachos 🖤 <tkacachos@parkplacerealestate.net>

6/15/22, 8:50 AM                                      Park Place Real Estate Management, Inc. Mail - Tuesday



Tom Kacachos <tkacachos@parkplacerealestate.net>

## Tuesday
3 messages

**Tom Kacachos** <tkacachos@parkplacerealestate.net>                                          Sun, Feb 13, 2022 at 1:02 PM
To: Yvette Wall <yvette@wallcpa.us>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Can we reschedule our call for Tues afternoon? Did you send the profit units documentation? I can't find it. Thanks.

---

**Yvette Wall** <Yvette@wallcpa.us>                                                          Mon, Feb 14, 2022 at 2:45 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Hi Tom,

I am fine with Tuesday afternoon, Rob handles the PU docs so I will let him weigh in.

Yvette Wall
203-253-5619
Sent on the go!


> On Feb 13, 2022, at 4:02 PM, Tom Kacachos <tkacachos@parkplacerealestate.net> wrote:
>
>
[Quoted text hidden]

**Rob Abelson** <rob@amicus-properties.com>                                                  Mon, Feb 14, 2022 at 9:13 AM
To: Yvette Wall <Yvette@wallcpa.us>
Cc: Tom Kacachos <tkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>

Hi Tom-- Let me follow up with the lawyers and see what happened here. I sent that well over a month ago.

Thanks,
Rob
[Quoted text hidden]
--
Robert Abelson
Phone. (646) 300-2700
Email. rob@amicus-properties.com



Tom Kacachos <tkacachos@parkplacerealestate.net>

## Operating agreement
6 messages

**Tom Kacachos** <tkacachos@parkplacerealestate.net>   Fri, Feb 18, 2022 at 9:05 AM
To: Rob Abelson <rob@amicus-properties.com>

Looks like there's an operating agreement to be reviewed as part of the pu agreement. Can you send this? Thanks.

---

**Tom Kacachos** <tkacachos@parkplacerealestate.net>   Fri, Feb 18, 2022 at 9:11 AM
To: Rob Abelson <rob@amicus-properties.com>

And Certificate of formation. Thanks
[Quoted text hidden]

---

**Rob Abelson** <rob@amicus-properties.com>   Fri, Feb 18, 2022 at 9:32 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>

Please see attached. Thanks
[Quoted text hidden]

--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com

**2 attachments**

- **Amicus II Manager_Initial Operating Agreement__10.12.2020.pdf**
  104K

- **AMICUS II MANAGER LLC - DE - FORMATION.pdf**
  407K



Tom Kacachos <tkacachos@parkplacerealestate.net>

**Profit Sharing & Non-Compete texts - whole group**
4 messages

**Heather Kacachos** <hkacachos@parkplacerealestate.net>  Mon, Jul 25, 2022 at 10:45 AM
To: Jack Grove <jgrove1251@gmail.com>, Pete Edward Akin <EPAkin@arh-law.com>, Tom Kacachos  <tkacachos@parkplacerealestate.net>

10/20/2021   *Texts from 10/20/2021*

Note - Rob: "I will ask to lawyers for non-compete. It should be very basic."





3 People

Wed, Oct 20, 8:47 AM

Tom Kacachos 


Good morning. Can you email me the definition of profits interest units. What is it? A future share of stock? One dollar? Thanks.


Can you email a standard non compete agreement?

Transition questions. There

are currently 4 payroll employees and 4 individual contractors. Two of the contractors provide maintenance and on call services. The payroll employees receive healthcare. Will this all continue for 2022.





3 People

Rob Abelson

Yes, we will maintain your current comp and benefits

You can assure them that

I will ask to lawyers for the



non- compete. It should be very basic

Tom Kacachos 



We don't want to tell them too much so keeping things status quo will help with that.



We also have a great united health care plan that is grandfathered in at pretty low premiums.

Rob Abelson



Fantastic



1:41







3 People



Rob Abelson



Fantastic

Profits interest refers to an equity right based on the future value of a partnership awarded to an individual for their service to the partnership. The award consists of receiving a percentage of profits from a partnership without having to contribute capital. These units mirror the share price of the entire company. So as we create value: $1.00 per share or profit unit can increase to $4-5/share. Our vision is to grow this company to over $20/share.



--
Heather Kacachos