6/7/22, 1:02 PM                    Park Place Real Estate Management, Inc. Mail - Security Deposits / Prepaid Rent



Tom Kacachos <tkacachos@parkplacerealestate.net>

## Security Deposits / Prepaid Rent
3 messages

**Yvette Wall** <Yvette@wallcpa.us>                                                Thu, Jan 13, 2022 at 12:06 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: "rob@amicus-properties.com" <rob@amicus-properties.com>, "austin@amicus-properties.com" <austin@amicus-properties.com>, William Landis <will@amicus-properties.com>

Hi Tom-

As we approach closing we will need to vet out the security deposit figures that I pulled from the leases for current academic year, and I will have my office duplicate this worksheet for 2022-2023 and I believe you had mentioned a few were leased 2023-2024 (maybe not). Ashley will fill in the blanks for the future leases followed by you blessing it with anything we missed.

We can also add a column to this sheet for the pre-paid rent per person as that will be a closing factor as well.

I would like to focus on the security deposits first then we will shift to pre-paid as we close in.

Thanks Tom,

Yvette


Wall & Associates, CPA

190 Sperry Road

Bethany, CT 06524


203-271-3484 (p)

203-819-7601 (f)

Yvette@wallcpa.us

**CONFIDENTIALITY NOTICE**: This email has been sent by Wall & Associates and is intended solely for the person(s) or organization(s) named above (or their authorized representatives). It may contain information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender immediately and destroy all copies of this transmission. The use, copying, distribution or disclosure of the e-mail or any of its contents or attachments by anyone other than the intended recipient is unauthorized and may be unlawful.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and may not be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

***** PLEASE NOTE *****  This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents.  Thank you.*****

**EXHIBIT 2**

University of Miami OHIO Rent Roll 2021-2022.xlsx

📎 47K

---

**Yvette Wall** <Yvette@wallcpa.us>  Tue, Jan 18, 2022 at 7:44 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, "rob@amicus-properties.com" <rob@amicus-properties.com>, "austin@amicus-properties.com" <austin@amicus-properties.com>

Hi Tom – can you let me know on this, thank you!

[Quoted text hidden]

📎 **University of Miami OHIO Rent Roll 2021-2022.xlsx**
47K

**Tom Kacachos** <tkacachos@parkplacerealestate.net>  Tue, Jan 18, 2022 at 8:14 AM
To: Yvette Wall <Yvette@wallcpa.us>
Cc: Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Yes. I should have our total deposit numbers today. Thanks.

[Quoted text hidden]

6/7/22, 1:04 PM                                      Park Place Real Estate Management, Inc. Mail - Deposits 1/19/22



Tom Kacachos <tkacachos@parkplacerealestate.net>

## Deposits 1/19/22
3 messages

**Tom Kacachos** <tkacachos@parkplacerealestate.net>  Wed, Jan 19, 2022 at 7:44 AM
To: Yvette Wall <yvette@wallcpa.us>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Yvette,

We are very close. Renee is sick today so I can't finalize our numbers due to a few minor discrepancies. The overall budget number is looking like $975,000. Thanks.

--
Tom Kacachos, PP
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0544
www.ParkPlaceRealEstate.net

**Yvette Wall** <Yvette@wallcpa.us>  Wed, Jan 19, 2022 at 7:52 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

No worries. I am working at about 50% myself, down with the virus as well.

[Quoted text hidden]

**Tom Kacachos** <tkacachos@parkplacerealestate.net>  Wed, Jan 19, 2022 at 7:54 AM
To: Yvette Wall <Yvette@wallcpa.us>
Cc: Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Feel better.
[Quoted text hidden]

6/7/22, 1:00 PM																			Park Place Real Estate Management, Inc. Mail - Deposit Transfer



Tom Kacachos <tkacachos@parkplacerealestate.net>

## Deposit Transfer
1 message

**Tom Kacachos** <tkacachos@parkplacerealestate.net>                                                      Mon, Jan 24, 2022 at 12:49 PM
To: Yvette Wall <yvette@wallcpa.us>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

It looks like $980,423.

