10/6/22, 3:43 PM                    Park Place Real Estate Management, Inc. Mail - Rent & Deposit Credit



                                                      Tom Kacachos <tkacachos@parkplacerealestate.net>

## Rent & Deposit Credit

**Tom Kacachos** <tkacachos@parkplacerealestate.net>                     Wed, Feb 16, 2022 at 4:38 PM
To: Yvette Wall <yvette@wallcpa.us>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>, Heather
Kacachos <hkacachos@parkplacerealestate.net>

Here is the rent & deposit credit draft for your review.  We still need to determine the sales price per property.  I do think (early morning) Tuesday
March 1st is a more realistic closing date especially since we are out until the 21st and then we have our friend's wedding on the 22nd.  Thanks.

--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net

📎 **Rent & Deposit Credits.pdf**
     154K



10/6/22, 3:36 PM                    Park Place Real Estate Management, Inc. Mail - Credit & Deposit Worksheets / Calculations

                                                        Tom Kacachos <tkacachos@parkplacerealestate.net>

## Credit & Deposit Worksheets / Calculations

7 messages

**Yvette Wall** <Yvette@wallcpa.us>                                                  Thu, Feb 17, 2022 at 1:37 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks
<austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>


Hi Tom-


Thank you for the draft of the rent / deposit credits for review. I have attached my calculation of the rent credit which varies slightly from yours. I
have separated revenue cycle to Park Place – July to February: Amicus – March-June, this accounts for a full 12 months of the cycle and thus
adjusts the percentage allocation. One item of significance to note is Amicus will also bear the full cost of Move In / Move Out for the 21-22
academic year in which you have captured the majority of the income.


I did not see deposits for 23-24 year on the schedule, we will need to update for those. I am going to need to request that the credit worksheet is
further expanded by tenant, we need to build our back end by tenant, the detail of each persons credit balance is necessary and crucial along with
their respective security deposits. The credit worksheet also does not define multi year leases and or month by month tenants that have started
their leases mid-year and pre-paid (or at least not that I am noticing).


Next week I had planned on being there to work with Renee provided we were closing which appears to be moved to the 1st. Would you like me to
still come out and assist in creating these worksheets to finalize and agree upon for closing, I would be happy to.




Best,




Yvette




**From:** Tom Kacachos <tkacachos@parkplacerealestate.net>
**Sent:** Wednesday, February 16, 2022 7:38 PM
**To:** Yvette Wall <Yvette@wallcpa.us>; Rob Abelson <rob@amicus-properties.com>; Austin Brooks <austin@amicus-properties.com>; Heather
Kacachos <hkacachos@parkplacerealestate.net>
**Subject:** Rent & Deposit Credit


Here is the rent & deposit credit draft for your review.  We still need to determine the sales price per property.  I do think (early morning) Tuesday
March 1st is a more realistic closing date especially since we are out until the 21st and then we have our friend's wedding on the 22nd.  Thanks.


--

Tom Kacachos, P.E.

Vice President

Park Place Real Estate

116 E High Street

Oxford, OH 45056

(513) 839-0344

10/6/22, 3:36 PM                                Park Place Real Estate Management, Inc. Mail - Credit & Deposit Worksheets / Calculations

www.ParkPlaceRealEstate.net

---

📄 **Income Allocation_Park Place 2021-2022.xlsx**
17K

---

**Tom Kacachos** <tkacachos@parkplacerealestate.net>                                    Thu, Feb 17, 2022 at 1:47 PM
To: Yvette Wall <Yvette@wallcpa.us>
Cc: Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>

Hi

The 23 24 deposits are listed on the 2nd page.  I can't open your attachment right now.  Does your rent allocation vary from my 72% and 28%?

[Quoted text hidden]

---

**Yvette Wall** <Yvette@wallcpa.us>                                                     Thu, Feb 17, 2022 at 1:54 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>

Ok I will look at page 2, I might have missed it. Yes, based on my calculations I have arrived at 66.48% / 33.52%

[Quoted text hidden]

---

**Yvette Wall** <Yvette@wallcpa.us>                                                     Thu, Feb 17, 2022 at 1:55 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>

I attached as a PDF

**From:** Tom Kacachos <tkacachos@parkplacerealestate.net>
**Sent:** Thursday, February 17, 2022 4:48 PM
**To:** Yvette Wall <Yvette@wallcpa.us>
**Cc:** Heather Kacachos <hkacachos@parkplacerealestate.net>; Austin Brooks <austin@amicus-properties.com>; Rob Abelson <rob@amicus-properties.com>
**Subject:** Re: Credit & Deposit Worksheets / Calculations

