4:50



2 People

Thu, Feb 3, 4:13 PM

Austin Brooks

Hey Tom – do you have a few minutes to touch base?

We were going to send out guy in Sunday

And just wanted to game plan a little bit

Sun, Feb 20, 3:50 PM

Hey Tom-- we hear your points. One idea we were just throwing out, to guarantee the delta is a minimum earned of $300k to you and heather on the contraction /acquisition agreements (the also helps solidify our working together long term)

Construction*

Tom Kacachos

Also remember we have pre leased about 7 million dollars for you, collected nearly all of this years rent, and collected about 1.1 million in deposits. We have not slowed down or reduced staff or cut back in any way.

Heather has been texting, calling



EXHIBIT 6



Tom Kacachos <tkacachos@parkplacerealestate.net>

## Amicus ideas

**Austin Brooks** <austin@amicus-properties.com>  Wed, Feb 23, 2022 at 12:23 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Rob Abelson <rob@amicus-properties.com>

Hey Tom- How about the following ideas to meet in the middle here:

-5-year master lease on the office space for you and Gerry ($1 per year)
-Minimum earned of $300k for services contracts
-Free rent for your daughter for one year if she goes to Miami of Ohio and her pick of house.

Thanks,
Austin


Sent from my iPhone