

Heather Kacachos <hkacachos@parkplacerealestate.net>

## Potential Solutions
1 message

**Rob Abelson** <rob@amicus-properties.com>                  Mon, Mar 7, 2022 at 10:04 AM
To: Heather Kacachos <hkacachos@parkplacerealestate.net>, Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Austin Brooks <austin@amicus-properties.com>

Hi Heather / Tom,

We are brainstorming potential options and look forward to discussing after your meeting with your lawyer. Here are two potential options— these are highly dependent on where the bank comes out once they have all the info but our expectation is that at least one of them is workable.

Option 1:
We could potentially sign up at 60-90day closing extension.
Pro: ample time to resolve / provide clarity to zoning issues
Con: could lead to issues with the bank- ordering all new inspections, appraisals, etc. (only valid for 90days) also financing risk as volatility in market could effect financing costs. Also, Terms may not be honored by lender.

Option 2:
We proceed with closing, all properties. In order to do this, lender will require those properties to be full recourse to Austin/Rob/Amicus
We (amicus / your lawyer / Heather /Tom) will work to fight city and resolve zoning together.
In this scenario, Bank will likely require an escrow for bedrooms at risk (ie $110k per bedrooms times 5bedrooms, $550k, and cost to perform repairs). The escrow ~550k estimate, would likely be held from the $75mm on closing. Once resolved, all funds released.

Please let us know your thoughts and when would be a good time to discuss further. We are doing everything in our part to close and make sure things go as smoothly as possible. We realize this situation was out of anyone's control so just want to figure out the best way forward.

Sincerely,
Rob and Austin


Sent from my iPhone

**EXHIBIT 7**