

Tom Kacachos <tkacachos@parkplacerealestate.net>

## March 25 Prorations
4 messages

**Tom Kacachos** <tkacachos@parkplacerealestate.net>　　　　　　　　　　　　　　　　　　　　　　Fri, Mar 18, 2022 at 12:28 PM
To: Jack Grove <jgrove1251@gmail.com>, Rob Bolin <rob@bolintroy.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>, Yvette Wall <yvette@wallcpa.us>

Please review. Thanks.

--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net

📎 **March 25 Prorations.pdf**
175K

---

**Yvette Wall** <Yvette@wallcpa.us>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fri, Mar 18, 2022 at 12:31 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Jack Grove <jgrove1251@gmail.com>, Rob Bolin <rob@bolintroy.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>

Hi Tom,

Thank you – I will need to look at this over the weekend and update our spreadsheets we have been tracking. We will need these figures by tenant as our back end system requires such detail – I will start with this, compare to what we have built so far and reach out to Renee for the detail of the tenant breakdown.

Wall & Associates, CPA

190 Sperry Road

Bethany, CT 06524

203-393-1330 (p) NEW

203-819-7601 (f)

Yvette@wallcpa.us

**CONFIDENTIALITY NOTICE:** This email has been sent by Wall & Associates and is intended solely for the person(s) or organization(s) named above (or their authorized representatives). It may contain information which is confidential and/or legally privileged. If you have received this email in error, please notify the sender immediately and destroy all copies of this transmission. The use, copying, distribution or disclosure of the e-mail or any of its contents or attachments by anyone other than the intended recipient is unauthorized and may be unlawful.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and may not be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

[Quoted text hidden]

---

**Rob Abelson** <rob@amicus-properties.com>　　　　　　　　　　　　　　　　　　　　　　　　Fri, Mar 18, 2022 at 12:33 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Jack Grove <jgrove1251@gmail.com>, Rob Bolin <rob@bolintroy.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Yvette Wall <yvette@wallcpa.us>, Peter Gelzinis <pgelzinis@pierceatwood.com>, Do[...] <dlussier@pierceatwood.com>

**EXHIBIT 10**

Thanks. Adding in our counsel as well. **We'd like to target the 24th please.**

Thanks,
Rob
[Quoted text hidden]

--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com

---

**Rob Abelson** <rob@amicus-properties.com>                                      Fri, Mar 18, 2022 at 12:40 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Jack Grove <jgrove1251@gmail.com>, Rob Bolin <rob@bolintroy.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Austin Brooks <austin@amicus-properties.com>, Yvette Wall <yvette@wallcpa.us>, Peter Gelzinis <pgelzinis@pierceatwood.com>, Donald Lussier <dlussier@pierceatwood.com>

Hi Everyone--

Just to clarify, we would like to close on the 24th.

That being said, we are willing to keep the proportions / adjustments on closing credits based on the 25th.

Thanks,
Rob
[Quoted text hidden]

