

Tom Kacachos <tkacachos@parkplacerealestate.net>

## Fwd: Park Place - Ancillary documents

L. Robert Bolin | Attorney at Law



BOLIN & TROY LLC
ATTORNEYS AT LAW

29 N. Beech Street | Oxford, Ohio 45056

P: 513-523-6369 | F: 513-523-1064

www.bolintroy.com

OSBA Certified Specialist | Estate Planning, Trust & Probate Law

---------- Forwarded message ---------
From: **Peter Gelzinis** <pgelzinis@pierceatwood.com>
Date: Fri, Mar 18, 2022 at 12:46 PM
Subject: Park Place - Ancillary documents
To: Rob Bolin <rob@bolintroy.com>
Cc: Donald Lussier <dlussier@pierceatwood.com>, Austin Brooks (austin@amicus-properties.com) <austin@amicus-properties.com>, Rob Abelson <rob@amicus-properties.com>

Rob,

In anticipation of a closing next week, attached please find the ancillary documents list below. My client has agreed on the rent proration method based on the Sellers' interpretation of the leases. Please forward an updated rent proration calculation.

1. Non-compete Agreement. The properties retained by the Seller are carved out from this agreement; the term is 5 years
2. Construction Agreement. This has been revised to reflect Seller's request that payments are made based upon a percentage of completion
3. Acquisition Fee Agreement
4. Property Management Agreement for Seller retained properties
5. Profit Interest Agreement

I will send you the conveyance documents that the Sellers will need to sign later this afternoon.

Thanks,

Peter

**Peter Gelzinis**
PIERCE ATWOOD LLP

100 Summer Street
22nd Floor
Boston, MA 02110

PH 617.488.8148
FAX 617.824.2020



EXHIBIT 11

pgelzinis@PierceAtwood.com

This e-mail was sent from Pierce Atwood. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it please delete it and notify us as soon as possible.

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and is confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or phone and then destroy all copies of the original message.

**5 attachments**

- **Amicus - Non-Competition Agreement (Park Place)[14231192v3].DOCX**
  255K

- **Construction Management Agreement (Park Place Portfolio)[14237505v4].DOCX**
  30K

- **Acquisition Fee Agreement (Park Place Portfolio) (3.18.22)[14330316v3].DOCX**
  30K

- **Property Management Agreement - Non Student Properties[14011877v4].DOCX**
  33K

- **Amicus II Manager Profits Unit Grant Agreement Form - Kacachos[14651641v2].DOCX**
  38K