

Tom Kacachos <tkacachos@parkplacerealestate.net>

## Oxford, OH PCA Inspection - 14 Properties

**Barry, Jon @ Columbus** <Jon.Barry@cbre.com>  Wed, Apr 20, 2022 at 12:34 PM
To: "tkacachos@parkplacerealestate.net" <tkacachos@parkplacerealestate.net>

Good afternoon Tom,

I have been asked to conduct the Property Condition Assessments at the 14 properties in the attached document in Oxford, OH. Given the number of properties, I would like to perform my inspections on Thursday, April 28th, at 9am, and then finish any remaining properties on Tuesday, May 2nd, at 9am. Please let me know if the requested dates and times will work to perform the inspections.

During my site visit, I will need access to the following, if applicable:

1. 10% of all units at each complex, including any units that are considered down. This can include vacant units.
2. All interior common areas
3. All site amenities
4. Any commercial spaces
5. All mechanical, electrical, and plumbing systems
6. Fire & Life Safety systems
7. All parking areas
8. **Flat roofs, with a form of safe roof access to be provided.** Access to pitched roofs is not required.

I have also attached a pre-site visit questionnaire that we ask that someone familiar with the property complete prior to our assessment.

Please let me know if you have any questions.

Regards,

**Jonathan M. Barry, P.E.** (He/Him)

Senior Property Condition Assessor

CBRE | Assessment & Consulting Services

C +1 740 825 9405

jon.barry@cbre.com

Follow CBRE: CBRE.com | LinkedIn | Twitter | Instagram | Facebook | Weibo | WeChat

---

**2 attachments**

📎 **Property List.pdf**
   435K

📎 **PCA Pre-survey Questionnaire and Doc Review Checklist.pdf**
   90K



EXHIBIT 15

| Address | City | State | Postal Code |
|---|---|---|---|
| 20 East Park Place | Oxford | Ohio | 45056 |
| 33 East Church Street | Oxford | Ohio | 45056 |
| 45 East Church Street | Oxford | Ohio | 45046 |
| 112 East High Street | Oxford | Ohio | 45056 |
| 15 West Church Street | Oxford | Ohio | 45056 |
| 28 West Walnut Street | Oxford | Ohio | 45056 |
| 10 1/2 W. Park Place | Oxford | Ohio | 45056 |
| 26 1/2 West High Street | Oxford | Ohio | 45056 |
| 28 1/2 West High Street | Oxford | Ohio | 45056 |
| 31 1/2 West High Street | Oxford | Ohio | 45056 |
| 215 North Main Street | Oxford | Ohio | 45056 |
| 218 North Poplar Street | Oxford | Ohio | 45056 |
| 311,315,316,319,320,321,322 South Poplar | Oxford | Ohio | 45056 |
| 113, 115, 117, 119, 121, 123, 125, 127, 129, 131 Plum Street | Oxford | Ohio | 45056 |

# CBRE

## Pre-Survey Questionnaire

Please provide written responses to this questionnaire. For those questions, which are not applicable or if you do not know the answer, please respond with an "N/A" or "U/K", respectively. If you have any questions, please call CBRE or ask the CBRE Project Manager at the time of their site visit. If additional pages for response are necessary, please attach hereto and reference same to the appropriate question number. Upon completion please email back to the sender or return by fax to the above number. **This document along with your written responses will be included as exhibits within our reports.**

|  |  |
|---|---|
| Name of Property: | Project No.: |
| Address: | PCA Project Manager: |
| Age of Property: | Size of Building(s) (SF): |
| No. of Units/SFG: | Property Management Co.: |
| Number of Buildings: | Tel: |
| Number of Stories: | Duration of Current Management: |
| Ownership Entity: | Prepared and Submitted by: |
| Borrower's/Owner's Representative: | Signature: |
| Tel: | Date: |
| Site Contact: | Date Sent to Recipient: |
| Tel: | |
| Cell: | |

