

Tom Kacachos <tkacachos@parkplacerealestate.net>

## Allocation Follow Up

**Rob Abelson** <rob@amicus-properties.com>  Mon, May 2, 2022 at 1:23 PM
To: Tom Kacachos <tkacachos@parkplacerealestate.net>, Heather Kacachos <hkacachos@parkplacerealestate.net>
Cc: Austin Brooks <austin@amicus-properties.com>

Hi Tom--

Thanks again for connecting this afternoon. As mentioned, we are trying to work with you on a new allocation (assuming we cannot do the drop-down structure).

Based on the value of the business, we think these allocations are quite fair-- a 70% increase in the assessed value (29% allocated to Goodwill at Park Place for Brand, names, pre-leasing, personal property etc.)

Look forward to your feedback after you share our conversation on the other items with Heather.

Best,
Rob

--
Robert Abelson
Phone: (646) 300-2700
Email: rob@amicus-properties.com

📎 **Proposed Property Price Allocation_5.2.2022.xlsx**
27K


EXHIBIT 16

| | Address | 2020 Tax | Total Assessed Value | | Proposed Value Allocation | % Increase 70% |
|---|---|---|---|---|---|---|
| Houses | 100-102 S CAMPUS | $6,718 | $483,740 | | $822,000 | |
| | 101 E COLLINS | $5,978 | $430,410 | | $732,000 | |
| | 112 N TALAWANDA | $5,506 | $396,430 | | $674,000 | |
| | 113-115 N BISHOP | $9,714 | $699,440 | | $1,189,000 | |
| | 114 E COLLINS | $6,184 | $445,220 | | $757,000 | |
| | 114 N TALAWANDA | $5,884 | $423,640 | | $720,000 | |
| | 115 N BEECH | $7,458 | $536,980 | | $913,000 | |
| | 116 - 118 N ELM | $4,534 | $326,450 | | $555,000 | |
| | 116 N TALAWANDA | $6,113 | $440,100 | | $748,000 | |
| | 116 W CHURCH | $6,555 | $472,000 | | $802,000 | |
| | 116 W COLLINS | $4,486 | $322,960 | | $549,000 | |
| | 117 E CHURCH | $7,207 | $518,930 | | $882,000 | |
| | 118 W CHURCH | $0 | | *was previously empty lot - 202 | $400,000 | |
| | 118 W COLLINS | $3,814 | $274,620 | | $467,000 | |
| | 120 S MAIN | $7,841 | $564,560 | | $960,000 | |
| | 122 S COLLEGE | $4,251 | $306,050 | | $520,000 | |
| | 123 E CHURCH | $6,334 | $456,040 | | $775,000 | |
| | 126 E CHURCH | $7,056 | $508,050 | | $864,000 | |
| | 129 W WALNUT | $4,939 | $355,610 | | $605,000 | |
| | 131 E CHURCH | $7,272 | $523,640 | | $890,000 | |
| | 15 E VINE | $4,637 | $333,870 | | $568,000 | |
| | 200 W CHURCH | $4,582 | $329,930 | | $561,000 | |
| | 201 E CHURCH | $6,651 | $478,910 | | $814,000 | |
| | 205 E CHURCH | $5,740 | $413,260 | | $703,000 | |
| | 209-211 W WALNUT | $4,885 | $351,730 | | $598,000 | |
| | 210 W COLLINS | $3,475 | $250,180 | | $425,000 | |
| | 211 N UNIVERSITY* | $2,001 | $144,060 | | $245,000 | |
| | 212 N POPLAR | $3,664 | $263,820 | | $448,000 | |
| | 212 N UNIV A | $2,616 | $188,383 | | $320,000 | |
| | 212 N UNIV B | $2,616 | $188,383 | | $320,000 | |
| | 212 N UNIV C | $2,616 | $188,383 | | $320,000 | |
| | 215 N MAIN 1B/1C | $988 | $63,223 | | $107,000 | |
| | 215 S COLLEGE A-C | $4,205 | $302,770 | | $515,000 | |
| | 22-24 N ELM | $5,115 | $368,290 | | $626,000 | |
| | 223 N UNIVERSITY | $4,411 | | *Same lot as 319-321 Vine | | |
| | 3 E WALNUT | $8,144 | $586,370 | | $997,000 | |
| | 302 S MAIN | $8,396 | $604,540 | | $1,028,000 | |
| | 303 N POPLAR | $2,834 | $408,180 | | $694,000 | |
| | 305 N POPLAR | $2,834 | | | | |
| | 309 S MAIN | $4,236 | $304,740 | | $518,000 | |
| | 313 N UNIVERSITY | $2,229 | $160,480 | | $273,000 | |
| | 313 S MAIN | $2,829 | $407,430 | | $693,000 | |
| | 314 N UNIVERSITY* | $2,643 | $190,310 | | $324,000 | |
| | 315 S MAIN | $2,829 | | *same lot as 313 S Main | | |
| | 319 E VINE | $4,411 | $476,360 | | $810,000 | |
| | 321 E VINE | $4,411 | $476,360 | | $810,000 | |
| | 324 S POPLAR | $2,814 | $202,615 | *same lot as 326 s poplar | | |
| | 326 S POPLAR | $2,814 | $202,615 | | $344,000 | |
| | 415 E WITHROW | $4,776 | $343,840 | | $585,000 | |
| | 417 E WITHROW | $6,513 | $468,940 | | $797,000 | |
| | 421-423 E WITHROW | $533 | $38,380 | | $65,000 | |
| | 7 E WALNUT | $4,714 | $339,440 | | $577,000 | |
| | 940 SILVOOR | $2,357 | $169,700 | | $288,000 | |
| Uptown | 20 E PARK PLACE A | $5,235 | $335,064 | | $570,000 | |
| | 20 E PARK PLACE B | $5,235 | $335,064 | | $570,000 | |
| | 20 E PARK PLACE C | $5,235 | $335,064 | | $570,000 | |
| | 33 E CHURCH A | $5,235 | $335,064 | | $570,000 | |
| | 33 E CHURCH B | $5,235 | $335,064 | | $570,000 | |
| | 33 E CHURCH C | $5,235 | $335,064 | | $570,000 | |
| | 45 E CHURCH A | $5,235 | $335,064 | | $570,000 | |
| | 45 E CHURCH B | $5,235 | $335,064 | | $570,000 | |
| | 45 E CHURCH C | $5,235 | $335,064 | | $570,000 | |
| | 112 E HIGH 201 | $3,130 | $200,345 | | $341,000 | |
| | 112 E HIGH 202 | $3,130 | $200,345 | | $341,000 | |
| | 112 E HIGH 203 | $3,130 | $200,345 | | $341,000 | |
| | 112 E HIGH 301 | $3,130 | $200,345 | | $341,000 | |
| | 112 E HIGH 302 | $3,130 | $200,345 | | $341,000 | |
| | 112 E HIGH 303 | $3,130 | $200,345 | | $341,000 | |
| | 15 W CHURCH 201 | $3,782 | $212,782 | | $362,000 | |
| | 15 W CHURCH 202 | $3,782 | $212,782 | | $362,000 | |
| | 15 W CHURCH 301 | $3,782 | $212,782 | | $362,000 | |
| | 15 W CHURCH 302 | $3,782 | $212,782 | | $362,000 | |
| | 15 W CHURCH 401 | $3,782 | $212,782 | | $362,000 | |

