**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**(Cincinnati)**

| | |
|---|---|
| AMICUS MIAMI OF OHIO, LLC | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-355 |
| HEATHER HOELZER KACACHOS, et al., | Judge Matthew W. McFarland |
| Defendants. | Magistrate Judge Karen L. Litkovitz |

## AFFIDAVIT OF ANECA E. LASLEY

I, Aneca E. Lasley, attorney for Amicus Miami of Ohio, LLC ("Plaintiff"), being first duly sworn upon by oath, state as follows:

1. I am an adult, over the age of 21 years, and I am competent to testify to the matters set forth in this Affidavit.

2. Except as otherwise stated herein, I have personal knowledge of the matters asserted herein.

3. I am an attorney licensed to practice law in the State of Ohio, with attorney number 0072366.

4. I am an attorney practicing law with the firm of Ice Miller LLP, with its Ohio office located at 250 West Street, Suite 700, Columbus, Ohio 43215-7509 ("Ice Miller").

5. I represent Amicus Miami of Ohio, LLC ("Plaintiff") in the above-captioned matter and make this Affidavit in support of Plaintiff's Motion to Strike Defendants' Motion for Partial Summary Judgment.

6. I have attempted to coordinate the scheduling of a meet and confer meeting with Defendants' counsel pursuant to Federal Rule of Civil Procedure 26(f). To date, this meeting has yet to occur.

7. On December 9, 2022, I received an ECF Notification that Defendants filed a Motion for Partial Summary Judgment.

8. After a review of the filings, and in accordance with Local Rule 7.2, I contacted Defendants' counsel on December 12, 2022 to advise him that, unless Defendants withdrew their erroneous filing, Plaintiff would file this Motion to Strike.

9. To date, Defendants have refused to withdraw their Motion for Partial Summary Judgment.

DATED: December 19, 2022

*I AFFIRM UNDER THE PENALTIES FOR PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.*

                                          */s/ Aneca E. Lasley*
Aneca E. Lasley (0072366)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-1085
(614) 232-6899 fax
Aneca.Lasley@icemiller.com

Trial Attorney for Plaintiff