**From:** "epakin@arh-law.com" <EPAkin@arh-law.com>
**Date:** Tuesday, November 22, 2022 at 9:41 PM
**To:** "Aneca.Lasley@icemiller.com" <Aneca.Lasley@icemiller.com>
**Subject:** Re: Amicus--Request for Consent

I tried to send an earlier e-mail, around 6 PM or so. Apparently it did not go through.

Defendants will consent to a waiver of page limits, with the expectation they would need similar consent from Amicus.

If this relates to filing dispositive motions, I suggest we see about setting a briefing schedule with the Court.

Best regards,

Pete

**From:** "Aneca.Lasley@icemiller.com" <Aneca.Lasley@icemiller.com>
**Date:** Tuesday, November 22, 2022 at 4:45 PM
**To:** "epakin@arh-law.com" <EPAkin@arh-law.com>
**Cc:** "Dakota.Coates@icemiller.com" <Dakota.Coates@icemiller.com>, "Jessa.DeGroote@icemiller.com" <Jessa.DeGroote@icemiller.com>
**Subject:** Amicus--Request for Consent

Pete,

Would Defendants consent to Plaintiff filing a memorandum in support in excess of the 20 page limit? We would consent to Defendants' request for the same if needed.

Thanks,
Aneca



LEGAL COUNSEL
**Aneca Lasley**
Partner
Aneca.Lasley@icemiller.com
p 614-462-1085 f 614-232-6899
c 614-570-0136



EXHIBIT
A

1