# EXHIBIT A

## Lasley, Aneca

| | |
|---|---|
| **From:** | OHSDdb_McFarland_Ch <McFarland_Chambers@ohsd.uscourts.gov> |
| **Sent:** | Tuesday, October 18, 2022 3:40 PM |
| **To:** | Lasley, Aneca; epakin_arh-law.com |
| **Subject:** | [EXT] RE: 1:22cv355 Amicus Miami of Ohio, LLC v. Kacachos, et al. |

> Use caution with links or attachments. DO NOT provide your credentials!

Good afternoon, and thank you.

Kellie A. Fields
Courtroom Deputy/Judicial Assistant
Honorable Matthew W. McFarland
United States District Judge
(513) 564-7653

**From:** Aneca.Lasley@icemiller.com <Aneca.Lasley@icemiller.com>
**Sent:** Tuesday, October 18, 2022 3:37 PM
**To:** OHSDdb_McFarland_Ch <McFarland_Chambers@ohsd.uscourts.gov>; epakin_arh-law.com <epakin@arh-law.com>
**Subject:** RE: [EXT] 1:22cv355 Amicus Miami of Ohio, LLC v. Kacachos, et al.

**CAUTION - EXTERNAL:**

Mr. White,

The parties have conferred and agreed to the entry of the attached Preliminary Injunction order.

As for the next steps in this case, Plaintiff had intended to move for judgment on the pleadings as to Plaintiff's second counterclaim. However, Plaintiff's counsel raised with counsel for Defendants the possibility of briefing the pinnacle legal issue in this case (i.e., whether as a matter of law the Purchase Sale Agreement constitutes a valid and enforceable contract) prior to engaging in costly discovery. From Plaintiff's perspective, this process would perhaps not only save the parties legal fees, but also be more efficient for the Court. Is that something to which the Court would be amenable? If so, Plaintiff could file a motion addressing both issues.

We look forward to hearing from the Court.

Best,
Aneca Lasley

**Aneca Lasley**
Partner
Aneca.Lasley@icemiller.com
p 614-462-1085 f 614-232-6899

1

From: OHSDdb_McFarland_Ch <McFarland_Chambers@ohsd.uscourts.gov>
Sent: Thursday, October 6, 2022 10:57 AM
To: Lasley, Aneca <Aneca.Lasley@icemiller.com>; epakin_arh-law.com <epakin@arh-law.com>
Subject: [EXT] 1:22cv355 Amicus Miami of Ohio, LLC v. Kacachos, et al.

**Use caution with links or attachments. DO NOT provide your credentials!**

Dear Counsel,

Judge McFarland would like to know if the parties have agreed to preliminary injunctive relief in this matter.

If not, the Court will proceed to the preliminary injunction stage. Do the parties wish to file supplemental memoranda on the preliminary injunction? If so, the Court will set an expedited briefing schedule by docket entry. If the parties wish to continue with the preliminary injunction phase, the Court will set a hearing as soon as possible in accordance with its busy calendar.

Thank you.



Benjamin C. White
Law Clerk for the Hon. Matthew W. McFarland
United States District Court, S.D. Ohio

Potter Stewart U.S. Courthouse, Room 841
Cincinnati, OH 45202
Phone: (513) 564-7657
Email: Benjamin_White@ohsd.uscourts.gov

*********************************************************************************************
**********************************************************
CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
*********************************************************************************************
**********************************************************
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.