

DEFENDANT'S EXHIBIT 4

Contract Agreement

Thomas and Heather Kacachos agree to purchase real estate located in Oxford Ohio from Ned C. Hoelzer. The real estate includes Ned C. Hoelzer's ownership interest in the following LLC's and corporations: Hoelzer/Hoelzer Rentals Inc.; Campus Condominiums, LLC; Calista Enterprises, LLC; University Housing Apartments, Inc.; Bella Place Investments, LLC; Dollar Investments, LLC. In addition the purchase includes all other properties owned by Ned C. Hoelzer and Ned C. Hoelzer, Trustee located in Oxford, Ohio. The purchase also includes the 100 acre parcel known as the "Fey Farm" and the 72 acre parcel known as "27 South" and 4029 Oxford-Millville Rd house. The properties are part of the "Park Place Real Estate" portfolio. The properties are included in attachment A.

Ned C. Hoelzer shall be paid $7,000,000 at 2.0% over 25 years beginning July 1, 2017. The monthly payment will be $29,670.00 per month. In addition, all debt in the name of Ned C. Hoelzer on the underlying properties shall be assumed by Tom and Heather Kacachos. The debt is included in attachment B. The debt is approximately $24,000,000.

Ned C. Hoelzer will still serve as a financial advisor, investment advisor, and accountant.

The loan will be guaranteed by the following properties: 1375-1377 Dana; 724-733 Daniel; 100 acres at the Fey Farm; 72 acres on Rt 27; 212 and 214 S Poplar; 315 and 313 S Main; 417 E Withrow; 204 N Main; 211, 313, and 314 N University; 130 W Vine; 202 S Beech; University Housing.

Date   6/13/17

Ned C. Hoelzer
*/s/ Ned Hoelzer/*

Thomas A. Kacachos
*/s/ Thomas A. Kacachos/*

Heather Kacachos
*/s/ Heather Kacachos/*