EXHIBIT B



## PROMISSORY NOTE

$7,000,000.00                  July 1, 2017

FOR VALUE RECEIVED, the undersigned Thomas A. Kacachos and Heather Kacachos, husband and wife, of Butler County, Ohio ("Borrower"), jointly and severally promise to pay to the order of Ned C. Hoelzer, the sum of Seven Million Dollars ($7,000,000.00) with interest from the date of this Note at the rate of 2.0% per annum, in consecutive monthly installments of $29,670.00 each, beginning July 1, 2017, and on the same day of each month thereafter through and including June 1, 2042. The monthly installments shall be applied first to the payment of any accrued interest and then to the payment of principal. The entire unpaid principal balance and all accrued interest shall be paid in full on July 1, 2042.

This Note may be prepaid in whole or in part without penalty at any time.

This Note is secured by a mortgage of even date on certain property owned by Borrower located in, Butler County, Ohio.

_____
Thomas A. Kacachos

_____
Heather Kacachos

State of Ohio
County of Butler

The foregoing instrument was acknowledged before me this _July 31_, 2017 by Thomas A. Kacachos and Heather Kacachos.

_____
Notary Public

LARRY ROBERT BOLIN, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
My Comm. Has No Expiration Date
Section 147.03 R. C.