**EXHIBIT D**

*FILED*
2022 MAR 30 AM 11: 43
BUTLER COUNTY
PROBATE COURT
JUDGE ...

# PROBATE COURT OF BUTLER COUNTY, OHIO

**ESTATE OF** Ned C. Hoelzer _____ **DECEASED**

## CASE NO. P E 2 2 - 0 3 - 0 4 0 4

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

**[For Executors and all Administrators]**

Name and Title of Fiduciary **Verda Rogers Johnson - Executor** _____

_____

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died **[check one of the following]** · ☒testate · ☐intestate on January 26, 2022 _____,

domiciled in Butler County, Ohio _____ .

**[Check one of the following]** · ☒Bond is dispensed with by the Will · ☐Bond is dispensed with by law · ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

MAR 3 0 2022

_____     _____
Date                                              Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

[Seal]

_____
Probate Judge/Clerk

_____
Date

**FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY**          7/1/77