# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **AMICUS MIAMI OF OHIO, LLC**, | Case No. 1:22-cv-00355 |
| Plaintiff, | Judge Hopkins |
| v. | |
| **HEATHER HOELZER KACACHOS,** et al., | |
| Defendants. | |

## DEFENDANT VERDA JOHNSON HOELZER, EXECUTRIX OF THE ESTATE OF NED C. HOELZER'S ANSWER TO PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT

Now comes Defendant Verda Johnson Hoelzer ("Executrix"), Executrix of the Estate of Ned C. Hoelzer (the "Estate"), by and through counsel, and for her answer to Plaintiff's First Amended Verified Complaint (the "Complaint"), hereby states as follows.

1. In response to Paragraph 34 of Plaintiff's Complaint, Executrix admits that the Estate has and claims to have an interest in certain real property that is the subject of Plaintiff's claims and the Purchase and Sale Agreement between Plaintiff and Defendants Heather Hoelzer Kacachos and Thomas Kacachos (jointly, "Defendants") entered into on October 25, 2021, by virtue of a certain promissory note executed by Defendants in favor of Ned C. Hoelzer dated July 1, 2017 (the "Note") and a certain contract entered into between Defendants and Ned C. Hoelzer on or about June 13, 2017 (the "Contract"). True

1

and accurate copies of the Contract and Note are attached hereto as **Exhibits 1 and 2**, respectively. Specifically, the Note and Contract include a mortgage and "guarantee" over the following properties: 1375-1377 Dana; 724-733 Daniel; 100 acres at the Fey Farm; 72 acres on Rt. 27; 212 and 214 S Poplar; 315 and 313 S Main; 417 E Withrow; 204 N Main; 211, 313, and 314 N University; 130 W Vine; 202 S Beech; University Housing." (collectively, the "Encumbered Properties"). Executrix further avers that the Estate is the holder of the Note, Contract, and mortgage and "guarantee" and she has the authority to enforce any and all rights thereunder. Executrix denies any remaining allegations contained within Paragraph 34 of Plaintiff's Complaint for lack of knowledge.

2. Executrix is without knowledge or information sufficient to form a belef as to the truth of the allegations in Paragraphs 1-33 and 35-164 of Plaintiff's Complaint and therefore denies the same.

3. Executrix denies each and every other allegation in Plaintiff's Complaint not expressly admitted or denied herein.

### AFFIRMATIVE DEFENSES

4. The Estate has a valid and subsisting interest in the real property that is the subject matter of Plaintiff's Complaint, according to the terms and provisions of the Contract and Note and the mortgage and "guarantee" therein.

5. The Estate reserves the right to assert other affirmative defenses that may become apparent during discovery and/or trial of this matter.

**WHEREFORE**, having answered Plaintiff's Complaint, Executrix respectfully requests that the interest of the Estate in the property that is subject the subject matter of Plaintiff's Complaint be validated and recognized by the Court and paid from any sales proceeds in this matter in accordance with priority, preserve its interest through any sale, and grant Executrix such other and further relief at law or equity as my be just and proper.

    Respectfully submitted,

    */s/ Christopher R. Jones*
    Paul T. Saba (0063723)
    Christopher R. Jones (0092351)
    STAGNARO, SABA & PATTERSON CO., L.P.A.
    2623 Erie Avenue
    Cincinnati, Ohio 45208
    (513) 533-2703
    (513) 533-2999-facsimile
    pts@sspfirm.com
    crj@sspfirm.com
    *Counsel for Defendant Verda Johnson Hoelzer,*
    *Executrix of the Estate of Ned C. Hoelzer*

## **CERTIFICATE OF SERVICE**

I certify this document was filed electronically and served through the Court's ECF System on Edward P. Akin (epakin@arh-law.com) and Aneca E. Lasley (aneca.lasley@icemiller.com) on May 16, 2023.

                                                */s/ Christopher R. Jones*
                                                Christopher R. Jones (0092351)

**EXHIBIT 1**



DEFENDANT'S EXHIBIT 4

Contract Agreement

Thomas and Heather Kacachos agree to purchase real estate located in Oxford Ohio from Ned C. Hoelzer. The real estate includes Ned C. Hoelzer's ownership interest in the following LLC's and corporations: Hoelzer/Hoelzer Rentals Inc.; Campus Condominiums, LLC; Calista Enterprises, LLC; University Housing Apartments, Inc.; Bella Place Investments, LLC; Dollar Investments, LLC. In addition the purchase includes all other properties owned by Ned C. Hoelzer and Ned C. Hoelzer, Trustee located in Oxford, Ohio. The purchase also includes the 100 acre parcel known as the "Fey Farm" and the 72 acre parcel known as "27 South" and 4029 Oxford-Millville Rd house. The properties are part of the "Park Place Real Estate" portfolio. The properties are included in attachment A.

Ned C. Hoelzer shall be paid $7,000,000 at 2.0% over 25 years beginning July 1, 2017. The monthly payment will be $29,670.00 per month. In addition, all debt in the name of Ned C. Hoelzer on the underlying properties shall be assumed by Tom and Heather Kacachos. The debt is included in attachment B. The debt is approximately $24,000,000.

Ned C. Hoelzer will still serve as a financial advisor, investment advisor, and accountant.

The loan will be guaranteed by the following properties: 1375-1377 Dana; 724-733 Daniel; 100 acres at the Fey Farm; 72 acres on Rt 27; 212 and 214 S Poplar; 315 and 313 S Main; 417 E Withrow; 204 N Main; 211, 313, and 314 N University; 130 W Vine; 202 S Beech; University Housing.

Date  6/13/17

Ned C. Hoelzer
*[signature]*

Thomas A. Kacachos
*[signature]*

Heather Kacachos
*[signature]*

**EXHIBIT 2**



## PROMISSORY NOTE

$7,000,000.00                                      July 1, 2017

FOR VALUE RECEIVED, the undersigned Thomas A. Kacachos and Heather Kacachos, husband and wife, of Butler County, Ohio ("Borrower'), jointly and severally promise to pay to the order of Ned C. Hoelzer, the sum of Seven Million Dollars ($7,000,000.00) with interest from the date of this Note at the rate of 2.0% per annum, in consecutive monthly installments of $29,670.00 each, beginning July 1, 2017, and on the same day of each month thereafter through and including June 1, 2042. The monthly installments shall be applied first to the payment of any accrued interest and then to the payment of principal. The entire unpaid principal balance and all accrued interest shall be paid in full on July 1, 2042.

This Note may be prepaid in whole or in part without penalty at any time.

This Note is secured by a mortgage of even date on certain property owned by Borrower located in, Butler County, Ohio.

_____
Thomas A. Kacachos

_____
Heather Kacachos

State of Ohio
County of Butler

The foregoing instrument was acknowledged before me this __July 31__, 2017 by Thomas A. Kacachos and Heather Kacachos.

_____
Notary Public

LARRY ROBERT BOLIN, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
My Comm. Has No Expiration Date
Section 147.03 R. C.