# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **AMICUS MIAMI OF OHIO, LLC**, | Case No. 1:22-cv-00355 |
| Plaintiff, | Judge Hopkins |
| v. | |
| **HEATHER HOELZER KACACHOS,** et al., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF PAUL T. SABA, CHRISTOPHER R. JONES, AND THE LAW FIRM OF STAGNARO, SABA & PATTERSON CO., L.P.A.

Please take notice that attorneys Paul T. Saba, Christopher R. Jones, and the law firm of Stagnaro, Saba & Patterson Co., L.P.A. hereby move to withdraw as counsel for Intervenor Verda Johnson Hoelzer ("Intervenor"), Executrix of the Estate of Ned C. Hoelzer (the "Estate"). Intervenor's motion was filed in error, has been withdrawn, and counsel's appearance is now moot.

Respectfully submitted,

*/s/ Christopher R. Jones*
Paul T. Saba (0063723)
Christopher R. Jones (0092351)
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2703
(513) 533-2999-facsimile
pts@sspfirm.com
crj@sspfirm.com
*Counsel for Intervenor Verda Johnson Hoelzer,*
*Executrix of the Estate of Ned C. Hoelzer*

## **CERTIFICATE OF SERVICE**

      I certify this document was filed electronically and served through the Court's ECF System on Edward P. Akin (epakin@arh-law.com) and Aneca E. Lasley (aneca.lasley@icemiller.com) on May 17, 2023.

                                        /s/ *Christopher R. Jones*
                                        Christopher R. Jones (0092351)