# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AMICUS MIAMI OF OHIO, LLC, | : |
| *Plaintiff*, | : Case No. 1:22-cv-00355 |
| v. | : Judge Jeffery P. Hopkins |
| HEATHER HOELZER KACACHOS, *et al.*, | : |
| *Defendants*. | : |

## AGREED ORDER DISBURSING ESCROW PROCEEDS

Upon request of Plaintiff Amicus Miami of Ohio, LLC ("Amicus"), submitted August 20, 2025, Defendants Heather Hoelzer Kacachos and Thomas Kacachos (collectively, hereinafter, "the Kacachoses") and Amicus, acting by and through their respective counsel, hereby stipulate that the escrowed funds with accumulated interest deposited with Fidelity National Title Insurance Company, 485 Lexington Avenue, 18th Floor, New York, NY 10017, may be disbursed to Amicus, in accordance with Amicus' wiring instructions.

The Parties further agree that such disbursement is not intended as any manner of judicial admission by either Party, and is without prejudice to the Parties' respective rights, interests and potential remedies in this case.

**IT IS SO ORDERED.**

August 25, 2025

Jeffery P. Hopkins
United States District Judge

**SEEN, READ AND AGREED:**

/s/ Aneca E. Lasley
Aneca E. Lasley  0072366 Trial Attorney
Jessa DeGroot (admitted pro hac vice)
Dakota Coates (admitted pro hac vice)
Ice Miller LLP
250 West Street, Suite 700
Columbus, Ohio 43215
(614) 462-1085
aneca.lasley@icemiller.com
jessa.degroot@icemiller.com
dakota.coates@icemiller.com
*Attorneys for Plaintiff*


/s/ Edward P. Akin
Edward P. Akin  0074357
Wood + Lamping L.L.P.
600 Vine Street, Suite 2500
Cincinnati, OH 45202
513-852-6030
eakin@woodlamping.com

/s/ Jack F. Grove
Jack F. Grove
1251 Nilles Road, Suite 10
Fairfield, OH 45014
513-829-2900
jgrove1251@gmail.com

*Trial Attorneys for Defendants*