# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AMICUS MIAMI OF OHIO, LLC, | : |
| *Plaintiff*, | : |
| vs. | : Case No. 1:22-cv-00355 |
| HEATHER HOELZER KACACHOS, *et al.*, | : Judge Jeffery P. Hopkins |
| *Defendants*. | : |

## SCHEDULING ORDER

Pursuant to the Court's Opinion and Order under this case (Doc. 75) the parties conferred and filed a joint status report (Doc. 76) recommending revisions to the May 5, 2023 Rule 26(f) Report (Doc. 50). The revisions allow discovery pertinent to determining damages.

## PERTINENT SETTINGS

| | |
|---|---|
| Required disclosures under Fed. R. Civ. P. 26(a)(1): | **October 24, 2025** (as to damages only) |
| Plaintiff's damages expert report(s) and designation(s): | **January 5, 2026** |
| Defendants' discovery expert report(s) and designation(s): | **February 27, 2026** |
| Defendants' Rebuttal expert report(s) and designation(s): | **March 27, 2026** |
| Deadline for discovery: | **April 30, 2026** |
| Telephone Status Conference (TSC): | **May 5, 2026 at 10:00 a.m.** |

**IT IS SO ORDERED**.

Dated: December 19, 2025

Jeffery P. Hopkins
United States District Judge