--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net

📎 **deposits 2022.pdf**
   81K

**Deposits Collected** January 24, 2022

| Hoelzer H | 21 22 | 22 23 | TW | 21 22 | 22 23 | | |
|---|---|---|---|---|---|---|---|
| | | | 3 E Walnut TW | 6,400 | 0 | | Renewal Units 22 23 |
| 22 N Elm HH | 6,400 | 6,400 | 15 W Church TW | 18,000 | 7,200 | | 303 N Poplar |
| 100 S Campus HH | 8,800 | 8,000 | 28 W Walnut TW | 15,300 | 9,000 | | 3 E Walnut |
| 101 E Collins HH | 9,600 | 8,000 | 112 N Tallawanda TW | 6,400 | 4,800 | | 205 E Church |
| 114 E Collins HH | 8,010 | 8,000 | 114 Tallawanda TW | 6,400 | 4,000 | | 26 A |
| 116 W church HH | 9,610 | 9,600 | 115 Bishop TW | 7,200 | 7,200 | | 33 B |
| 116 W Collins HH | 6,405 | 5,600 | 116 N Elm TW | 8,000 | 4,800 | | 301 Walnut |
| 118 W Church | 3,600 | 3,600 | 116 N Talawanda TW | 6,500 | 4,800 | | |
| 117 E Church HH | 6,400 | 1,600 | 118 W Collins TW | 3,600 | 3,600 | | |
| 123 E Church HH | 6,400 | 6,400 | 120 S Main TW | 12,162 | 11,954 | | |
| 211 N University HH | 0 | 3,600 | 122 S College TW | 4,800 | 4,800 | | 22 23 |
| 302.5 S Main | 3,600 | 3,600 | 129 W Walnut TW | 9,600 | 4,000 | | 15 W Church 202 2,700 |
| 303 N Poplar | 2,400 | 0 | 201 E church TW | 9,309 | 6,400 | | 15 W church 401 3,600 |
| 302 S Main HH | 3,600 | 2,700 | 205 E Church TW | 3,600 | 0 | | 15 W church 402 900 |
| 305 N Poplar HH KF | 4,000 | 4,000 | 209 W Walnut TW | 6,400 | 6,400 | | |
| 309 S Main HH | 5,485 | 3,200 | 212 N University TW | 9,600 | 5,600 | | 201 Walnut 2,700 |
| 313 University 101 | 3,600 | 3,600 | 215 S College TW | 7,200 | 6,400 | | 202 Walnut 2,700 |
| 313 Univ 201 | 3,600 | 3,600 | 223 N University TW | 4,000 | 4,000 | | 301 Walnut 1,800 |
| | 91,510 | 81,500 | 315 S Main TW | 6,400 | 5,930 | | 401 Walnut 1,800 |
| | | | 313 S Main | 2,400 | 2,400 | | |
| | | | 319 E Vine TW | 8,000 | 8,000 | | |
| CALISTA | | | 321 E Vine TW | 4,800 | 4,800 | | |
| 200 W Church Cal | 6,400 | 6,400 | 415 E Withrow TW | 3,600 | 3,600 | | |
| 7 E W CALISTA | 6,400 | 6,400 | 417 E Withrow TW | 6,400 | 6,400 | | |
| 210 W Collins | 6,400 | 5,260 | 421 423 E Withrow | 7,200 | 6,300 | | |
| Calista 201 | 3,600 | 2,700 | | 183,271 | 132,384 | | |
| Calista 202 | 3,600 | 3,600 | | | | | |
| Calista 203 | 3,600 | 900 | | | | | |
| Calista 301 | 3,600 | 3,600 | Dollar | | | | |
| Calista 302 | 3,600 | 1,800 | 10 W Park Place DI | 3,600 | 2,700 | | |
| Calista 303 | 3,600 | 3,600 | 10 B | 3,600 | 3,600 | | |
| 940 Silvoor Cal | 3,200 | 2,400 | 26 W High DI | 3,600 | 1,800 | | |
| 314 N University Cal | 3,200 | 0 | 26 B | 3,600 | 2,700 | | |
| | 47,200 | 36,660 | 26 C | 3,600 | 3,600 | | |
| BELLA | | | 28 W High DI | 3,600 | 3,600 | | |
| 20 Bella Place A BP | 3,600 | 3,600 | 28 B | 3,600 | 3,600 | | |
| 20 B | 3,600 | 2,700 | 28 C | 3,600 | 2,700 | | |
| 20 C | 3,600 | 2,700 | 32 W High DI A & B | 5,400 | 5,400 | | |
| 33 Bella Place A BP | 3,600 | 3,600 | 115 Beech DOLLAR | 9,600 | 8,400 | | |
| 33 B | 3,600 | 900 | 126 E Church DOLLAR | 6,400 | 3,200 | | |
| 33 C | 3,600 | 2,700 | 131 E Church DOLLAR | 6,400 | 5,600 | | |
| 45 Bella Place BP | 3,600 | 3,600 | | 56,600 | 46,900 | | |
| 45 B | 3,600 | 3,500 | | | | | |
| 45 C | 3,600 | 3,600 | | | | | |
| | 32,400 | 26,900 | | | | | |