Hi

[Quoted text hidden]
[Quoted text hidden]

---

📄 **Income Allocation_Park Place 2021-2022 (3).pdf**
57K

---

**Tom Kacachos** <tkacachos@parkplacerealestate.net>                                    Thu, Feb 17, 2022 at 8:28 PM
To: Yvette Wall <Yvette@wallcpa.us>
Cc: Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>

We need to use the leases to determine the pro-rated rent otherwise the analysis can become arbitrary.  I understand your perspective on the full cost of move out and move in.  Our view is that move out/move in costs are a function of the condition of the properties (in August 2021), which were in excellent condition (extensive photos available), and will have to be maintained by the tenants minus normal wear and tear.

There are a few monthly paid in advance tenants that still need to be calculated as I noted on my spreadsheet.  There were also two 23 24 leases signed and deposits paid today.  I can add these on Monday.  Next week is probably early to visit but our offices can work on getting more details on the spreadsheet.  Do you want to email your deposit spreadsheet with properties, names, etc to Renee?  Thanks.

[Quoted text hidden]

---

**Austin Brooks** <austin@amicus-properties.com>                                        Fri, Feb 18, 2022 at 7:03 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Yvette Wall <Yvette@wallcpa.us>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Rob Abelson <rob@amicus-properties.com>

Hi Tom--

We don't think applying a 12-month rental income period is arbitrary. Unfortunately, doing this based on the physical occupancy puts us in a bind whereby we would blow both our monthly and quarterly loan covenants with our bank almost immediately after closing the deal.  In your scenario, we would be held responsible for RE taxes, move-out expenses, etc with no  income. From a financing perspective, we have to look at it on an annualized basis, otherwise our lender will not close the deal.

We are trying to be fair here and are working in good faith, so it was based on the due date of the first month's rent.   Please let us know your thoughts here, we are also happy to jump on a call to discuss this more.  Again, we want to get this deal done and are doing the best we can with our financing partners.

Best,
Austin


Austin Brooks
**Amicus Properties**
203-524-2068
austin@amicus-properties.com
amicus-properties.com

[Quoted text hidden]