**Deposits Collected** March 18, 2022

| Hoelzer H | 21 22 | 22 23 | TW | 21 22 | 22 23 | |
|---|---|---|---|---|---|---|
| | | | 3 E Walnut TW | 6,400 | 0 | Renewal Units 22 23 |
| 22 N Elm HH | 6,400 | 6,400 | 15 W Church TW | 18,000 | 7,200 | 303 N Poplar |
| 100 S Campus HH | 8,800 | 8,800 | 28 W Walnut TW | 15,300 | 9,000 | 3 E Walnut |
| 101 E Collins HH | 9,600 | 8,000 | 112 N Tallawanda TW | 6,400 | 4,800 | 205 E Church |
| 114 E Collins HH | 8,010 | 8,000 | 114 Tallawanda TW | 6,400 | 4,000 | 26 A |
| 116 W church HH | 9,610 | 9,600 | 115 Bishop TW | 7,200 | 7,200 | 33 B |
| 116 W Collins HH | 6,405 | 5,600 | 116 N Elm TW | 8,000 | 6,400 | 301 Walnut |
| 118 W Church | 3,600 | 3,600 | 116 N Talawanda TW | 6,500 | 4,800 | 402 Walnut |
| 117 E Church HH | 6,400 | 4,000 | 118 W Collins TW | 3,600 | 3,600 | |
| 123 E Church HH | 6,400 | 6,400 | 120 S Main TW | 12,162 | 11,954 | |
| 211 N University HH | 0 | 3,600 | 122 S College TW | 4,800 | 4,800 | 22 23 |
| 302.5 S Main | 3,600 | 3,600 | 129 W Walnut TW | 9,600 | 4,800 | 15 W Church 202 2,700 |
| 303 N Poplar | 2,400 | 0 | 201 E church TW | 9,600 | 7,200 | 15 W church 401 3,600 |
| 302 S Main HH | 3,600 | 2,700 | 205 E Church TW | 3,600 | 0 | 15 W church 402 900 |
| 305 N Poplar HH KF | 4,000 | 4,000 | 209 W Walnut TW | 6,400 | 6,400 | |
| 309 S Main HH | 5,485 | 3,200 | 212 N University TW | 9,600 | 5,600 | 201 Walnut 2,700 |
| 313 University 101 | 3,600 | 3,600 | 215 S College TW | 7,200 | 6,400 | 202 Walnut 2,700 |
| 313 Univ 201 | 3,600 | 3,600 | 223 N University TW | 4,000 | 4,000 | 301 Walnut 1,800 |
| | 91,510 | 84,700 | 315 S Main TW | 6,400 | 5,930 | 401 Walnut 1,800 |
| | | | 313 S Main | 2,400 | 2,400 | |
| | | | 319 E Vine TW | 8,000 | 8,000 | |
| CALISTA | | | 321 E Vine TW | 4,800 | 4,800 | |
| 200 W Church Cal | 6,400 | 6,400 | 415 E Withrow TW | 3,600 | 3,600 | |
| 7 E W CALISTA | 6,400 | 6,400 | 417 E Withrow TW | 6,400 | 6,400 | |
| 210 W Collins | 6,400 | 5,260 | 421 423 E Withrow | 7,200 | 6,300 | |
| Calista 201 | 3,600 | 2,700 | | 183,562 | 135,584 | |
| Calista 202 | 3,600 | 3,600 | | | | |
| Calista 203 | 3,600 | 900 | | | | |
| Calista 301 | 3,600 | 3,600 | Dollar | | | |
| Calista 302 | 3,600 | 1,800 | 10 W Park Place DI | 3,600 | 2,700 | |
| Calista 303 | 3,600 | 3,600 | 10 B | 3,600 | 3,600 | |
| 940 Silvoor Cal | 3,200 | 2,400 | 26 W High DI | 3,600 | 1,800 | |
| 314 N University Cal | 3,200 | 0 | 26 B | 3,600 | 2,700 | |
| | 47,200 | 36,660 | 26 C | 3,600 | 3,600 | |
| BELLA | | | 28 W High DI | 3,600 | 3,600 | |
| 20 Bella Place A BP | 3,600 | 3,600 | 28 B | 3,600 | 3,600 | |
| 20 B | 3,600 | 2,700 | 28 C | 3,600 | 2,700 | |
| 20 C | 3,600 | 2,700 | 32 W High DI A & B | 5,400 | 5,400 | |
| 33 Bella Place A BP | 3,600 | 3,600 | 115 Beech DOLLAR | 9,600 | 8,400 | |
| 33 B | 3,600 | 900 | 126 E Church DOLLAR | 6,400 | 3,200 | |
| 33 C | 3,600 | 2,700 | 131 E Church DOLLAR | 6,400 | 5,600 | |
| 45 Bella Place BP | 3,600 | 3,600 | | 56,600 | 46,900 | |
| 45 B | 3,600 | 3,500 | | | | |
| 45 C | 3,600 | 3,600 | | | | |
| | 32,400 | 26,900 | | | | |
| | | | 21 22 Deposits | 411,272 | | |
| Total House/Uptown | 742,016 | | 22 23 Deposits | 330,744 | | |
| **Commercial Deposits** | | | | | | |
| 32 W High | 24,000 | | Total Commercial | 47,400 | | |
| 30 W Walnut | 14,400 | | | | | |
| 17 W Church | 7,400 | | | | | |
| 32 W High | 1,600 | | | | | |
| NES | 21 22 | 22 23 | Uhouse | 21 22 | 22 23 | Renewal Units 22 23 |
| 311 A | 1,500 | | 215 1A | 1,500 | 1,500 | 319 A |
| 311 B | 1,500 | | 215 2A | 1,500 | 0 | 125 Plum |
| 311 C | 1,500 | | 215 1E | 1,500 | | 127 Plum |