## B. PROPERTY DESCRIPTION

1. Land

    a. Size of Parcel? _____ Acres

    b. Shape of Parcel? ☐ Rectangular ☐ Irregular ☐ Other
    Please provide a copy of site survey or site plans, if available.

    c. Are there any surface waters or wetlands on the site? Yes ☐ No ☐ U/K ☐
    If "Yes," please provide any information as to the size and location of these areas.

    d. Has fill been imported onto the Subject? Yes ☐ No ☐ U/K ☐

    e. Are there currently or has there previously been waste treatment or disposal pits, ponds, or lagoons on the site? Yes ☐ No ☐ U/K ☐

2. Tenant Unit Mix

If **Multifamily Property** - What is the mix of apartment units? What is the occupancy, as a percentage? Are there any "down" units and, if so, how many?

|  | Studio | 1BR | 2BR | 2BR/2BTH | 3BR/2BTH | Other | Other | Other |
|---|---|---|---|---|---|---|---|---|
| Number |  |  |  |  |  |  |  |  |
| Size (SF) |  |  |  |  |  |  |  |  |

If **Hospitality Property** – What is mix of the guestrooms provided? Are there any "down" units and, if so, how many?

|  | King | Double | Double/Double | Suite | ADA Rooms | ADA Rooms w/ Roll-In Showers | Other |
|---|---|---|---|---|---|---|---|
| Number |  |  |  |  |  |  |  |
| Size (SF) |  |  |  |  |  |  |  |

If **Retail/Office/Industrial** –What is the tenant's name and size of their space? Are there any "down" units and, if so, how many? Use back of sheet if additional space is required.

| Tenant Name | Area (SF) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

If **Storage Facility** – Is there a caretaker's living unit on site? Are there any "down" units and, if so, how many? Use back of sheet if additional space is required.

| Size | Grade Level | 2nd Floor | 3rd Floor | # Humidity Control | #Temp Control |
|---|---|---|---|---|---|
| 5x5 |  |  |  |  |  |
| 5x10 |  |  |  |  |  |
| 5x15 |  |  |  |  |  |
| 7.5x10 |  |  |  |  |  |
| 10x10 |  |  |  |  |  |
| 10x15 |  |  |  |  |  |
| 10x20 |  |  |  |  |  |
| 10x25 |  |  |  |  |  |
| 10x30 |  |  |  |  |  |
| 15x20 |  |  |  |  |  |
| 15x25 |  |  |  |  |  |
| RV or Boat Storage Spaces |  |  |  |  |  |

If **Mobile Home Site** – Number of home pads? How many single-wide type or double-wide type pads?

3. **Utilities**

   **a. Providers**

   Who provides the following utilities to the Subject?

   | Utility | Provider |
   |---|---|
   | Water: | |
   | Sanitary Sewer: | |
   | Storm Drainage: | |
   | Electric: | |
   | Gas/Oil: | |
   | Steam: | |
   | Chilled Water: | |

   Are there any problems or tenant complaints regarding the site's drinking water? Yes ☐ No ☐ U/K ☐

   To the best of your knowledge, are there any problems with the underground
   utilities at the Subject, such as leaks, periodic breaks, etc.?     Yes ☐ No ☐ U/K ☐
   If yes, please list the problem areas.

   **b. Septic Systems**

   Was or is there a septic system on the property?     Yes ☐ No ☐ U/K ☐

   If so, is the septic system currently in use?     Yes ☐ No ☐

   If "Yes", any problems (explain below)?     Yes ☐ No ☐

   What is the date of the last septic tank pumping/cleaning?

   **c. Stormwater Management and Floor Drains**

   Is there an underground stormwater retention or detention system?     Yes ☐ No ☐

   If "Yes", please provide any information as to its capacity, location, construction
   and whether it functions as a sediment control basin.

   Where is the site's stormwater discharged to? _____

   Are there any floor drains on the site?     Yes ☐ No ☐ U/K ☐
   If so, where do they discharge to?