| Address | | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| | 15 W CHURCH 402 | $3,782 | $212,782 | $362,000 |
| | 28 W WALNUT 201 | $2,583 | $165,313 | $281,000 |
| | 28 W WALNUT 202 | $2,583 | $165,313 | $281,000 |
| | 28 W WALNUT 203 | $2,583 | $165,313 | $281,000 |
| | 28 W WALNUT 301 | $2,583 | $165,313 | $281,000 |
| | 28 W WALNUT 302 | $2,583 | $165,313 | $281,000 |
| | 28 W WALNUT 401 | $2,583 | $165,313 | $281,000 |
| | 28 W WALNUT 402 | $2,583 | $165,313 | $281,000 |
| | 10 1/2 W HIGH A | $5,442 | $348,300 | $592,000 |
| | 10 1/2 W HIGH B | $5,442 | $348,300 | $592,000 |
| | 26 1/2 W HIGH A | $3,325 | $212,823 | $362,000 |
| | 26 1/2 W HIGH B | $3,325 | $212,823 | $362,000 |
| | 26 1/2 W HIGH C | $3,325 | $212,823 | $362,000 |
| | 28 1/2 W HIGH A | $4,536 | $290,323 | $494,000 |
| | 28 1/2 W HIGH B | $4,536 | $290,323 | $494,000 |
| | 28 1/2 W HIGH C | $4,536 | $290,323 | $494,000 |
| | 32 1/2 W HIGH A | $5,341 | $341,835 | $581,000 |
| | 32 1/2 W HIGH B | $5,341 | $341,835 | $581,000 |
| Apartment | 215 N MAIN 1A | $988 | $63,223 | $107,000 |
| | 215 N MAIN 2A | $988 | $63,223 | $107,000 |
| | 215 N MAIN 1E | $988 | $63,223 | $107,000 |
| | 215 N MAIN 2E | $988 | $63,223 | $107,000 |
| | 215 N MAIN 3E | $988 | $63,223 | $107,000 |
| | 215 N MAIN 4E | $988 | $63,223 | $107,000 |
| | 215 N MAIN 5E | $988 | $63,223 | $107,000 |
| | 215 N MAIN 6E | $988 | $63,223 | $107,000 |
| | 215 N MAIN 1W | $988 | $63,223 | $107,000 |
| | 215 N MAIN 2W | $988 | $63,223 | $107,000 |
| | 215 N MAIN 3W | $988 | $63,223 | $107,000 |
| | 215 N MAIN 4W | $988 | $63,223 | $107,000 |
| | 215 N MAIN 5W | $988 | $63,223 | $107,000 |
| | 215 N MAIN 6W | $988 | $63,223 | $107,000 |
| | 218 N POPLAR 1A | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2A | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3A | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 1B | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2B | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3B | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 1C | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2C | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3C | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 1D | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2D | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3D | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 1E | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2E | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3E | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2F | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3F | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 1G | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2G | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3G | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 1H | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 2H | $884 | $56,560 | $96,000 |
| | 218 N POPLAR 3H | $884 | $56,560 | $96,000 |
| | 311 S POPLAR A | $705 | $45,130 | $77,000 |
| | 311 S POPLAR B | $705 | $45,130 | $77,000 |
| | 311 S POPLAR C | $705 | $45,130 | $77,000 |
| | 311 S POPLAR D | $705 | $45,130 | $77,000 |
| | 311 S POPLAR E | $705 | $45,130 | $77,000 |
| | 315 S POPLAR A | $705 | $45,130 | $77,000 |
| | 315 S POPLAR B | $705 | $45,130 | $77,000 |
| | 315 S POPLAR C | $705 | $45,130 | $77,000 |
| | 315 S POPLAR D | $705 | $45,130 | $77,000 |
| | 315 S POPLAR E | $705 | $45,130 | $77,000 |
| | 316 S POPLAR A | $703 | $45,006 | $77,000 |
| | 316 S POPLAR B | $703 | $45,006 | $77,000 |
| | 316 S POPLAR C | $703 | $45,006 | $77,000 |
| | 316 S POPLAR D | $703 | $45,006 | $77,000 |
| | 316 S POPLAR E | $703 | $45,006 | $77,000 |
| | 319 S POPLAR A | $721 | $46,172 | $78,000 |
| | 319 S POPLAR B | $721 | $46,172 | $78,000 |
| | 319 S POPLAR C | $721 | $46,172 | $78,000 |
| | 319 S POPLAR D | $721 | $46,172 | $78,000 |
| | 319 S POPLAR E | $721 | $46,172 | $78,000 |
| | 320 S POPLAR A | $709 | $45,403 | $77,000 |
| | 320 S POPLAR B | $709 | $45,403 | $77,000 |