| | | 21 22 Deposits | 410,981 |
|---|---|---|---|
| Total House/Uptown | 735,325 | 22 23 Deposits | 324,344 |

| Commercial Deposits | | | |
|---|---|---|---|
| 32 W High | 24,000 | Total Commercial | 45,800 |
| 30 W Walnut | 14,400 | | |
| 17 W Church | 7,400 | | |

| NES | 21 22 | 22 23 | Uhouse | 21 22 | 22 23 | Renewal Units 22 23 |
|---|---|---|---|---|---|---|
| 311 A | 1,500 | | 215 1A | 1,500 | 1,500 | 319 A |
| 311 B | 1,500 | | 215 2A | 1,500 | 0 | 125 Plum |
| 311 C | 1,500 | | 215 1E | 1,500 | | 127 Plum |
| 311 D | 1,500 | | 215 2E | 1,500 | | 215 2A |
| 311 E | 1,100 | | 215 3E | 1,500 | 1,500 | 215 4E |
| 315 A | 1,500 | | 215 4E | 1,700 | 0 | 218 2D |
| 315 B | 900 | | 215 5E | 0 | 2,250 | 218 2F |
| 315 C | 1,200 | 1,500 | 215 6E | 0 | 2,250 | 218 2H |
| 315 D | 1,500 | | 215 1W | 1,500 | | |
| 315 E | 1,100 | | 215 2W | 1,500 | 1,500 | |
| 316 A | 0 | | 215 3W | 1,500 | | |
| 316 B | 1,500 | | 215 4W | 1,500 | 1,500 | |
| 316 C | 800 | | 215 5W | 1,500 | 1,500 | |
| 316 D | 750 | | 215 6W | 1,500 | 1,500 | |
| 316 E | 1,500 | | 215 1B 1C | 6,400 | 5,600 | |
| 319 A | 1,500 | 0 | 218 1A | 0 | | |
| 319 B | 750 | | 218 2A | 1,500 | | |
| 319 C | 1,500 | 1,500 | 218 3A | 1,500 | | |
| 319 D | 1,500 | 1,500 | 218 1B | 0 | | |
| 319 E | 2,250 | | 218 2B | 2,250 | | |
| 320 A | 1,500 | | 218 3B | 2,250 | | |
| 320 B | 900 | | 218 1C | 1,500 | | |
| 320 C | 950 | | 218 2C | 0 | | |
| 320 D | 0 | | 218 3C | 0 | | |
| 320 E | 1,500 | | 218 1D | 0 | 750 | |
| 320 F | 0 | | 218 2D | 1,500 | 0 | |
| 321 A | 900 | | 218 3D | 1,500 | | |
| 321 B | 1,500 | | 218 1E | 0 | | |
| 321 C | 800 | | 218 2E | 0 | | |
| 321 D | 1,500 | | 218 3E | 0 | | |
| 322 A | 1,500 | | 218 2F | 1,500 | 750 | |
| 322 B | 0 | | 218 3F | 1,500 | | |
| 322 C | 1,200 | | 218 1G | 0 | | |
| 322 D | 1,500 | 1,500 | 218 2G | 0 | | |
| 322 E | 1,500 | 750 | 218 3G | 0 | | |
| 322 F | 1,500 | | 218 1H | 1,500 | 750 | |
| 324 S Poplar | 4,800 | 4,800 | 218 2H | 1,500 | 1,500 | |
| 326 S Poplar | 4,800 | 4,800 | 218 3H | 1,500 | | |
| | 51,700 | 16,350 | 15 E Vine | 6,400 | 3,200 | |
| | | | 212 N Poplar | 4,800 | 800 | |
| | | | | 55,300 | 26,850 | |

| Plum Street | | 21 22 | 22 23 | 23 24 Houses | | |
|---|---|---|---|---|---|---|
| | 113 | 800 | | 3 E Walnut | 4,800 | |
| | 115 | 800 | | 101 E Collins | 8,000 | |
| | 117 | 750 | | 120 S Main | 8,600 | |
| | 119 | 850 | | 126 E Church | 6,423 | |
| | 121 | 1,500 | 1,500 | 201 E Church | 9,600 | |
| | 123 | 800 | | | 37,423 | |
| | 125 | 1,500 | 0 | | | |
| | 127 | 900 | 0 | Grand Total | 980,423 | |
| | 129 | 750 | 750 | | | |
| | 131 | 775 | | | | |
| | | 9425 | 2250 | | | |

Total Apartments    161,875