**Deposits Collected**    **February 16, 2022**

| Hoelzer H | 21 22 | 22 23 | TW | 21 22 | 22 23 | | Renewal Units 22 23 |
|---|---|---|---|---|---|---|---|
| | | | 3 E Walnut TW | 6,400 | 0 | | 303 N Poplar |
| 22 N Elm HH | 6,400 | 6,400 | 15 W Church TW | 18,000 | 7,200 | | 3 E Walnut |
| 100 S Campus HH | 8,800 | 8,000 | 28 W Walnut TW | 15,300 | 9,000 | | 205 E Church |
| 101 E Collins HH | 9,600 | 8,000 | 112 N Tallawanda TW | 6,400 | 4,800 | | 26 A |
| 114 E Collins HH | 8,010 | 8,000 | 114 Tallawanda TW | 6,400 | 4,000 | | 33 B |
| 116 W church HH | 9,610 | 9,600 | 115 Bishop TW | 7,200 | 7,200 | | 301 Walnut |
| 116 W Collins HH | 6,405 | 5,600 | 116 N Elm TW | 8,000 | 4,800 | | 402 Walnut |
| 118 W Church | 3,600 | 3,600 | 116 N Talawanda TW | 6,500 | 4,800 | | |
| 117 E Church HH | 6,400 | 2,400 | 118 W Collins TW | 3,600 | 3,600 | | |
| 123 E Church HH | 6,400 | 6,400 | 120 S Main TW | 12,162 | 11,954 | | |
| 211 N University HH | 0 | 3,600 | 122 S College TW | 4,800 | 4,800 | | 22 23 |
| 302.5 S Main | 3,600 | 3,600 | 129 W Walnut TW | 9,600 | 4,000 | | 15 W Church 202  2,700 |
| 303 N Poplar | 2,400 | 0 | 201 E church TW | 9,600 | 6,400 | | 15 W church 401  3,600 |
| 302 S Main HH | 3,600 | 2,700 | 205 E Church TW | 3,600 | 0 | | 15 W church 402  900 |
| 305 N Poplar HH KF | 4,000 | 4,000 | 209 W Walnut TW | 6,400 | 6,400 | | |
| 309 S Main HH | 5,485 | 3,200 | 212 N University TW | 9,600 | 5,600 | | 201 Walnut  2,700 |
| 313 University 101 | 3,600 | 3,600 | 215 S College TW | 7,200 | 6,400 | | 202 Walnut  2,700 |
| 313 Univ 201 | 3,600 | 3,600 | 223 N University TW | 4,000 | 4,000 | | 301 Walnut  1,800 |
| | 91,510 | 82,300 | 315 S Main TW | 6,400 | 5,930 | | 401 Walnut  1,800 |
| | | | 313 S Main | 2,400 | 2,400 | | |
| | | | 319 E Vine TW | 8,000 | 8,000 | | |
| CALISTA | | | 321 E Vine TW | 4,800 | 4,800 | | |
| 200 W Collins Cal | 6,400 | 6,400 | 415 E Withrow TW | 3,600 | 3,600 | | |
| 7 E W CALISTA | 6,400 | 6,400 | 417 E Withrow TW | 6,400 | 6,400 | | |
| 210 W Collins | 6,400 | 5,260 | 421 423 E Withrow | 7,200 | 6,300 | | |
| Calista 201 | 3,600 | 2,700 | | 183,562 | 132,384 | | |
| Calista 202 | 3,600 | 3,600 | | | | | |
| Calista 203 | 3,600 | 900 | | | | | |
| Calista 301 | 3,600 | 3,600 | Dollar | | | | |
| Calista 302 | 3,600 | 1,800 | 10 W Park Place DI | 3,600 | 2,700 | | |
| Calista 303 | 3,600 | 3,600 | 10 B | 3,600 | 3,600 | | |
| 940 Silvoor Cal | 3,200 | 2,400 | 26 W High DI | 3,600 | 1,800 | | |
| 314 N University Cal | 3,200 | 0 | 26 B | 3,600 | 2,700 | | |
| | 47,200 | 36,660 | 26 C | 3,600 | 3,600 | | |
| BELLA | | | 28 W High DI | 3,600 | 3,600 | | |
| 20 Bella Place A BP | 3,600 | 3,600 | 28 B | 3,600 | 3,600 | | |
| 20 B | 3,600 | 2,700 | 28 C | 3,600 | 2,700 | | |
| 20 C | 3,600 | 2,700 | 32 W High DI A & B | 5,400 | 5,400 | | |
| 33 Bella Place A BP | 3,600 | 3,600 | 115 Beech DOLLAR | 9,600 | 8,400 | | |
| 33 B | 3,600 | 900 | 126 E Church DOLLAR | 6,400 | 3,200 | | |
| 33 C | 3,600 | 2,700 | 131 E Church DOLLAR | 6,400 | 5,600 | | |
| 45 Bella Place BP | 3,600 | 3,600 | | 56,600 | 46,900 | | |
| 45 B | 3,600 | 3,500 | | | | | |
| 45 C | 3,600 | 3,600 | | | | | |
| | 32,400 | 26,900 | | | | | |

| | | | 21 22 Deposits | 411,272 | |
|---|---|---|---|---|---|
| Total House/Uptown | 736,416 | | 22 23 Deposits | 325,144 | |

| Commercial Deposits | | | | | |
|---|---|---|---|---|---|
| 32 W High | 24,000 | | Total Commercial | 47,400 | |
| 30 W Walnut | 14,400 | | | | |
| 17 W Church | 7,400 | | | | |
| 32 W High | 1,600 | | | | |

| NES | 21 22 | 22 23 | Uhouse | 21 22 | 22 23 | | Renewal Units 22 23 |
|---|---|---|---|---|---|---|---|
| 311 A | 1,500 | 1,500 | 215 1A | 1,500 | 1,500 | | 319 A |
| 311 B | 1,500 | 1,500 | 215 2A | 1,500 | 0 | | 125 Plum |
| 311 C | 1,500 | 1,500 | 215 1E | 1,500 | | | 127 Plum |