| Unit | Amt | | Unit | Amt1 | Amt2 | Unit |
|---|---|---|---|---|---|---|
| 311 D | 1,500 | | 215 2E | 1,500 | 1,500 | 215 2A |
| 311 E | 1,100 | | 215 3E | 1,500 | 1,500 | 215 4E |
| 315 A | 1,500 | | 215 4E | 1,700 | 0 | 218 2D |
| 315 B | 900 | | 215 5E | 0 | 2,250 | 218 2F |
| 315 C | 1,200 | 1,500 | 215 6E | 0 | 2,250 | 218 2H |
| 315 D | 1,500 | 1,500 | 215 1W | 1,500 | | |
| 315 E | 1,100 | | 215 2W | 1,500 | 1,500 | |
| 316 A | 0 | | 215 3W | 1,500 | | |
| 316 B | 1,500 | | 215 4W | 1,500 | 1,500 | |
| 316 C | 800 | | 215 5W | 1,500 | 1,500 | |
| 316 D | 750 | | 215 6W | 1,500 | 1,500 | |
| 316 E | 1,500 | | 215 1B 1C | 6,400 | 5,600 | |
| 319 A | 1,500 | 0 | 218 1A | 0 | | |
| 319 B | 750 | 1,500 | 218 2A | 1,500 | | |
| 319 C | 1,500 | 1,500 | 218 3A | 1,500 | | |
| 319 D | 1,500 | 1,500 | 218 1B | 0 | | |
| 319 E | 2,250 | | 218 2B | 2,250 | | |
| 320 A | 1,500 | | 218 3B | 2,250 | | |
| 320 B | 900 | | 218 1C | 1,500 | | |
| 320 C | 950 | | 218 2C | 0 | | |
| 320 D | 0 | | 218 3C | 0 | | |
| 320 E | 1,500 | | 218 1D | 0 | 750 | |
| 320 F | 1,500 | | 218 2D | 1,500 | 0 | |
| 321 A | 900 | | 218 3D | 1,500 | | |
| 321 B | 1,500 | | 218 1E | 0 | | |
| 321 C | 800 | | 218 2E | 0 | | |
| 321 D | 1,500 | | 218 3E | 0 | | |
| 322 A | 1,500 | | 218 2F | 1,500 | 750 | |
| 322 B | 0 | | 218 3F | 1,500 | 750 | |
| 322 C | 1,200 | | 218 1G | 0 | | |
| 322 D | 1,500 | 1,500 | 218 2G | 0 | | |
| 322 E | 1,500 | 1,500 | 218 3G | 0 | | |
| 322 F | 1,500 | ' | 218 1H | 1,500 | 750 | |
| 324 S Poplar | 4,800 | 4,800 | 218 2H | 1,500 | 1,500 | |
| 326 S Poplar | 4,800 | 4,800 | 218 3H | 1,500 | 1,500 | |
| | 53,200 | 20,100 | 15 E Vine | 6,400 | 3,200 | |
| | | | 212 N Poplar | 4,800 | 800 | |
| | | | | 55,300 | 30,600 | |