   **d. Wells**

   Is there a well on the site?     Yes ☐ No ☐ U/K ☐

       If so, what type of well is it?:

           Drinking Water ☐    Irrigation ☐
           Monitoring ☐    Dry Well ☐

       Have contaminants in excess of governmental
       guidelines been identified in the water?     Yes ☐ No ☐

4.  Parking

    How many parking spaces are available to the site?

    |  | At Grade | Garage | Carport | Off Site | Totals |
    |---|---|---|---|---|---|
    | Standard |  |  |  |  |  |
    | Handicap |  |  |  |  |  |
    | Totals |  |  |  |  |  |

5.  Roofing System

    To the best of your knowledge, is the roof's installer still in business?     Yes ☐ No ☐ U/K ☐

    Is the roofing system still under warranty?     Yes ☐ No ☐ U/K ☐

    If "Yes", how long is the warranty period and when did it start?_____.
    Please provide a copy of the warranty.

6.  Sprinklers

    Is the building covered by a fire sprinkler system?     Full ☐  Partial ☐

    If "Partial", list below what areas are not covered?

7.  Elevators

    Are the elevators, if any, fitted with a "Firemen's" return?     Yes ☐ No ☐ U/K ☐

8.  Building Conditions

    To the best of your knowledge, does the building have any of the following conditions?  If so, describe the type and location of the problem and if any repairs or replacements been made within the last three (3) years to alleviate same?

    a.  Roof leakage?     Yes ☐ No ☐

    b.  Exterior facade (including penetrations and windows) water/moisture infiltration problems?     Yes ☐ No ☐

    c.  Exterior Insulation Finish System ("EIFS) water/moisture infiltration?     Yes ☐ No ☐

    d.  Structural problems such as excessive floor framing deflection, sidewall or foundation cracks?     Yes ☐ No ☐

    e.  Cellar/Basement/Crawlspace water/moisture infiltration?     Yes ☐ No ☐

    f.  Heating capacity, distribution or equipment deficiencies?     Yes ☐ No ☐

    g.  Domestic hot water capacity, distribution or equipment deficiencies?     Yes ☐ No ☐

    h.  Air conditioning capacity, distribution or equipment deficiencies?     Yes ☐ No ☐

    i.  Water treatment system operation, chemical balancing deficiencies, or portions of process piping and equipment NOT protected with a treatment system?     Yes ☐ No ☐
        Please explain any YES response:

    j.  Inadequate domestic water pressure, discolored potable water, or drain line problems?     Yes ☐ No ☐

| | | |
|---|---|---|
| k. | Inadequate electrical capacity or distribution?<br>If "Yes", please state where: | Yes ☐ No ☐ |
| l. | Presence of phenolic roof insulation? | Yes ☐ No ☐ U/K ☐ |
| m. | Aluminum branch or distribution wiring? | Yes ☐ No ☐ U/K ☐ |
| n. | Polybutylene water supply piping? | Yes ☐ No ☐ U/K ☐ |
| o. | Fire retardant treated plywood roof sheathing? | Yes ☐ No ☐ U/K ☐ |
| p. | Omega or Star sprinkler heads?<br>If "Yes", have the Omega heads been replaced prior to January 1, 1999? | Yes ☐ No ☐ U/K ☐<br>Yes ☐ No ☐ U/K ☐ |
| q. | Central, Gem or Star sprinkler heads recalled in July 2001? | Yes ☐ No ☐ U/K ☐ |
| r. | Galvanized iron or brass water supply piping? | Yes ☐ No ☐ U/K ☐ |
| s. | Fire-rated suspended ceiling system?<br>If "Yes", where? | Yes ☐ No ☐ U/K ☐ |
| t. | Chinese drywall?<br>If "Yes," please detail any remediation efforts below. | Yes ☐ No ☐ U/K ☐ |
| u. | Prior design or construction problems, flaws, or lawsuits?<br>If "Yes," please detail the resolution of same below. | Yes ☐ No ☐ U/K ☐ |

9. **Building Repairs in Buyout Phase**

Are you in receipt of, or have you solicited, any proposals to perform any repairs or replacement work to the building(s) or any of its components that will exceed an aggregate cost of $5,000?   Yes ☐ No ☐

If "Yes", please explain:

10. **Work Orders**

What are the 10 most common work orders related to the Subject?