| Address | | | | | |
|---|---|---|---|---|---|
| 320 S POPLAR C | $709 | $45,403 | | $77,000 | |
| 320 S POPLAR D | $709 | $45,403 | | $77,000 | |
| 320 S POPLAR E | $709 | $45,403 | | $77,000 | |
| 320 S POPLAR F | $709 | $45,403 | | $77,000 | |
| 321 S POPLAR A | $750 | $48,003 | | $82,000 | |
| 321 S POPLAR B | $750 | $48,003 | | $82,000 | |
| 321 S POPLAR C | $750 | $48,003 | | $82,000 | |
| 321 S POPLAR D | $750 | $48,003 | | $82,000 | |
| 322 S POPLAR A | $711 | $45,497 | | $77,000 | |
| 322 S POPLAR B | $711 | $45,497 | | $77,000 | |
| 322 S POPLAR C | $711 | $45,497 | | $77,000 | |
| 322 S POPLAR D | $711 | $45,497 | | $77,000 | |
| 322 S POPLAR E | $711 | $45,497 | | $77,000 | |
| 322 S POPLAR F | $711 | $45,497 | | $77,000 | |
| 113 PLUM | $569 | $36,409 | | $62,000 | |
| 115 PLUM | $569 | $36,409 | | $62,000 | |
| 117 PLUM | $569 | $36,409 | | $62,000 | |
| 119 PLUM | $569 | $36,409 | | $62,000 | |
| 121 PLUM | $569 | $36,409 | | $62,000 | |
| 123 PLUM | $569 | $36,409 | | $62,000 | |
| 125 PLUM | $569 | $36,409 | | $62,000 | |
| 127 PLUM | $569 | $36,409 | | $62,000 | |
| 129 PLUM | $569 | $36,409 | | $62,000 | |
| 131 PLUM | $569 | $36,409 | | $62,000 | |
| | | | | | % Allocation |
| Total | $463,710 | $31,466,307 | Real Estate Value | $53,549,000 | 71% |
| | | | Goodwill | $21,451,000.0 | 29% |
| | | | Total | $75,000,000.0 | |

| | | % Increase |
|---|---|---|
| Previous RE Taxes | $463,710.1 | |
| New Tax Estimate | $788,307.1 | 70.0% |
| Tax Increase Estimate | $324,597.0 | |