| Unit | | | Label | | | Label |
|---|---|---|---|---|---|---|
| 311 D | 1,500 | | 215 2E | 1,500 | | 215 2A |
| 311 E | 1,100 | | 215 3E | 1,500 | 1,500 | 215 4E |
| 315 A | 1,500 | | 215 4E | 1,700 | 0 | 218 2D |
| 315 B | 900 | | 215 5E | 0 | 2,250 | 218 2F |
| 315 C | 1,200 | 1,500 | 215 6E | 0 | 2,250 | 218 2H |
| 315 D | 1,500 | 1,500 | 215 1W | 1,500 | | |
| 315 E | 1,100 | | 215 2W | 1,500 | 1,500 | |
| 316 A | 0 | | 215 3W | 1,500 | | |
| 316 B | 1,500 | | 215 4W | 1,500 | 1,500 | . |
| 316 C | 800 | | 215 5W | 1,500 | 1,500 | |
| 316 D | 750 | | 215 6W | 1,500 | 1,500 | |
| 316 E | 1,500 | | 215 1B 1C | 6,400 | 5,600 | |
| 319 A | 1,500 | 0 | 218 1A | 0 | | |
| 319 B | 750 | 1,500 | 218 2A | 1,500 | | |
| 319 C | 1,500 | 1,500 | 218 3A | 1,500 | | |
| 319 D | 1,500 | 1,500 | 218 1B | 0 | | |
| 319 E | 2,250 | | 218 2B | 2,250 | | |
| 320 A | 1,500 | | 218 3B | 2,250 | | |
| 320 B | 900 | | 218 1C | 1,500 | | |
| 320 C | 950 | | 218 2C | 0 | | |
| 320 D | 0 | | 218 3C | 0 | | |
| 320 E | 1,500 | | 218 1D | 0 | 750 | |
| 320 F | 1,500 | | 218 2D | 1,500 | 0 | |
| 321 A | 900 | | 218 3D | 1,500 | | |
| 321 B | 1,500 | | 218 1E | 0 | | |
| 321 C | 800 | | 218 2E | 0 | | |
| 321 D | 1,500 | | 218 3E | 0 | | |
| 322 A | 1,500 | | 218 2F | 1,500 | 750 | |
| 322 B | 0 | | 218 3F | 1,500 | | |
| 322 C | 1,200 | | 218 1G | 0 | | |
| 322 D | 1,500 | 1,500 | 218 2G | 0 | | |
| 322 E | 1,500 | 750 | 218 3G | 0 | | |
| 322 F | 1,500 | | 218 1H | 1,500 | 750 | |
| 324 S Poplar | 4,800 | 4,800 | 218 2H | 1,500 | 1,500 | |
| 326 S Poplar | 4,800 | 4,800 | 218 3H | 1,500 | 1,500 | |
| | 53,200 | 19,350 | 15 E Vine | 6,400 | 3,200 | |
| | | | 212 N Poplar | 4,800 | 800 | |
| | | | | 55,300 | 28,350 | |

| Plum Street | 21 22 | 22 23 | 23 24 Houses | |
|---|---|---|---|---|
| 113 | 800 | | 3 E Walnut | 4,800 |
| 115 | 800 | | 101 E Collins | 8,800 |
| 117 | 750 | 900 | 120 S Main | 8,600 |
| 119 | 850 | | 126 E Church | 6,423 |
| 121 | 1,500 | 1,500 | 201 E Church | 9,600 |
| 123 | 800 | | 205 E Church | 3,600 |
| 125 | 1,500 | 0 | 209 W Walnut | 6,405 |
| 127 | 900 | 0 | 319 E Vine | 8,000 |
| 129 | 750 | 750 | 117 E Church | 6,400 |
| 131 | 775 | | 215 1b1c | 6,400 |
| | 9425 | 3150 | 321 E vine | 4,800 |
| | | | 123 E church | 6,400 |
| Total Apartments | 168,775 | | 114 E collins | 8,000 |
| | | | 100 S Campus | 8,800 |
| | | | 302 302.5 S Main | 7,200 |
| Grand Total | 1,090,819 | | 129 W Walnut | 9,600 |
| | | | 313 University | 7,200 |
| | | | 116 W Collins | 6,400 |
| | | | 421 423 EW | 7,200 |
| | | | 118 W Church | 3,600 |
| | | | | 138,228 |