| Plum Street | | 21 22 | 22 23 | 23 24 Houses | |
|---|---|---|---|---|---|
| | 113 | 800 | | 3 E Walnut | 4,800 |
| | 115 | 800 | | 101 E Collins | 8,800 |
| | 117 | 750 | 900 | 120 S Main | 8,600 |
| | 119 | 850 | | 126 E Church | 6,423 |
| | 121 | 1,500 | 1,500 | 201 E Church | 9,600 |
| | 123 | 800 | | 205 E Church | 3,600 |
| | 125 | 1,500 | 0 | 209 W Walnut | 6,405 |
| | 127 | 900 | 0 | 319 E Vine | 8,000 |
| | 129 | 750 | 750 | 117 E Church | 6,400 |
| | 131 | 775 | | 215 1b1c | 6,400 |
| | | 9425 | 3150 | 321 E vine | 4,800 |
| | | | | 123 E church | 6,400 |
| Total Apartments | | 171,775 | | 114 E collins | 8,000 |
| | | | | 100 S Campus | 8,800 |
| | | | | 302 302.5 S Main | 7,200 |
| Grand Total | | 1,193,464 | | 129 W Walnut | 9,600 |
| 2122 2223 2324 Deposits | | | | 313 University | 7,200 |
| | | | | 116 W Collins | 6,400 |
| | | | | 421 423 EW | 7,200 |
| | | | | 118 W Church | 3,600 |
| | | | | 211 University | 3,600 |
| | | | | 118 W Collins | 3,600 |
| | | | | 22 N Elm | 6,400 |

|  |  |
|---|---:|
| 116 N elm | 6,405 |
| 315 S Main | 6,400 |
| 210 W collins | 6,400 |
| 302 Calista | 3,600 |
| 309 S Main | 6,400 |
| 20 B | 3,600 |
| 324 S Poplar | 4,800 |
| 415 EW | 900 |
| 26 C | 3,600 |
| 45 A | 3,600 |
| 112 Talawanda | 2,740 |
| 202 Calista | 3,600 |
| 32 A | 2,700 |
| 116 West Church | 7,300 |
| 122 S College | 4,800 |
| 115 Bishop | 7,200 |
| 200 w church | 6,400 |
|  | 232,273 |

**Rent Collected**    March 18, 2022

| Hoelzer H | 21 22 | TW | 21 22 |
|---|---:|---|---:|
|  |  | 3 E Walnut TW | 92,000 |
| 22 N Elm HH | 63,200 | 15 W Church TW | 184,200 |
| 100 S Campus HH | 92,400 | 28 W Walnut TW | 151,700 |
| 101 E Collins HH | 94,800 | 112 N Tallawanda TW | 72,000 |
| 114 E Collins HH | 79,000 | 114 Tallawanda TW | 80,800 |
| 116 W church HH | 100,800 | 115 Bishop TW | 92,800 |
| 116 W Collins HH | 61,600 | 116 N Elm TW | 56,000 |
| 118 W Church | 41,600 | 116 N Talawanda TW | 80,800 |
| 117 E Church HH | 87,200 | 118 W Collins TW | 40,800 |
| 123 E Church HH | 72,000 | 120 S Main TW | 109,500 |
| 211 N University HH | 0 | 122 S College TW | 54,000 |
| 302.5 S Main | 44,800 | 129 W Walnut TW | 96,000 |
| 303 N Poplar | 21,000 | 201 E church TW | 99,600 |
| 302 S Main HH | 44,800 | 205 E Church TW | 46,800 |
| 305 N Poplar HH KF | 45,000 | 209 W Walnut TW | 67,200 |
| 309 S Main HH | 59,200 | 212 N University TW | 88,000 |
| 313 University 101 | 47,200 | 215 S College TW | 72,000 |
| 313 Univ 201 | 47,200 | 223 N University TW | 40,800 |
|  | 1,001,800 | 315 S Main TW | 59,200 |
|  |  | 313 S Main | 21,000 |
|  |  | 319 E Vine TW | 99,000 |
| CALISTA |  | 321 E Vine TW | 51,000 |
| 200 W Church Cal | 78,400 | 415 E Withrow TW | 43,200 |
| 7 E W CALISTA | 74,400 | 417 E Withrow TW | 85,600 |
| 210 W Collins | 57,600 | 421 423 E Withrow | 94,400 |
| Calista 201 | 230,400 |  | 1,978,400 |
| Calista 202 |  |  |  |
| Calista 203 |  |  |  |
| Calista 301 |  | Dollar |  |
| Calista 302 |  | 10 W Park Place DI | 64,000 |
| Calista 303 |  | 10 B |  |
| 940 Silvoor Cal | 27,600 | 26 W High DI | 100,400 |
| 314 N University Cal | 31,200 | 26 B |  |
|  | 499,600 | 26 C |  |
| BELLA |  | 28 W High DI | 94,800 |
| 20 Bella Place A BP | 126,400 | 28 B |  |
| 20 B |  | 28 C |  |
| 20 C |  | 32 W High DI A & B | 46,200 |
| 33 Bella Place A BP | 125,600 | 115 Beech DOLLAR | 98,400 |
| 33 B |  | 126 E Church DOLLAR | 86,400 |