11. **Flooding**

Has any portion of the site incurred flooding?   Yes ☐ No ☐

If "Yes", please explain and identify location.

Is any portion of the site located in a flood plain?   Yes ☐ No ☐

12. **Capital Improvements**

Have there been any additions made to the property?   Yes ☐ No ☐

If "Yes", please explain and identify location and the date of the improvements.

13. **Tenant Responsibilities**

Please identify the following components or systems where **tenants are solely responsible** for repair, servicing/maintenance, and replacement under the terms of their lease:

a. Domestic Hot Water Heaters ☐
b. Rooftop Air Conditioning Units ☐
c. Air-cooled DX Condensers/Compressors ☐
d. Kitchen Equipment ☐
e. Ballroom/Meeting Room Furnishings ☐
f. Other _____

14. **Building System Replacement Status**

Please fill-out the following schedule as to the replacement status of the stated components, equipment or systems, which are applicable to the Subject:

| Item or System | Approximate Quantity Replaced To Date | Quantity or $ for Historical Replacements | | | Average Unit Cost For Replacement or Total Cost Incurred or Contract Amount | |
|---|---|---|---|---|---|---|
| | | 2019 | 2020 | 2021 | | |
| Asphalt Pavement Sealant | | | | | $ | /SY |
| Asphalt Pavement Overlay/Repairs | | | | | $ | /SY |
| Roofing | | | | | $ /SF or $ | /Bldg |
| Exterior Painting | | | | | $ | /Bldg. |
| | | | | | | |
| Deck/Balcony Re-construction | | | | | $ | /Deck |
| Galvanized Iron or Brass Water Piping | | | | | | |
| Through-wall A/C Units | | | | | $ | /Each |
| A/C Compressors | | | | | $ | /Each |
| A/C DX Condensers | | | | | | |
| Rooftop Package Units (HVAC) | | | | | $ | /Each |
| Heat Pump Units | | | | | $ | /Each |
| Fan Coil Units (HVAC) | | | | | $ | /Each |
| Package Terminal A/C (PTAC) | | | | | $ | /Each |
| Chillers | | | | | $ | /Each |
| Cooling Towers | | | | | $ | /Each |
| Air Handling Units | | | | | $ | /Each |
| Individual Unit Furnaces | | | | | $ | /Each |
| Central Boiler | | | | | $ | /Each |
| Oil/Gas Burner(s) | | | | | $ | /Each |
| Indiv. Domestic Hot Water Heaters | | | | | $ | /Each |
| Central Domestic Hot Water Heaters | | | | | $ | /Each |
| Kitchen Equipment | | | | | $ | /Each |
| Laundry Equipment | | | | | $ | /Each |
| Swimming Pool Re-surfacing | | | | | $ | /Pool |
| | | | | | $ | /Each |
| Swimming Pool Pump Equipment | | | | | $ | /Sys. |
| Swimming Pool Filtering Equipment | | | | | $ | /Pool |
| Tennis Court Re-Surfacing & Markings | | | | | $ | /Court |

Please identify capital improvements that are typically performed by property management and not subcontracted such as: replacement of domestic hot water heaters, replacement of air conditioning compressors, etc.

## C. AMERICANS WITH DISABILITIES ACT (ADA)

1. Have any ADA related improvements been made to the property?  Yes ☐  No ☐
   If "Yes," please identify the improvements.

2. Are there any ADA Kits/Boxes used to meet ADA requirements?  Yes ☐  No ☐
   If "Yes," how many?