**Rent Collected**     February 16, 2022

| Hoelzer H | 21 22 | TW | 21 22 |
|---|---|---|---|
| | | 3 E Walnut TW | 92,000 |
| 22 N Elm HH | 63,200 | 15 W Church TW | 184,200 |
| 100 S Campus HH | 92,400 | 28 W Walnut TW | 151,700 |
| 101 E Collins HH | 94,800 | 112 N Tallawanda TW | 72,000 |
| 114 E Collins HH | 79,000 | 114 Tallawanda TW | 80,800 |
| 116 W church HH | 100,800 | 115 Bishop TW | 92,800 |
| 116 W Collins HH | 61,600 | 116 N Elm TW | 56,000 |
| 118 W Church | 41,600 | 116 N Talawanda TW | 80,800 |
| 117 E Church HH | 87,200 | 118 W Collins TW | 40,800 |
| 123 E Church HH | 72,000 | 120 S Main TW | 109,500 |
| 211 N University HH | 0 | 122 S College TW | 54,000 |
| 302.5 S Main | 44,800 | 129 W Walnut TW | 96,000 |
| 303 N Poplar | 21,000 | 201 E church TW | 99,600 |
| 302 S Main HH | 44,800 | 205 E Church TW | 46,800 |
| 305 N Poplar HH KF | 45,000 | 209 W Walnut TW | 67,200 |
| 309 S Main HH | 59,200 | 212 N University TW | 88,000 |
| 313 University 101 | 47,200 | 215 S College TW | 72,000 |
| 313 Univ 201 | 47,200 | 223 N University TW | 40,800 |
| | 1,001,800 | 315 S Main TW | 59,200 |
| | | 313 S Main | 21,000 |
| | | 319 E Vine TW | 99,000 |
| CALISTA | | 321 E Vine TW | 51,000 |
| 200 W Church Cal | 78,400 | 415 E Withrow TW | 43,200 |
| 7 E W CALISTA | 74,400 | 417 E Withrow TW | 85,600 |
| 210 W Collins | 57,600 | 421 423 E Withrow | 94,400 |
| Calista 201 | 230,400 | | 1,978,400 |
| Calista 202 | | | |
| Calista 203 | | | |
| Calista 301 | | Dollar | |
| Calista 302 | | 10 W Park Place DI | 64,000 |
| Calista 303 | | 10 B | |
| 940 Silvoor Cal | 27,600 | 26 W High DI | 100,400 |
| 314 N University Cal | 31,200 | 26 B | |
| | 499,600 | 26 C | |
| BELLA | | 28 W High DI | 94,800 |
| 20 Bella Place A BP | 126,400 | 28 B | |
| 20 B | | 28 C | |
| 20 C | | 32 W High DI A & B | 46,200 |
| 33 Bella Place A BP | 125,600 | 115 Beech DOLLAR | 98,400 |
| 33 B | | 126 E Church DOLLAR | 86,400 |
| 33 C | | 131 E Church DOLLAR | 92,000 |
| 45 Bella Place BP | 125,600 | | 582,200 |
| 45 B | | | |
| 45 C | | | |
| | 377,600 | | |

| | | 21 22 Rent | 4,439,600 |
|---|---|---|---|
| Total House/Uptown | 4,439,600 | | |

| NES | 21 22 | Uhouse | 21 22 |
|---|---|---|---|
| 311 A | Monthly | 215 1A | 16,800 |
| 311 B | 14,000 | 215 2A | 16,800 |
| 311 C | 14,000 | 215 1E | 14,400 |

| | | | |
|---|---|---|---|
| 311 D | 14,000 | 215 2E | 14,800 |
| 311 E | 14,000 | 215 3E | 14,800 |
| 315 A | 14,000 | 215 4E | Monthly |
| 315 B | 11,800 | 215 5E | Vacant |
| 315 C | Monthly | 215 6E | Vacant |
| 315 D | 12,000 | 215 1W | 14,400 |
| 315 E | Monthly | 215 2W | 14,800 |
| 316 A | Vacant | 215 3W | 14,800 |
| 316 B | 14,000 | 215 4W | 15,600 |
| 316 C | Monthly | 215 5W | 15,600 |
| 316 D | 4,500 | 215 6W | 15,600 |
| 316 E | 14,000 | 215 1B 1C | 73,600 |
| 319 A | 14,000 | 218 1A | Vacant |
| 319 B | 8,000 | 218 2A | 14,000 |
| 319 C | 14,000 | 218 3A | 13,200 |
| 319 D | 14,000 | 218 1B | Vacant |
| 319 E | 18,900 | 218 2B | 20,400 |
| 320 A | 15,000 | 218 3B | 20,400 |
| 320 B | 4,500 | 218 1C | 14,000 |
| 320 C | Monthly | 218 2C | Vacant |
| 320 D | Vacant | 218 3C | Vacant |
| 320 E | 14,000 | 218 1D | Vacant |
| 320 F | 5,000 | 218 2D | 14,000 |
| 321 A | Monthly | 218 3D | 14,000 |
| 321 B | 15,200 | 218 1E | Vacant |
| 321 C | Monthly | 218 2E | Vacant |
| 321 D | 14,000 | 218 3E | Vacant |
| 322 A | 14,000 | 218 2F | 14,800 |
| 322 B | Vacant | 218 3F | 14,800 |
| 322 C | Monthly | 218 1G | Vacant |
| 322 D | 14,000 | 218 2G | Vacant |
| 322 E | 14,000 | 218 3G | Vacant |
| 322 F | 14,000 | 218 1H | 14,800 |
| 324 S Poplar | 42,000 | 218 2H | 14,800 |
| 326 S Poplar | 42,000 | 218 3H | 14,800 |
| | 402,900 | 15 E Vine | 60,000 |
| | | 212 N Poplar | 34,000 |
| | | | 520,000 |
| | | | |
| Plum Street | 21 22 | | |
| | 113 Monthly | Rent to Collect | |
| | 115 Monthly | 15 E Vine | 2,143 |
| | 117 12,550 | 218 2H | 400 |
| | 119 Monthly | 215 2E | 1,700 |
| | 121 13,000 | 33 B | 5,245 |
| | 123 Monthly | 33 C | 4,160 |
| | 125 12,000 | 45 B | 5,200 |
| | 127 10,000 | 100 S Campus | 4,620 |
| | 129 11,900 | 203 Calista | 2,600 |
| | 131 Monthly | 116 W Church | 65 |
| | 59450 | 116 W Collins | 633 |
| | | 117 E Church | 2,725 |
| Total Apartments | 982,350 | 309 S Main | 2,960 |
| | | 115 Beech | 100 |
| | | | 32,551 |