| | | | |
|---|---|---|---|
| 33 C | | 131 E Church DOLLAR | 92,000 |
| 45 Bella Place BP | 125,600 | | 582,200 |
| 45 B | | | |
| 45 C | | | |
| | 377,600 | | |

| | | 21 22 Rent | 4,439,600 |
|---|---|---|---|
| Total House/Uptown | 4,439,600 | | |

| NES | 21 22 | Uhouse | 21 22 |
|---|---|---|---|
| 311 A | Monthly | 215 1A | 16,800 |
| 311 B | 14,000 | 215 2A | 16,800 |
| 311 C | 14,000 | 215 1E | 14,400 |
| 311 D | 14,000 | 215 2E | 14,800 |
| 311 E | 14,000 | 215 3E | 14,800 |
| 315 A | 14,000 | 215 4E | Monthly |
| 315 B | 11,800 | 215 5E | Vacant |
| 315 C | Monthly | 215 6E | Vacant |
| 315 D | 12,000 | 215 1W | 14,400 |
| 315 E | Monthly | 215 2W | 14,800 |
| 316 A | Vacant | 215 3W | 14,800 |
| 316 B | 14,000 | 215 4W | 15,600 |
| 316 C | Monthly | 215 5W | 15,600 |
| 316 D | 4,500 | 215 6W | 15,600 |
| 316 E | 14,000 | 215 1B 1C | 73,600 |
| 319 A | 14,000 | 218 1A | 7,000 |
| 319 B | 8,000 | 218 2A | 14,000 |
| 319 C | 14,000 | 218 3A | 13,200 |
| 319 D | 14,000 | 218 1B | Vacant |
| 319 E | 18,900 | 218 2B | 20,400 |
| 320 A | 15,000 | 218 3B | 20,400 |
| 320 B | 4,500 | 218 1C | 14,000 |
| 320 C | Monthly | 218 2C | Vacant |
| 320 D | Vacant | 218 3C | Vacant |
| 320 E | 14,000 | 218 1D | Vacant |
| 320 F | 5,000 | 218 2D | 14,000 |
| 321 A | Monthly | 218 3D | 14,000 |
| 321 B | 15,200 | 218 1E | Vacant |
| 321 C | Monthly | 218 2E | Vacant |
| 321 D | 14,000 | 218 3E | Vacant |
| 322 A | 14,000 | 218 2F | 14,800 |
| 322 B | Vacant | 218 3F | 14,800 |
| 322 C | Monthly | 218 1G | Vacant |
| 322 D | 14,000 | 218 2G | Vacant |
| 322 E | 14,000 | 218 3G | Vacant |
| 322 F | 14,000 | 218 1H | 14,800 |
| 324 S Poplar | 42,000 | 218 2H | 14,800 |
| 326 S Poplar | 42,000 | 218 3H | 14,800 |
| | 402,900 | 15 E Vine | 60,000 |
| | | 212 N Poplar | 34,000 |
| | | | 527,000 |
| Plum Street | 21 22 | | |
| | 113 Monthly | Rent to Collect | |
| | 115 Monthly | 15 E Vine | 0 |
| | 117    12,550 | 218 2H | 200 |
| | 119 Monthly | 215 2E | 1,300 |