**Grand Total**      5,421,950
Prorated Rent Based on March 1, 2022
196 days 272 days lease 72%      28% x 5,421,950 = $1,518,146
Deposits are $1,090,819 and rent due is $32,551 = $1,058,268
**Total Credit $2,576,414**
Note: minor adjustments to be made with monthly rent

**Technical Lease Start**

| Payment Due | 7/1/2021 | Tom & Heather | | | | | | | | Amicus | | | | Total Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7/31/2021 | 8/31/2021 | 9/30/2021 | 10/31/2021 | 11/30/2021 | 12/31/2021 | 1/31/2022 | 2/28/2022 | 3/31/2022 | 4/30/2022 | 5/31/2022 | 6/30/2022 | |
| Days Earned | | 30.0 | 31.0 | 30.0 | 31.0 | 30.0 | 31.0 | 31.0 | 28.0 | 31.0 | 30.0 | 31.0 | 30.0 | 364.0 |

| | Tom & Heather | Amicus |
|---|---|---|
| Total Days | 242.0 | 122.0 |
| % Of Income | 66.48% | 33.52% |
| Annual Income | $5,421,950.0 | $5,421,950.0 |
| | Tom & Heather Allocation $3,604,703.02 | Amicus Credit $1,817,247 |



2021-2022 LEASE AGREEMENT
HOUSES

# Park Place Real Estate

116 E High Street  Oxford, OH 45056  (513) 523-2015  (513) 524-9935 fax
ParkPlaceRealEstate.net  info@ParkPlaceRealEstate.net

1. **PARTIES.** This lease agreement is made for the premises located at ___7 E Walnut Up & Down___ situated in the City of Oxford, County of Butler, State of Ohio, between Park Place Real Estate Management, Inc. (Park Place), 116 E High Street, Oxford, OH 45056, hereby known as landlord, lessor, us, or we, and the following ___8___ total occupant(s), hereby know as lessee(s), you or tenant(s):

1. Leila Kral
2. Abigail Koors
3. Marley Ruskin
4. Caroline Giannone
5. Claire Ovnic
6. Lexi Chodosh
7. Grace Tendron
8. Lilly Landawich
9. ___
10. ___
11. ___
12. ___
13. ___
14. ___
15. ___

2. **TERM OF LEASE.** The term of this lease agreement shall commence at <u>9am on the Wednesday prior to the beginning of Miami's 2021 1st semester</u> and terminate at <u>9am on the immediate Monday after Miami's 2022 May commencement</u>*. We cannot accommodate early move-in or extended stay, no matter what the circumstance. <u>You will not receive keys or access to the leased property until the first day of the lease term.</u> We also cannot allow you to store your belongings in the property prior to or after the lease term. Furthermore, due to safety and liability issues we cannot allow anyone to tour the property during any non-lease period, such as the summer. This lease does not renew. You must vacate at the end of the lease term and return all entry keys to our office and leave all bedroom keys in the appropriate bedroom door lock. A violation of this lease is to stay beyond the lease term. You will be charged $100 per occupant on the lease agreement per day whether one or more tenants stay beyond the lease term (i.e. $100 x 4 total occupants = $400/day. $400 x 2 days = $800).
*As of today, these dates are <u>Wednesday, August 18, 2021 and Monday, May 16, 2022</u>. However, these dates are subject to change if Miami alters their 2021-2022 academic calendar.