|   | 121 | 13,000 | 33 B | 0 |
|---|---|---|---|---|
|   | 123 | Monthly | 33 C | 0 |
|   | 125 | 12,000 | 45 B | 0 |
|   | 127 | 10,000 | 100 S Campus | 0 |
|   | 129 | 11,900 | 203 Calista | 0 |
|   | 131 | Monthly | 116 W Church | 0 |
|   |   | 59450 | 116 W Collins | 0 |
|   |   |   | 117 E Church | 0 |
| Total Apartments |   | 989,350 | 309 S Main | 0 |
|   |   |   | 115 Beech | 100 |
|   |   |   |   | 1,600 |

**Grand Total**     5,428,950
Prorated Rent Based on March 25, 2022
220 days 272 days lease 0.809    0.191 x 5,428,950 = $1,036,929
Deposits are $1,193,464 and monthly rent $1,286 = $1,194,750
**Total Credit $2,231,679**      Monthly rent = $2,886 minus rent due $1,600 = $1,286

| Monthly and 21 month lease credits | | 21 month lease correction factor | | |
|---|---|---|---|---|
| Monthly Rent paid in advance: | | Renewals 2021 2022 | | |
| 215 4E | 0 | 313 S Main | 21,000 | |
| 322 C | 1,800 | 402 W Church | 35,200 | |
| March Rent 0.226 | 9,962 | 940 Silvoor | 27,600 | |
| 21 month correction | 8,876 | 20 A | 42,800 | |
|   |   | 311 B C D E | 56,000 | |
| **Net to amicus** | **2,886** | 316 B | 14,000 | |
|   |   | 324 326 S Poplar | 84,000 | |
| March Rent Collected | 44,080 | 322 D | 14,000 | |
| Prorated March 25 | | 121 125 127 Plum | 35,000 | |
| 22.6% 0.226 | 9,962 | 218 Uhouse 3a 3d | 27,200 | |
|   |   | 28 Walnut 201 | 29,100 | |
|   |   |   | 385,900 | |
|   |   | Prorated Factor 19.1% | 73,707 | Current Credit based on 9 month lease |
|   |   | 53/630 days 8.41% | 64,831 | Credit based on 21 month lease |
|   |   | 21 mo.lease total 771800 |   | per buyer request |
|   |   | Credit to Seller | 8,876 | |



Tom Kacachos <tkacachos@parkplacerealestate.net>

## Sales price allocations
4 messages

**Tom Kacachos** <tkacachos@parkplacerealestate.net>                                            Fri, Mar 18, 2022 at 10:46 AM
To: Rob Bolin <rob@bolintroy.com>, Jack Grove <jgrove1251@gmail.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Yvette Wall <yvette@wallcpa.us>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Please review. Thanks.

--
Tom Kacachos, P.E.
Vice President
Park Place Real Estate
116 E High Street
Oxford, OH 45056
(513) 839-0344
www.ParkPlaceRealEstate.net

📎 **sales price.pdf**
576K

---

**Rob Abelson** <rob@amicus-properties.com>                                                    Fri, Mar 18, 2022 at 10:59 AM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>
Cc: Rob Bolin <rob@bolintroy.com>, Jack Grove <jgrove1251@gmail.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Yvette Wall <yvette@wallcpa.us>, Austin Brooks <austin@amicus-properties.com>

Thank you Tom. Will do.

Best,
Rob
[Quoted text hidden]

--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com

---

**Yvette Wall** <Yvette@wallcpa.us>                                                            Fri, Mar 18, 2022 at 12:21 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Rob Bolin <rob@bolintroy.com>, Jack Grove <jgrove1251@gmail.com>, Heather Kacachos <hkacachos@parkplacerealestate.net>, Rob Abelson <rob@amicus-properties.com>, Austin Brooks <austin@amicus-properties.com>

Hi Tom –


We have reviewed the allocations are fine with the summary, can you formalize the document and include the delta of the sales price vs. asset total and label that line item as goodwill with the figure so the totals equal.