3. **RENT.** Tenant(s) shall pay the landlord the sum of _____ dollars ($_____).
Payment for said rent of the premises shall be made in two installment payments as follows:
Rent due date, 1st installment  $____0_____ on or before July 1, 2021.
Rent due date, 2nd installment  $_____ on or before December 1, 2021.
Payment may be made by check, cash, or money order (we do not accept credit cards) and is payable to: Park Place Real Estate; 116 E High Street; Oxford, OH 45056.
   a. <u>Financial Aid.</u> If you will be using financial aid to pay your rent you must provide official written documentation from your financial institution PRIOR to July 1, 2021. If we do not receive notice, late fees will be applied. For the 1st installment of rent, you must **pay at least 40% of your rent by July 1, 2021** and then the remaining 60% by September 5, 2021. For the 2nd installment of rent, you must **pay at least 40% of your rent by December 1, 2021** and then the remaining 60% by January 15, 2022.
   b. <u>Parent/Guardian Guarantor.</u> We require that each tenant submit a parent/guardian guarantor to accompany this lease agreement. Forms are available in our office and on our website. Failure to obtain a parent guarantor form will in no way modify this lease agreement except at our discretion we may terminate this lease agreement for one or more tenants and the security deposit will be forfeited.
   c. <u>Timely Payment.</u> Your failure to timely pay the rent is a default of this lease. We do allow a grace period of five calendar days. Any payment that is more than five days overdue will be charged late fees of $5.00 per day thereafter. No exceptions. <u>Tenants will not be permitted to move-in without paying rent. Late payments require additional administrative work, so late fees will be enforced.</u>
   d. <u>Returned Checks.</u> There is a $45.00 fee for any returned checks by the bank and you may be required to pay all future payments with a cashier's check. If your deposit return check is lost or not deposited within the time allotted, you will be assessed a $45.00 fee to stop payment in order for us to reissue a new check.
   e. <u>Eviction.</u> If you do not pay rent when due or you violate any term or condition under this agreement, we may evict you pursuant to Chapter 1923 of the Ohio Revised Code. Excessive damage or criminal activity to the property is also cause for eviction.
   f. <u>Default.</u> If you fail to pay any rent by the due date, if you fail to comply with any term or condition of this lease, if you violate any provision of Ohio landlord-tenant law, you are in default. Upon your default, we may take one or more actions allowed by law or under this lease.

4. **DEPOSIT.** A security deposit of $_____ is to be paid when the lease agreement is signed. You agree to pay the security deposit to secure your obligations and compliance with the provisions of this lease and Ohio landlord-tenant law. **Deposit Paid** _____.
   a. You agree that we are accepting your deposit jointly as a whole and not individually. However upon the return of the deposit refund, we will take the refund and divide it equally among all **remaining**\* tenants on the lease. This means even if your individual share of the whole deposit was less or more than the amount submitted by other tenants, all **remaining** tenants on the lease will receive an equal portion of the refund. \**remaining tenants* – those tenants actively on the lease when the lease agreement ends (typically 2nd semester).
   b. At the end of the lease term, you must vacate the leased property and leave it clean and undamaged. We may apply the deposit to cover any past due rent, late charges, outstanding utility bills, and damages to the leased property or other expenses resulting from your failure to comply with any of the provisions of this lease, based upon Ohio landlord-tenant law.

PLEASE INITIAL BELOW THAT YOU HAVE READ, UNDERSTAND, AND AGREE TO ALL INFORMATION CONTAINED ON THIS PAGE.
1. LK  2. AK  3. CG  4. MR  5. CC  6. LC  7. GT  8. LL  9. ___ 10. ___ 11. ___ 12. ___ 13. ___ 14. ___ 15. ___

© Park Place Real Estate 2020



## Park Place Real Estate

2021-2022 LEASE AGREEMENT
HOUSES

116 E High Street   Oxford, OH 45056   (513) 523-2015   (513) 524-9935 fax
ParkPlaceRealEstate.net   Info@ParkPlaceRealEstate.net

1. **PARTIES.** This lease agreement is made for the premises located at _____ 15 E. Vine _____ situated in the City of Oxford, County of Butler, State of Ohio, between Park Place Real Estate Management, Inc. (Park Place), 116 E High Street, Oxford, OH 45056, hereby known as landlord, lessor, us, or we, and the following ___ 8 ___ total occupant(s), hereby know as lessee(s), you or tenant(s):

1. Michael Sullivan
2. Derek Daniels
3. James Grieci
4. Benjamin Carey
5. Dedric Johnson
6. Graham McPherson
7. Ian Tennenbaum
8. Joseph Burtzloff
9. 
10. 
11. 
12. 
13. 
14. 
15. 