All the best,


Yvette



Wall & Associates, CPA

190 Sperry Road

Bethany, CT 06524


203-393-1330 (p) NEW

| Property Address | Sales Price | Parcel Parcel | Corporation LLC | Taxes paid First Half |
|---|---|---|---|---|
| 200 W Church | 1,000,000 | H4100-008-000-248 | Calista | 2,191.04 |
| 314 University | 400,000 | H4100-006-000-031 | Calista | 1,263.62 |
| 210 W Collins | 600,000 | H4100-004-000-097 | Calista | 1,661.29 |
| 940 Silvoor | 300,000 | H4100-113-000-030 | Calista | 1,127.02 |
| 116 E High St | 5,000,000 | H4100-003-000-261 | Calista | 8,991.38 |
| 7 E Walnut | 600,000 | H4100-003-000-102 | Calista | 2,343.90 |
|  | 7,900,000 |  |  | 17,578 |
|  |  |  |  |  |
| 222 N Poplar | 1,750,000 | H4100-007-000-126 | Univ. Housing | 307.33 |
| 212 214 N Poplar | 400,000 | H4100-007-000-123 | Univ. Housing | 1,751.80 |
| 215 N Main | 1,800,000 | H4100-007-000-087 | Univ. Housing | 7,566.55 |
| N Main St | 200,000 | H4100-007-000-086 | Univ. Housing | 359.90 |
| 15 E Vine St | 600,000 | H4100-007-000-085 | Univ. Housing | 2,217.23 |
| 218 N Poplar | 1,500,000 | H4100-007-000-124 | Univ. Housing | 9,730.63 |
| 311 S Poplar | 600,000 | H4100-103-000-085 | Dollar Invest. | 1,687.93 |
| 315 S Poplar | 600,000 | H4100-103-000-084 | Dollar Invest. | 1,687.93 |
| 316 S Poplar | 600,000 | H4100-103-000-079 | Dollar Invest. | 1,683.21 |
| 319 S Poplar | 600,000 | H4100-103-000-083 | Dollar Invest. | 1,726.81 |
| 320 S Poplar | 600,000 | H4100-103-000-080 | Dollar Invest. | 2,037.78 |
| 321 S Poplar | 600,000 | H4100-103-000-082 | Dollar Invest. | 1,436.17 |
| 322 S Poplar | 600,000 | H4100-103-000-081 | Dollar Invest. | 2,041.83 |
| 324 326 S Poplar | 600,000 | H4100-103-000-066 | Dollar Invest. | 2,690.99 |
|  | 11,050,000 |  |  | 36,926 |
|  |  |  |  |  |
| 115 N Beech | 1,250,000 | H4100-007-000-021 | Dollar Invest. | 3,691.19 |
| 126 E Church | 1,250,000 | H4100-007-000-173 | Tres Walnut | 3,373.82 |
| 131 E Church | 1,000,000 | H4100-007-000-172 | Dollar Invest. | 3,477.24 |
| 10 W Park Pl | 1,750,000 | H4100-003-000-006 | Dollar Invest. | 5,210.57 |
| 26 W High St | 2,000,000 | H4100-003-000-008 | Dollar Invest. | 4,775.88 |
| 28 W High St | 2,000,000 | H4100-003-000-009 | Dollar Invest. | 6,541.26 |
| 32 W High St | 500,000 | H4100-003-000-011 | Dollar Invest. | 4,177.91 |
| 32 W High St | 500,000 | H4100-003-000-005 | Dollar Invest. | 936.06 |
|  | 10,250,000 |  |  | 32,184 |
|  |  |  |  |  |
| 35 E Church (33 45 E Ch) | 5,500,000 | H4100-007-000-233 | Bella Place | 22,556.46 |
|  |  |  |  |  |
| 211 University | 600,000 | H4100-006-000-079 | Tres Walnut | 572.81 |
| 302 S Main | 1,250,000 | H4000-103-000-007 | Tres Walnut | 4,014.56 |
| 101 E Collins | 1,250,000 | H4000-003-000-198 | Tres Walnut | 2,885.92 |
| 100 102 S Campus | 1,250,000 | H4000-003-000-219 | Tres Walnut | 3,400.63 |
| 122 S College | 650,000 | H4000-004-000-096 | Tres Walnut | 2,032.43 |
| 313 University | 1,250,000 | H4000-006-000-193 | Tres Walnut | 308.89 |
| 309 S Main St | 700,000 | H4100-103-000-070 | Tres Walnut | 2,025.20 |
| 209 211 W Walnut | 700,000 | H4000-004-000-092 | Tres Walnut | 2,335.81 |
| 118 W Collins | 500,000 | H4000-004-000-120 | Tres Walnut | 1,823.52 |