2. **TERM OF LEASE.** The term of this lease agreement shall commence at **9am on the Wednesday prior to the beginning of Miami's 2021 1st semester** and terminate at **9am on the immediate Monday after Miami's 2022 May commencement***. We cannot accommodate early move-ins or extended stay, no matter what the circumstance. **You will not receive keys or access to the leased property until the first day of the lease term.** We also cannot allow you to store your belongings in the property prior to or after the lease term. Furthermore, due to safety and liability issues we cannot allow anyone to tour the property during any non-lease period, such as the summer. This lease does not renew. You must vacate at the end of the lease term and return all entry keys to our office and leave all bedroom keys in the appropriate bedroom door lock. A violation of this lease is to stay beyond the lease term. You will be charged $100 per occupant on the lease agreement per day whether one or more tenants stay beyond the lease term (i.e. $100 x 4 total occupants = $400/day. $400 x 2 days = $800).
*As of today, these dates are Wednesday, August 18, 2021 and Monday, May 16, 2022. However, these dates are subject to change if Miami alters their 2021-2022 academic calendar.*

3. **RENT.** Tenant(s) shall pay the landlord the sum of _____ dollars ($ _____ ). Payment for said rent of the premises shall be made in two installment payments as follows:
   Rent due date, 1st installment $ _____ on or before July 1, 2021.
   Rent due date, 2nd installment $ _____ on or before December 1, 2021.
   Payment may be made by check, cash, or money order (we do not accept credit cards) and is payable to: Park Place Real Estate; 116 E High Street; Oxford, OH 45056.
   a. **Financial Aid.** If you will be using financial aid to pay your rent you must provide official written documentation from your financial institution PRIOR to July 1, 2021. If we do not receive written notice, late fees will be applied. For the 1st installment of rent, you must **pay at least 40% of your rent by July 1, 2021** and then the remaining 60% by September 5, 2021. For the 2nd installment of rent, you must **pay at least 40% of your rent by December 1, 2021** and then the remaining 60% by January 15, 2022.
   b. **Parent/Guardian Guarantor.** We require that each tenant submit a parent/guardian guarantor to accompany this lease agreement. Forms are available in our office and on our website. Failure to obtain a parent guarantor form will in no way modify this lease agreement except at our discretion we may terminate this lease agreement for one or more tenants and the security deposit will be forfeited.
   c. **Timely Payment.** Your failure to timely pay the rent is a default of this lease. We do allow a grace period of five calendar days. Any payment that is more than five days overdue will be charged late fees of $5.00 per day thereafter. No exceptions. **Tenants will not be permitted to move-in without paying rent. Late payments require additional administrative work, so late fees will be enforced.**
   d. **Returned Checks.** There is a $45.00 fee for any returned checks by the bank and you may be required to pay all future payments with a cashier's check. If your deposit return check is lost or not deposited within the time allotted, you will be assessed a $45.00 fee to stop payment in order for us to reissue a new check.
   e. **Eviction.** If you do not pay rent when due or you violate any term or condition under this agreement, we may evict you pursuant to Chapter 1923 of the Ohio Revised Code. Excessive damage or criminal activity to the property is also cause for eviction.
   f. **Default.** If you fail to pay any rent by the due date, if you fail to comply with any term or condition of this lease, if you violate any provision of Ohio landlord-tenant law, you are in default. Upon your default, we may take one or more actions allowed by law or under this lease.

4. **DEPOSIT.** A security deposit of $ _____ is to be paid when the lease agreement is signed. You agree to pay the security deposit to secure your obligations and compliance with the provisions of this lease and Ohio landlord-tenant law. **Deposit Paid** _____.
   a. You agree that we are accepting your deposit jointly as a whole and not individually. However upon the return of the deposit refund, we will take the refund and divide it equally among all **remaining*** tenants on the lease. This means even if your individual share of the whole deposit was less or more than the amount submitted by other tenants, all **remaining** tenants on the lease will receive an equal portion of the refund. *remaining tenants – those tenants actively on the lease when the lease agreement ends (typically 2nd semester).*
   b. At the end the lease term, you must vacate the leased property and leave it clean and undamaged. We may apply the deposit to cover any past due rent, late charges, outstanding utility bills, and damages to the leased property or other expenses resulting from your failure to comply with any of the provisions of this lease, based upon Ohio landlord-tenant law.

PLEASE INITIAL BELOW THAT YOU HAVE READ, UNDERSTAND, AND AGREE TO ALL INFORMATION CONTAINED ON THIS PAGE.
1. MS  2. DD  3. FL  4. BC  5. NJ  6. GM  7. IT  8. JB  9. ____ 10. ____ 11. ____ 12. ____ 13. ____ 14. ____ 15. ____
page 1 of 6
© Park Place Real Estate 2020