| Address | Amount | Parcel | Owner | Value |
|---|---|---|---|---|
| S Poplar (131 Plum) | 0 | H4100-106-000-119 | Tres Walnut | 121.61 |
| 113 131 Plum | 1,000,000 | H4100-106-000-124 | Tres Walnut | 3,101.95 |
| 415 E Withrow | 600,000 | H4100-006-000-163 | Tres Walnut | 2,283.44 |
| 421 423 E Withrow | 1,000,000 | H4100-006-000-192 | Tres Walnut | 2,676.75 |
| 313 315 S Main St | 700,000 | H4000-103-000-068 | Tres Walnut | 2,705.59 |
| 116 118 N Elm | 700,000 | H4000-008-000-076 | Tres Walnut | 2,167.88 |
| 120 S Main | 1,250,000 | H4100-003-000-065 | Tres Walnut | 3,749.12 |
| 28 W Walnut | 3,000,000 | H4100-003-000-036 | Tres Walnut | 8,680.58 |
| 205 E Church | 700,000 | H4100-002-000-005 | Tres Walnut | 2,744.29 |
| 201 E Church | 1,250,000 | H4100-002-000-004 | Tres Walnut | 3,180.31 |
| 215 S College | 800,000 | H4100-004-000-111 | Tres Walnut | 2,010.60 |
| 3 E Walnut | 950,000 | H4100-003-000-103 | Tres Walnut | 4,268.05 |
| 112 Tallawanda | 1,000,000 | H4100-006-000-158 | Tres Walnut | 2,632.56 |
| 114 Tallawanda | 1,000,000 | H4100-006-000-157 | Tres Walnut | 2,813.36 |
| 116 Tallawanda | 1,000,000 | H4100-006-000-156 | Tres Walnut | 2,922.65 |
| 319 321 E Vine (223 Univ) | 3,000,000 | H4100-006-000-096 | Tres Walnut | 6,326.66 |
| 212 University | 1,000,000 | H4100-006-000-047 | Tres Walnut | 3,752.91 |
| 129 W Walnut | 1,000,000 | H4100-004-000-122 | Tres Walnut | 2,467.94 |
| 115 Bishop | 1,000,000 | H4100-006-000-165 | Tres Walnut | 4,644.66 |
| 417 E Withrow | 1,000,000 | H4100-006-000-162 | Tres Walnut | 3,114.08 |
| 17 W Church | 4,000,000 | H4100-007-000-027 | Tres Walnut | 9,549.60 |
| 303 305 N Poplar | 700,000 | H4100-007-000-213 | Tres Walnut | 2,710.53 |
| 114 E Collins | 800,000 | H4100-003-000-195 | Hoelzer Hoelzer | 2,945.42 |
| 116 W Collins | 700,000 | H4000-004-000-117 | Hoelzer Hoelzer | 2,144.76 |
| 116 W Church | 950,000 | H4100-008-000-185 | Hoelzer Hoelzer | 3,134.40 |
| 118 W church | 450,000 | | | |
| 117 E Church | 1,000,000 | H4100-007-000-170 | Hoelzer Hoelzer | 3,446.13 |
| 123 E Church | 1,000,000 | H4100-007-000-171 | Hoelzer Hoelzer | 3,028.34 |
| 22 N Elm | 600,000 | H4100-008-000-096 | Hoelzer Hoelzer | 2,473.03 |
| | **40,300,000** | | | **115,197** |
| | | | | |
| Total Sales Price | 75,000,000 | | | 224,442 |